Whitney Street (SBN 223870)
**BLOCK & LEVITON LLP**
610 16th Street, Suites 214-216
Oakland, CA 94612
(415) 968-8999 phone
(617) 507-6020 fax
whitney@blockesq.com

Joel A. Fleming (SBN 281264)
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
joel@blockesq.com
jake@blockesq.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAZAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM CORPORATION, FUAD AHMAD, JON W. GACEK, and ADALIO T. SANCHEZ,<br><br>Defendants. | No.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Steven Lazan ("Plaintiff"), by and through his attorneys, alleges upon personal knowledge as to himself, and upon information and belief as to all other matters, based upon the investigation conducted by and through his attorneys, which included, among other things, a review of documents filed by Defendants (as defined below) with the United States Securities and Exchange Commission (the "SEC"), conference call transcripts, news reports, press releases issued by Defendants, and other publicly available documents, as follows:

**NATURE AND SUMMARY OF THE ACTION**

1. This is a federal securities class action on behalf of all investors who purchased or otherwise acquired Defendant Quantum Corporation ("Quantum" or the "Company") common stock between July 27, 2016 through February 7, 2018 inclusive (the "Class Period"). This action is brought on behalf of the Class for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a) and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. § 240.10b-5.

2. On February 8, 2018, before trading had opened, Quantum disclosed that it had received a subpoena from the SEC on January 11, 2018 "regarding its accounting practices and internal controls related to revenue recognition for transactions commencing April 1, 2016," prompting an internal investigation by Quantum's audit committee, which remains ongoing. As a result, the Company further announced that it would postpone the release of its fiscal third quarter 2018 results and earnings call.

3. On this news, Quantum's share price plunged 29.9% to close at $3.90 on February 8, 2018, causing millions of dollars in losses to investors.

4. Throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that (i) Quantum had inappropriately accounted for revenue relating to certain transactions commencing April 1, 2016; (ii) the Company lacked adequate internal controls over financial reporting; and (iii) that as a result of the foregoing, Quantum's publicly disseminated financial statements were materially false and misleading.

**JURISDICTION AND VENUE**

5. The federal securities claims asserted herein arise under §§ 10(b) and 20(a) of the Exchange Act, 15 U.S.C. § 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. § 240.10b-5.

2

6.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 and § 27 of the Exchange Act, 15 U.S.C. § 78aa.

7.      This Court has jurisdiction over each Defendant named herein because each Defendant is an individual or corporation who has sufficient minimum contacts with this District so as to render the exercise of jurisdiction by the District Court permissible under traditional notions of fair play and substantial justice.

8.      Venue is proper in this District pursuant to § 27 of the Exchange Act, 15 U.S.C. § 78aa and 28 U.S.C. § 1931(b), as the Company has its principal executive offices located in this District and conducts substantial business here.   Additionally, many of the acts and practices complained of herein occurred in substantial part in this District, and witnesses and individual Defendants are located in here.

9.      In connection with the acts, omissions, conduct and other wrongs in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce including but not limited to the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

10.      Plaintiff Steven Lazan was a shareholder of Quantum during the Class Period. As set forth in the accompanying certification, incorporated by reference herein, Plaintiff acquired and held shares of the Company at artificially inflated prices during the Class Period and has been damaged by the revelation of the Company's material misrepresentations and material omissions.

11.      Defendant Quantum Corporation is a Delaware corporation with its principal executive offices located at 224 Airport Parkway, Suite 550, San Jose, California 95110. Quantum sells scale-out tiered storage, archive and data protection solutions for capturing, sharing, managing and preserving digital assets in physical and virtual environments. Among other products, Quantum provides storage file systems, nearline storage systems, backup, and de-duplication appliances, tape libraries, and cloud services. The Company trades on the New York Stock Exchange under the ticker symbol "QTM."

12.     Defendant Fuad Ahmad ("Ahmad") has served at all relevant times as Quantum's Chief Financial Officer, Executive Vice President, and Treasurer.

13.     Defendant Jon W. Gacek ("Gacek") served as Quantum's Chief Executive Officer from April of 2011 through November 7, 2017.

14.     Defendant Adalio Sanchez ("Sanchez") served as interim Chief Executive Officer of Quantum from November 7, 2017 through January 16, 2018.

15.     Collectively, Ahmad, Gacek, and Sanchez are referred to throughout this complaint as the "Individual Defendants."

16.     The Individual Defendants, because of their positions at the Company, possessed the power and authority to control the content and form of the Company's annual reports, quarterly reports, press releases, investor presentations, and other materials provided to the SEC, securities analysts, money and portfolio managers and investors, *i.e.*, the market. The Individual Defendants authorized the publication of the documents, presentations, and materials alleged herein to be misleading prior to its issuance and had the ability and opportunity to prevent the issuance of these false statements or to cause them to be corrected. Because of their positions within the Company and their access to material non-public information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public and that the positive representations being made were false and misleading. The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

**A.     *Statements Made Before the Class Period***

17.     On February 5, 2016, Quantum filed on Form 10-Q its quarterly results for the period ended December 31, 2015. Among other things, Quantum announced that effective April 1, 2016, it would be implementing new accounting standards as to certain accounts, as required by the Financial Accounting Standards Board:

4

In April 2015, the FASB issued ASU No. 2015-05, Customer's Accounting for Fees Paid in a Cloud Computing Arrangement ("ASU 2015-05"). ASU 2015-05 requires that customers apply the same criteria as vendors to determine whether a cloud computing arrangement ("CCA") contains a software license or is solely a service contract. Under ASU 2015-05, fees paid by a customer in a CCA will be within the scope of internal-use software guidance if both of the following criteria are met: 1) the customer has the contractual right to take possession of the software at any time without significant penalty, and 2) it is feasible for the customer to run the software on its own hardware (or to contract with another party to host the software). ASU 2015-05 will be effective for us beginning April 1, 2016, or fiscal 2017. We do not anticipate adoption will impact our statements of financial position or results of operations.

**B.**    ***Materially False And Misleading Statements Made During the Class Period***

18.    The Class Period begins on July 27, 2016. On that day, Quantum issued a press release and filed the same as Exhibit 99.1 to a Form 8-K with the SEC, entitled "Quantum Corporation Reports Fiscal First Quarter 2017 Results," summarizing the financial and operating results for the period ended June 30, 2016. In pertinent part, the Company's July 27, 2016 press release provided:

**Quantum Corporation Reports Fiscal First Quarter 2017 Results**

*Year-Over-Year Highlights:*

- *Total revenue growth of 5%*
- *20th consecutive quarter of year-over-year growth in scale-out storage revenue, up 11%*
- *Data protection revenue growth of 6%*
- *GAAP and non-GAAP improvement in bottom line performance of $7.0 million and $7.3 million, respectively*

**SAN JOSE, Calif. – July 27, 2016 –** Quantum Corp. (NYSE: QTM) today reported results for the fiscal first quarter 2017 ended June 30, 2016 (all comparisons are relative to the fiscal first quarter 2016):

- Total revenue was $116.3 million, an increase of $5.4 million.
- Scale-out storage revenue grew to $30.8 million, up from $27.8 million.
- Total data protection revenue increased to $76.9 million, consisting of $21.5 million in disk backup systems revenue (up 24 percent), $42.6 million in tape automation revenue (down
- 4 percent) and $12.8 million in devices and media revenue (up 17 percent).
- Royalty revenue was $8.6 million, a decline of $1.6 million.

- Quantum reported a GAAP operating loss of $2.1 million and non-GAAP2 operating income of $2.1 million, an improvement of $6.1 million and $6.5 million, respectively.
- The GAAP net loss was $3.8 million, or $0.01 per diluted share, and non-GAAP net income was $360,000, or $0.00 per diluted share. This represented an improvement of $0.03 per diluted share on both a GAAP and non-GAAP basis.
- The company generated $5.2 million in cash from operations, in contrast to using $13.6 million in cash in the comparable quarter a year ago.

"We're very pleased with our first quarter results, as we delivered year-over-year revenue growth, with strong contributions from both our scale-out storage and data protection product lines," said Jon Gacek, president and CEO of Quantum. "In scale-out storage, we continued to build on our momentum, securing major wins across our priority vertical markets and use cases and further expanding the addressable markets where our scale-out storage solutions offer unique value. For example, in April we announced a large public cloud, scale-out storage win, which we expected to generate $10 million in total revenue for the year. That opportunity has since expanded, and we now expect the resulting revenue contributions — which started in the first quarter — to total at least $20 million for the year.

"On the data protection side of our business, we closed a multi-million dollar DXi® deduplication deal and capitalized on a more stable tape backup market, where we are a long-standing leader. We also significantly improved our bottom line performance, as we continued to benefit from the cost reductions and operational changes we implemented over the previous six months, which further strengthened our business model and the leverage it provides.

"In short, we had a strong start to fiscal 2017, and we're focused on building on our momentum to drive continued growth, profitability and cash flow. Based on our first quarter results, we have increased confidence in our ability to meet the full year guidance we provided on our May earnings call."

19.     On August 5, 2016, Quantum filed on Form 10-Q with the SEC, its quarterly financial results for the period ended June 30, 2016, providing the Company's consolidated financial results for that period (which were previously summarized in the Company's July 27, 2016 press release). The income statement included in that Form 10-Q stated:

**QUANTUM CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(In thousands, except per share data)
(Unaudited)

| | Three Months Ended | |
|---|---|---|
| | June 30, 2016 | June 30, 2015 |
| Product revenue | $ 71,826 | $ 62,719 |
| Service revenue | 35,818 | 37,939 |
| Royalty revenue | 8,640 | 10,198 |
| Total revenue | 116,284 | 110,856 |
| Cost of product revenue | 50,132 | 46,964 |
| Cost of service revenue | 15,781 | 16,927 |
| Total cost of revenue | 65,913 | 63,891 |
| Gross margin | 50,371 | 46,965 |
| Operating expenses: | | |
| Research and development | 11,058 | 13,323 |
| Sales and marketing | 26,367 | 27,605 |
| General and administrative | 12,960 | 13,986 |
| Restructuring charges | 2,052 | 258 |
| Total operating expenses | 52,437 | 55,172 |
| Loss from operations | (2,066) | (8,207) |
| Other income and expense | 156 | (286) |
| Interest expense | (1,508) | (1,923) |
| Loss before income taxes | (3,418) | (10,416) |
| Income tax provision | 377 | 339 |
| Net loss | $ (3,795) | $ (10,755) |
| | | |
| Basic and diluted net loss per share | $ (0.01) | $ (0.04) |
| | | |
| Weighted average basic and diluted shares | 266,337 | 258,448 |

**QUANTUM CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS**
(In thousands)
(Unaudited)

| | Three Months Ended | |
| --- | --- | --- |
| | **June 30, 2016** | **June 30, 2015** |
| Net loss | $         (3,795) | $         (10,755) |
| Other comprehensive income (loss), net of taxes: | | |
| Foreign currency translation adjustments | (339) | 441 |
| Net unrealized gain (loss) on revaluation of long-term intercompany balances | 42 | (86) |
| Total other comprehensive income (loss) | (297) | 355 |
| Total comprehensive loss | $         (4,092) | $         (10,400) |

20.     The Company's August 5, 2016 Form 10-Q also informed investors that the adoption of recently adopted accounting methods had no impact on the Company's financial condition. Specifically, the 10-Q provided:

### *Recently Adopted Accounting Pronouncements*

In April 2015, the FASB issued ASU No. 2015-05, *Customer's Accounting for Fees Paid in a Cloud Computing Arrangement* ("ASU 2015-05"). ASU 2015-05 requires that customers apply the same criteria as vendors to determine whether a cloud computing arrangement ("CCA") contains a software license or is solely a service contract. Under ASU 2015-05, fees paid by a customer in a CCA will be within the scope of internal-use software guidance if both of the following criteria are met: 1) the customer has the contractual right to take possession of the software at any time without significant penalty and 2) it is feasible for the customer to run the software on its own hardware (or to contract with another party to host the software). We adopted ASU 2015-05 in the first quarter of fiscal 2017 and adoption did not impact our statements of financial condition, results of operations, cash flows and financial statement disclosures.

21.     The Company's August 5, 2016 Form 10-Q also assured investors of the effectiveness of the Company's internal control over financial reporting:

**ITEM 4. CONTROLS AND PROCEDURES**

(a) *Evaluation of disclosure controls and procedures*. We evaluated the effectiveness of the design and operation of our disclosure controls and procedures as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act as of the end of the period covered by the Quarterly Report on Form 10-Q. This control evaluation was performed under the supervision and with the participation of management, including our CEO and our CFO. Disclosure controls and procedures are designed to ensure that information required to be disclosed in our reports filed under the Exchange Act, such as this Quarterly Report on Form 10-Q, is recorded, processed, summarized and reported within the time periods specified by the SEC. Disclosure controls are also designed to ensure that such information is accumulated and communicated to our management, including the CEO and CFO, as appropriate, to allow timely decisions regarding the required disclosure. Based on the controls evaluation, our CEO and CFO have concluded that as of the end of the period covered by this Quarterly Report on Form 10-Q, our disclosure controls were effective.

(b) *Changes in internal control over financial reporting*. There was no change in our internal control over financial reporting that occurred during the fiscal quarter covered by this Quarterly Report on Form 10-Q that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

22.     The Company's August 5, 2016 Form 10-Q was signed by Defendants Gacek and Amahd and contained certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX"), signed by each, which certified:

1) I have reviewed this quarterly report on Form 10-Q of Quantum Corporation;

2) Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3) Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4) The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5) The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

23.     On November 4, 2016, Quantum filed with the SEC its quarterly report on Form 10-Q for the three month period ended September 30, 2016, providing, among other things, the Company's consolidated financial results for that period:

**QUANTUM CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(In thousands, except per share data)
(Unaudited)

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | September 30, 2016 | September 30, 2015 | September 30, 2016 | September 30, 2015 |
| Product revenue | $ 88,575 | $ 71,057 | $ 160,401 | $ 133,776 |
| Service revenue | 36,620 | 37,247 | 72,438 | 75,186 |
| Royalty revenue | 9,547 | 8,721 | 18,187 | 18,919 |
| Total revenue | 134,742 | 117,025 | 251,026 | 227,881 |
| Cost of product revenue | 64,352 | 53,073 | 114,484 | 100,037 |
| Cost of service revenue | 14,910 | 17,635 | 30,691 | 34,562 |
| Total cost of revenue | 79,262 | 70,708 | 145,175 | 134,599 |
| Gross margin | 55,480 | 46,317 | 105,851 | 93,282 |
| Operating expenses: | | | | |
| Research and development | 11,401 | 13,370 | 22,459 | 26,693 |
| Sales and marketing | 26,146 | 28,043 | 52,513 | 55,648 |
| General and administrative | 12,572 | 14,136 | 25,532 | 28,122 |
| Restructuring charges | 15 | 387 | 2,067 | 645 |
| Total operating expenses | 50,134 | 55,936 | 102,571 | 111,108 |
| Income (loss) from operations | 5,346 | (9,619) | 3,280 | (17,826) |
| Other income | 10 | 714 | 166 | 428 |
| Interest expense | (1,485) | (1,975) | (2,993) | (3,898) |
| Income (loss) before income taxes | 3,871 | (10,880) | 453 | (21,296) |

11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Income tax provision | | 45 | | 347 | | 422 | | 686 |
| Net income (loss) | $ | 3,826 | $ | (11,227) | $ | 31 | $ | (21,982) |
| Basic and diluted net income (loss) per share | $ | 0.01 | $ | (0.04) | $ | 0.00 | $ | (0.08) |
| Weighted average shares: | | | | | | | |
| Basic | | 270,432 | | 263,058 | | 268,396 | | 260,766 |
| Diluted | | 272,382 | | 263,058 | | 269,593 | | 260,766 |

**QUANTUM CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**
(In thousands)
(Unaudited)

| | Three Months Ended | | | | Six Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | September 30, 2016 | | September 30, 2015 | | September 30, 2016 | | September 30, 2015 | |
| Net income (loss) | $ | 3,826 | $ | (11,227) | $ | 31 | $ | (21,982) |
| Other comprehensive income (loss), net of taxes: | | | | | | | | |
| Foreign currency translation adjustments | | 206 | | (340) | | (133) | | 101 |
| Net unrealized gain (loss) on revaluation of long-term intercompany balances | | (57) | | 207 | | (15) | | 121 |
| Total other comprehensive income (loss) | | 149 | | (133) | | (148) | | 222 |
| Total comprehensive income (loss) | $ | 3,975 | $ | (11,360) | $ | (117) | $ | (21,760) |

24.     The Company's November 4, 2016 Form 10-Q also informed investors that the adoption of recently adopted accounting methods had no impact on the Company's financial condition. Specifically, the 10-Q provided:

***Recently Adopted Accounting Pronouncements***

In April 2015, the FASB issued ASU No. 2015-05, Customer's Accounting for Fees Paid in a Cloud Computing Arrangement ("ASU 2015-05"). ASU 2015-05 requires that customers apply the same criteria as vendors to determine whether a cloud computing arrangement ("CCA") contains a software license or is solely a service contract. Under ASU 2015-05, fees paid by a customer in a CCA will be within the scope of internal-use software guidance if both of the following criteria are met: 1) the customer has the contractual right to take possession of the software at any time without significant penalty and 2) it is feasible for the customer to run the software on its own hardware (or to contract with another party to host the software). We adopted ASU 2015-05 in the first quarter of fiscal 2017 and adoption did not impact our statements of financial condition, results of operations, cash flows and financial statement disclosures.

25.     Quantum's November 4, 2016 Form 10-Q also assured investors of the effectiveness of Quantum's internal control over financial reporting:

**ITEM 4. CONTROLS AND PROCEDURES**

(a)     *Evaluation of disclosure controls and procedures*. We evaluated the effectiveness of the design and operation of our disclosure controls and procedures as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act as of the end of the period covered by the Quarterly Report on Form 10-Q. This control evaluation was performed under the supervision and with the participation of management, including our CEO and our CFO. Disclosure controls and procedures are designed to ensure that information required to be disclosed in our reports filed under the Exchange Act, such as this Quarterly Report on Form 10-Q, is recorded, processed, summarized and reported within the time periods specified by the SEC. Disclosure controls are also designed to ensure that such information is accumulated and communicated to our management, including the CEO and CFO, as appropriate, to allow timely decisions regarding the required disclosure. Based on the controls evaluation, our CEO and CFO have concluded that as of the end of the period covered by this Quarterly Report on Form 10-Q, our disclosure controls were effective.

(b)     *Changes in internal control over financial reporting*. There was no change in our internal control over financial reporting that occurred during the fiscal quarter covered by this Quarterly Report on Form 10-

Q that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

26.     Quantum's November 4, 2016 Form 10-Q was signed by Defendants Gacek and Amahd and contained SOX certifications, signed by both which were substantially similar to the certifications described in ¶22, *supra*.

27.     On February 3, 2017, Quantum filed on Form 10-Q its quarterly report on Form 10-Q for the three month period ended December 31, 2016, providing, among other things, the Company's consolidated financial results for that period:

**QUANTUM CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(In thousands, except per share data)
(Unaudited)

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | December 31, 2016 | December 31, 2015 | December 31, 2016 | December 31, 2015 |
| Product revenue | $      86,510 | $      79,672 | $      246,911 | $      213,448 |
| Service revenue | 36,445 | 37,099 | 108,883 | 112,285 |
| Royalty revenue | 10,529 | 11,277 | 28,716 | 30,196 |
| Total revenue | 133,484 | 128,048 | 384,510 | 355,929 |
| Cost of product revenue | 63,324 | 56,323 | 177,808 | 156,656 |
| Cost of service revenue | 15,158 | 15,550 | 45,328 | 50,524 |
| Total cost of revenue | 78,482 | 71,873 | 223,136 | 207,180 |
| Gross margin | 55,002 | 56,175 | 161,374 | 148,749 |
| Operating expenses: | | | | |
| Research and development | 10,579 | 11,148 | 33,038 | 37,841 |
| Sales and marketing | 25,145 | 28,212 | 77,658 | 83,860 |
| General and administrative | 12,130 | 13,488 | 37,662 | 41,610 |

14

| | | | | |
|---|---|---|---|---|
| Restructuring charges (benefits) | (105) | 1,895 | 1,962 | 2,540 |
| Total operating expenses | 47,749 | 54,743 | 150,320 | 165,851 |
| Income (loss) from operations | 7,253 | 1,432 | 11,054 | (17,102) |
| Other income (expense) | 519 | (22) | 685 | 406 |
| Interest expense | (2,423) | (1,406) | (5,416) | (5,304) |
| Loss on debt extinguishment, net | (48) | (394) | (48) | (394) |
| Income (loss) before income taxes | 5,301 | (390) | 6,275 | (22,394) |
| Income tax provision | 295 | 431 | 717 | 1,117 |
| Net income (loss) | $ 5,006 | $ (821) | $ 5,558 | $ (23,511) |
| Basic and diluted net income (loss) per share | $ 0.02 | $ (0.00) | $ 0.02 | $ (0.09) |
| Weighted average shares: | | | | |
| Basic | 271,186 | 264,003 | 269,329 | 261,849 |
| Diluted | 274,443 | 264,003 | 271,473 | 261,849 |

**QUANTUM CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**
(In thousands)
(Unaudited)

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | December 31, 2016 | December 31, 2015 | December 31, 2016 | December 31, 2015 |
| Net income (loss) | $    5,006 | $    (821) | $    5,558 | $    (23,511) |
| Other comprehensive loss, net of taxes: | | | | |
| Foreign currency translation adjustments | (1,442) | (244) | (1,575) | (143) |
| Net unrealized gain (loss) on revaluation of long-term intercompany balances | 260 | (124) | 245 | (3) |
| Total other comprehensive loss | (1,182) | (368) | (1,330) | (146) |
| Total comprehensive income (loss) | $    3,824 | $    (1,189) | $    4,228 | $    (23,657) |

28.    The Company's February 3, 2017 Form 10-Q also informed investors that the adoption of recently adopted accounting methods had no impact on the Company's financial condition. Specifically, the 10-Q provided:

***Recently Adopted Accounting Pronouncements***

In April 2015, the Financial Accounting Standards Board ("FASB") issued ASU No. 2015-05, Customer's Accounting for Fees Paid in a Cloud Computing Arrangement ("ASU 2015-05"). ASU 2015-05 requires that customers apply the same criteria as vendors to determine whether a cloud computing arrangement ("CCA") contains a software license or is solely a service contract. Under ASU 2015-05, fees paid by a customer in a CCA will be within the scope of internal-use software guidance if both of the following criteria are met: 1) the customer has the contractual right to take possession of the software at any time without significant penalty and 2) it is feasible for the customer to run the software on its own hardware

(or to contract with another party to host the software). ASU 2015-05 may be applied prospectively to all agreements entered into or materially modified after the adoption date or retrospectively. We adopted ASU 2015-05 prospectively in the first quarter of fiscal 2017 and adoption did not impact our statements of financial condition, results of operations, cash flows or financial statement disclosures.

29.     Quantum's February 3, 2017 Form 10-Q also assured investors of the effectiveness of Quantum's internal control over financial reporting:

**ITEM 4. CONTROLS AND PROCEDURES**

(a)      *Evaluation of disclosure controls and procedures*. We evaluated the effectiveness of the design and operation of our disclosure controls and procedures as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act as of the end of the period covered by the Quarterly Report on Form 10-Q. This control evaluation was performed under the supervision and with the participation of management, including our CEO and our CFO. Disclosure controls and procedures are designed to ensure that information required to be disclosed in our reports filed under the Exchange Act, such as this Quarterly Report on Form 10-Q, is recorded, processed, summarized and reported within the time periods specified by the SEC. Disclosure controls are also designed to ensure that such information is accumulated and communicated to our management, including the CEO and CFO, as appropriate, to allow timely decisions regarding the required disclosure. Based on the controls evaluation, our CEO and CFO have concluded that as of the end of the period covered by this Quarterly Report on Form 10-Q, our disclosure controls were effective.

(b)      *Changes in internal control over financial reporting*. There was no change in our internal control over financial reporting that occurred during the fiscal quarter covered by this Quarterly Report on Form 10-Q that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

30.     Quantum's February 3, 2017 Form 10-Q was signed by Defendants Gacek and Amahd and contained SOX certifications, signed by both which were substantially similar to the certifications described in ¶22, supra.

31.     On May 31, 2017, Quantum filed on Form 10-K with the SEC its full year and quarterly financial results for the periods ended March 31, 2017, providing, among other things, the Company's consolidated financial results for those periods:

17

**QUANTUM CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share data)**

| | For the year ended March 31, | | |
| --- | --- | --- | --- |
| | **2017** | **2016** | **2015** |
| Product revenue | $   322,212 | $   286,217 | $   355,579 |
| Service revenue | 144,335 | 148,548 | 155,674 |
| Royalty revenue | 38,798 | 41,193 | 41,842 |
| Total revenue | 505,345 | 475,958 | 553,095 |
| Product cost of revenue | 231,207 | 207,139 | 237,400 |
| Service cost of revenue | 60,714 | 65,778 | 70,686 |
| Total cost of revenue | 291,921 | 272,917 | 308,086 |
| Gross profit | 213,424 | 203,041 | 245,009 |
| Operating expenses: | | | |
| Research and development | 44,379 | 48,703 | 58,618 |
| Sales and marketing | 103,235 | 108,735 | 113,954 |
| General and administrative | 51,599 | 53,793 | 56,513 |
| Restructuring charges | 2,063 | 4,006 | 1,666 |
| Goodwill impairment | — | 55,613 | — |
| Total operating expenses | 201,276 | 270,850 | 230,751 |
| Gain on sale of assets | — | — | 462 |
| Income (loss) from operations | 12,148 | (67,809) | 14,720 |
| Other income (expense) | 562 | (191) | 13,836 |
| Interest expense | (7,912) | (6,817) | (9,460) |

| | 2017 | 2016 | 2015 |
|---|---|---|---|
| Loss on debt extinguishment, net | (41) | (394) | (1,295) |
| Income (loss) before income taxes | 4,757 | (75,211) | 17,801 |
| Income tax provision | 1,112 | 1,183 | 718 |
| Net income (loss) | $ 3,645 | $ (76,394) | $ 17,083 |
| | | | |
| Basic net income (loss) per share | $ 0.11 | $ (2.33) | $ 0.54 |
| Diluted net income (loss) per share | $ 0.11 | $ (2.33) | $ 0.53 |
| | | | |
| Weighted average shares: | | | |
| Basic | 33,742 | 32,841 | 31,833 |
| Diluted | 34,113 | 32,841 | 32,503 |

## QUANTUM CORPORATION
## CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)
### (In thousands)

| | For the year ended March 31, | | |
|---|---|---|---|
| | **2017** | **2016** | **2015** |
| Net income (loss) | $ 3,645 | $ (76,394) | $ 17,083 |
| Other comprehensive income (loss), net of taxes: | | | |
| Foreign currency translation adjustments | (826) | 21 | (3,490) |
| Net change on revaluation of long-term intercompany balances, net of taxes of $23, $(15) and $200, respectively | 87 | (57) | 750 |
| Total other comprehensive (loss) | (739) | (36) | (2,740) |
| Total comprehensive income (loss) | $ 2,906 | $ (76,430) | $ 14,343 |

32.     The Company's May 31, 2017 Form 10-K also informed investors that the adoption of recently adopted accounting methods had no impact on the Company's financial condition. Specifically, the 10-K provided:

### *Recently Adopted Accounting Pronouncements*

In April 2015, the Financial Accounting Standards Board ("FASB") issued ASU No. 2015-05, Customer's Accounting for Fees Paid in a Cloud Computing Arrangement ("ASU 2015-05"). ASU 2015-05 requires that customers apply the same criteria as vendors to determine whether a cloud computing arrangement ("CCA") contains a software license or is solely a service contract. Under ASU 2015-05, fees paid by a customer in a CCA will be within the scope of internal-use software guidance if both of the following criteria are met: 1) the customer has the contractual right to take possession of the software at any time without significant penalty and 2) it is feasible for the customer to run the software on its own hardware (or to contract with another party to host the software). ASU 2015-05 may be applied prospectively to all agreements entered into or materially modified after the adoption date or retrospectively. We adopted ASU 2015-05 prospectively in the first quarter of fiscal 2017 and adoption did not impact our statements of financial condition, results of operations, cash flows or financial statement disclosures.

33.     Quantum's May 31, 2017 Form 10-K also assured investors of the effectiveness of Quantum's internal control over financial reporting:

### ITEM 9A. CONTROLS AND PROCEDURES

Attached as exhibits to this Annual Report on Form 10-K are certifications of our Chief Executive Officer ("CEO") and Chief Financial Officer ("CFO"), which are required pursuant to Rule 13a-14 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). This "Controls and Procedures" section of this Annual Report on Form 10-K includes information concerning the controls and controls evaluation referenced in the certifications. This section of the Annual Report on Form 10-K should be read in conjunction with the certifications and the report of PricewaterhouseCoopers LLP as described below for a more complete understanding of the matters presented.

**Evaluation of Disclosure Controls and Procedures**

We evaluated the effectiveness of the design and operation of our disclosure controls and procedures as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act as of the end of the period covered by this Annual Report on Form 10-K. This control evaluation was performed under the supervision and with the participation of management, including our CEO and CFO. Disclosure controls and procedures are designed to ensure that information required to be disclosed in our reports filed under the Exchange Act, such as this Annual Report on Form 10-K, is

recorded, processed, summarized and reported within the time periods specified by the SEC. Disclosure controls are also designed to ensure that such information is accumulated and communicated to our management, including the CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure.

Based on the controls evaluation, our CEO and CFO have concluded that as of the end of the period covered by this Annual Report on Form 10-K, our disclosure controls were effective.

**Management's Report on Internal Control over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as such term is defined in Exchange Act Rules 13a-15(f) and 15d-15(f). Under the supervision and with the participation of our management, including our CEO and CFO, we conducted an evaluation of the effectiveness of our internal control over financial reporting as of March 31, 2017 based on the criteria for effective control over financial reporting described in *Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based on the results of our evaluation, our management concluded that our internal control over financial reporting was effective as of March 31, 2017 to provide reasonable assurance regarding the reliability of financial reporting and preparation of financial statements for external reporting purposes in accordance with generally accepted accounting principles.

PricewaterhouseCoopers LLP, our independent registered public accounting firm, has issued an attestation report regarding its assessment of the Company's internal control over financial reporting as of March 31, 2017, as set forth at the beginning of Part II, Item 8 "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K.

34.     Quantum's May 31, 2017 Form 10-K was signed by Defendants Gacek and Amahd and contained SOX certifications, signed by both which were substantially similar to the certifications described in ¶22, supra.

35.     On August 9, 2017, Quantum filed on Form 10-Q its quarterly report on Form 10-Q for the three month period ended June 30, 2017, providing, among other things, the Company's consolidated financial results for that period:

**QUANTUM CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(In thousands, except per share data)
(Unaudited)

|  | Three Months Ended | |
| --- | --- | --- |
|  | June 30, 2017 | June 30, 2016 |
| Product revenue | $ 71,618 | $ 71,826 |
| Service revenue | 35,246 | 35,818 |
| Royalty revenue | 9,994 | 8,640 |
| Total revenue | 116,858 | 116,284 |
|  | | |
| Cost of product revenue | 50,949 | 50,132 |
| Cost of service revenue | 15,090 | 15,506 |
| Total cost of revenue | 66,039 | 65,638 |
| Gross margin | 50,819 | 50,646 |
|  | | |
| Operating expenses: | | |
| Research and development | 10,605 | 11,058 |
| Sales and marketing | 27,824 | 26,367 |
| General and administrative | 12,509 | 12,960 |
| Restructuring charges | 2,335 | 2,052 |
| Total operating expenses | 53,273 | 52,437 |
| Loss from operations | (2,454) | (1,791) |
|  | | |
| Other income (expense) | 98 | 155 |
| Interest expense | (2,558) | (1,507) |
| Net loss before | (4,914) | (3,143) |

| | | Three Months Ended | |
|---|---|---|---|
| income tax provision (benefit) | | | |
| Income tax provision (benefit) | | (1,240) | 377 |
| Net loss | $ | (3,674) | $ (3,520) |
| Basic and diluted net loss per share | $ | (0.11) | $ (0.11) |
| Weighted average shares: | | | |
| Basic | | 34,084 | 33,292 |
| Diluted | | 34,084 | 33,292 |

**QUANTUM CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**
(In thousands)
(Unaudited)

| | Three Months Ended | |
|---|---|---|
| | June 30, 2017 | June 30, 2016 |
| Net loss | $ (3,674) | $ (3,520) |
| Other comprehensive income (loss), net of taxes: | | |
| Foreign currency translation adjustments | 155 | (339) |
| Net unrealized gain (loss) on revaluation of long-term intercompany balances | 13 | 42 |
| Total other comprehensive income (loss) | 168 | (297) |
| Total comprehensive loss | $ (3,506) | $ (3,817) |

36.     The Company's August 9, 2017 Form 10-Q also assured investors of the effectiveness of Quantum's internal control over financial reporting:

**ITEM 4. CONTROLS AND PROCEDURES**

(a) *Evaluation of disclosure controls and procedures.* We evaluated the effectiveness of the design and operation of our disclosure controls and procedures as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act as of the end of the period covered by the Quarterly Report on Form 10-Q. This control evaluation was performed under the supervision and with the participation of management, including our CEO and our CFO. Disclosure controls and procedures are designed to ensure that information required to be disclosed in our reports filed under the Exchange Act, such as this Quarterly Report on Form 10-Q, is recorded, processed, summarized and reported within the time periods specified by the SEC. Disclosure controls are also designed to ensure that such information is accumulated and communicated to our management, including the CEO and CFO, as appropriate, to allow timely decisions regarding the required disclosure. Based on the controls evaluation, our CEO and CFO have concluded that as of the end of the period covered by this Quarterly Report on Form 10-Q, our disclosure controls were effective.

(b) *Changes in internal control over financial reporting.* There was no change in our internal control over financial reporting that occurred during the fiscal quarter covered by this Quarterly Report on Form 10-Q that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

37. Quantum's August 9, 2017 Form 10-Q was signed by Defendants Gacek and Amahd and contained SOX certifications, signed by both which were substantially similar to the certifications described in ¶22, supra.

38. On November 9, 2017, Quantum filed on Form 10-Q its quarterly report on Form 10-Q for the three month period ended September 30, 2017, providing, among other things, the Company's consolidated financial results for that period:

**QUANTUM CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(In thousands, except per share data)
(Unaudited)

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | September 30, 2017 | September 30, 2016 | September 30, 2017 | September 30, 2016 |
| Product revenue | $ 63,606 | $ 88,575 | $ 135,224 | $ 160,401 |
| Service revenue | 34,165 | 36,620 | 69,411 | 72,438 |
| Royalty revenue | 9,280 | 9,547 | 19,274 | 18,187 |
| Total revenue | 107,051 | 134,742 | 223,909 | 251,026 |
| | | | | |
| Cost of product revenue | 48,561 | 64,352 | 99,510 | 114,484 |
| Cost of service revenue | 14,717 | 14,664 | 29,807 | 30,170 |
| Total cost of revenue | 63,278 | 79,016 | 129,317 | 144,654 |
| Gross margin | 43,773 | 55,726 | 94,592 | 106,372 |
| | | | | |
| Operating expenses: | | | | |
| Research and development | 10,190 | 11,401 | 20,795 | 22,459 |
| Sales and marketing | 26,179 | 26,146 | 54,003 | 52,513 |
| General and administrative | 12,158 | 12,572 | 24,667 | 25,532 |
| Restructuring charges | 31 | 15 | 2,366 | 2,067 |
| Total operating expenses | 48,558 | 50,134 | 101,831 | 102,571 |
| Income (loss) from operations | (4,785) | 5,592 | (7,239) | 3,801 |
| | | | | |
| Other income | 77 | 10 | 175 | 166 |
| Interest expense | (2,617) | (1,485) | (5,175) | (2,993) |
| Loss on debt extinguishment, net | (39) | — | (39) | — |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Net income (loss) before income tax provision (benefit) | | (7,364) | | 4,117 | | (12,278) | 974 |
| Income tax provision (benefit) | | 499 | | 45 | | (741) | 422 |
| Net income (loss) | $ | (7,863) | $ | 4,072 | $ | (11,537) | $ 552 |
| Earnings per share: | | | | | | | |
| Basic and Diluted | $ | (0.23) | $ | 0.12 | $ | (0.34) | $ 0.02 |
| Weighted average shares: | | | | | | | |
| Basic | | 34,561 | | 33,804 | | 34,337 | 33,549 |
| Diluted | | 34,561 | | 34,048 | | 34,337 | 33,699 |

**QUANTUM CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**
(In thousands)
(Unaudited)

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | September 30, 2017 | September 30, 2016 | September 30, 2017 | September 30, 2016 |
| Net income (loss) | $ (7,863) | $ 4,072 | $ (11,537) | $ 552 |
| Other comprehensive income (loss), net of taxes: | | | | |
| Foreign currency translation adjustments | 673 | 206 | 828 | (133) |
| Net unrealized gain (loss) on revaluation of long-term intercompany balances | (204) | (57) | (192) | (15) |
| Total other comprehensive income (loss) | 469 | 149 | 636 | (148) |
| Total comprehensive income (loss) | $ (7,394) | $ 4,221 | $ (10,901) | $ 404 |

39.     The Company's November 9, 2017 Form 10-Q also assured investors of the effectiveness of Quantum's internal control over financial reporting:

**ITEM 4. CONTROLS AND PROCEDURES**

(a)     *Evaluation of disclosure controls and procedures.* We evaluated the effectiveness of the design and operation of our disclosure controls and procedures as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act as of the end of the period covered by the Quarterly Report on Form 10-Q. This control evaluation was performed under the supervision and with the participation of management, including our CEO and our CFO. Disclosure controls and procedures are designed to

27

ensure that information required to be disclosed in our reports filed under the Exchange Act, such as this Quarterly Report on Form 10-Q, is recorded, processed, summarized and reported within the time periods specified by the SEC. Disclosure controls are also designed to ensure that such information is accumulated and communicated to our management, including the CEO and CFO, as appropriate, to allow timely decisions regarding the required disclosure. Based on the controls evaluation, our CEO and CFO have concluded that as of the end of the period covered by this Quarterly Report on Form 10-Q, our disclosure controls were effective.

(b)     *Changes in internal control over financial reporting.* There was no change in our internal control over financial reporting that occurred during the fiscal quarter covered by this Quarterly Report on Form 10-Q that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

40.     Quantum's November 9, 2017 Form 10-Q was signed by Defendants Sanchez and Amahd and contained SOX certifications, signed by both which were substantially similar to the certifications described in ¶22, supra.

## C.   *The Truth Emerges – Disclosures At The End Of The Class Period*

41.     On November 13, 2017, Quantum filed a Form 8-K with the SEC announcing, among other things, that its long-time CEO, Jon Gacek, had abruptly resigned and would be replaced by interim CEO Adalio Sanchez.

42.     Among other things, that Form 8-K stated:

On November 7, 2017, Quantum Corporation ("Quantum" or the "Company") appointed Adalio T. Sanchez, 58, a member of the Company's board of directors (the "Board") as interim CEO to replace Jon Gacek who left the Company effective November 7, 2017.  Mr. Sanchez is a 35-year IT industry veteran who spent most of his career at IBM, including 16 years in senior executive and global general management roles.  Mr. Sanchez has served as a member of the Board since May 2017 and also serves on the board of directors of ACI Worldwide, Inc. (NASDAQ: ACIW).  His full biographical information is set forth in the Company's proxy statement for its annual meeting held on August 23, 2017 (the "2017 Proxy Statement") and is incorporated herein by reference.

There are no arrangements or understandings between Mr. Sanchez and any other persons pursuant to which he was selected as interim Chief Executive Officer. There are no family relationships between Mr. Sanchez and any director or executive officer of the Company and he has no direct or indirect material interest

28

in any transaction required to be disclosed pursuant to Item 404(a) of Regulation S-K.

In connection with Mr. Sanchez's appointment, the Board ended Raghu Rau's service as Executive Chair and Mr. Rau resumed his prior role as Chairman of the Board.   The terms of Mr. Rau's service as Executive Chair, including his compensation arrangements were previously disclosed on the Company's Form 8-K, filed on September 5, 2017.

43.     On February 8, 2018, Quantum issued a press entitled "Quantum Corporation Postpones Earnings Conference Call," in which the Company disclosed that it had previously received a subpoena from the SEC "related to revenue recognition for transactions commencing April 1, 2016," prompting a still ongoing internal investigation. As a result, the Company announced, it would delay the release of its fiscal third quarter 2018 results and its earnings conference call. In pertinent part, the February 8, 2018 press release provided:

**Quantum Corporation Postpones Earnings Conference Call**

SAN JOSE, Calif., Feb. 8, 2018 /PRNewswire/ -- Quantum Corp. (NYSE: QTM) today announced that it is postponing release of its fiscal third quarter 2018 results and its earnings conference call, which were scheduled for this afternoon. The company is taking this action so that Quantum's audit committee, in keeping with its strong corporate governance practices, can complete an investigation into accounting matters and related internal controls that were raised in response to a recent inquiry by the Securities and Exchange Commission (SEC). In the meantime, the company provided an update on its ongoing business transformation and cost savings initiative, including the acceleration of certain cost reduction actions announced last November. Quantum also announced that the company and its senior lenders have signed a term sheet to provide additional financial flexibility under its credit facility.

**Postponement of Quarterly Results and Conference Call**

On Jan. 11, 2018, Quantum received a subpoena from the SEC regarding its accounting practices and internal controls related to revenue recognition for transactions commencing April 1, 2016. Following receipt of the SEC subpoena, the company's audit committee began an independent investigation with the assistance of independent advisors, which is currently in process. Because the audit committee's investigation is ongoing, Quantum decided it was prudent to postpone its quarterly results release and conference call, pending conclusion of the investigation. The company is cooperating with the SEC and cannot predict the

timing of completion or outcome of either the audit committee's investigation or the SEC's inquiry at this time.

## CLASS ACTION ALLEGATIONS

44.     Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of a class of all persons and entities who purchased or otherwise acquired Quantum securities between July 27, 2016 through February 7, 2018, inclusive. Excluded from the Class are Defendants, directors and officers of the Company, as well as their families and affiliates.

45.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Quantum securities were actively traded on the NYSE stock exchange. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. As of November 3, 2017, the Company had 34,673,884 shares of common stock outstanding. Record owners and other members of the Class may be identified from records maintained by Quantum or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

46.     There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class which predominate over questions which may affect individual Class members include:

a.     Whether Defendants violated the Exchange Act ;

b.     Whether Defendants omitted and/or misrepresented material facts;

c.     Whether Defendants' statements omitted material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading;

d.     Whether Defendants knew or recklessly disregarded that their statements were false and misleading;

e.      Whether the price of the Company's stock was artificially inflated; and

f.      The extent of damage sustained by Class members and the appropriate measure of damages.

47.    Plaintiff's claims are typical of those of the Class because Plaintiff and the Class sustained damages from Defendants' wrongful conduct alleged herein.

48.    Plaintiff will adequately protect the interests of the Class and has retained counsel who are experienced in class action securities litigation. Plaintiff has no interests that conflict with those of the Class.

49.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## LOSS CAUSATION

50.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

51.    During the Class Period, Plaintiff and the Class purchased Quantum securities at artificially inflated prices and were damaged thereby.

52.    On February 8, 2018, before trading had opened, Quantum disclosed that it had received a subpoena from the SEC on January 11, 2018 "regarding its accounting practices and internal controls related to revenue recognition for transactions commencing April 1, 2016," prompting an internal investigation by Quantum's audit committee, which remains ongoing. As a result, the Company further announced that it would postpone the release of its fiscal third quarter 2018 results and earnings call.

53.    On this news, Quantum's share price fell 29.9% to close at $3.90 on February 8, 2018.

54.     This decline is directly attributable to the Company's February 8, 2018 announcement disclosing a subpoena from the SEC and an ongoing internal accounting investigation relating to accounting for certain contracts since April 1, 2016.

## FRAUD ON THE MARKET

55.     Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine that, among other things:

a.      Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

b.      The omissions and misrepresentations were material;

c.      The Company's common stock traded in efficient markets;

d.      The misrepresentations alleged herein would tend to induce a reasonable investor to misjudge the value of the Company's common stock; and

e.      Plaintiff and other members of the class purchased the Company's common stock between the time Defendants misrepresented or failed to disclose material facts and the time that the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

56.     At all relevant times, the markets for the Company's stock were efficient for the following reasons, among others: (i) the Company filed periodic public reports with the SEC; and (ii) the Company regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news wire services and through other wide-ranging public disclosures such as communications with the financial press, securities analysts, and other similar reporting services. Plaintiff and the Class relied on the price of the Company's common stock, which reflected all information in the market, including the misstatements by Defendants.

**NO SAFE HARBOR**

57.     The statutory safe harbor provided for forward-looking statements under certain conditions do not apply to any of the allegedly false statements pleaded in this Complaint. The specific statements pleaded herein were not identified as forward-looking statements when made.

58.     To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

**CAUSES OF ACTION**

**COUNT I**

**Violation of § 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder**

**(Against All Defendants)**

59.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

60.     During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

61.     Defendants violated § 10(b) of the Exchange Act and Rule 10b-5 in that they (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon those who purchased or otherwise acquired the Company's securities during the Class Period.

62.     Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for the Company's common stock. Plaintiff and the Class would not have purchased the Company's common stock at the price paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

## COUNT II

### Violation of § 20(a) of the Exchange Act

### (Against The Individual Defendants)

63.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

64.     The Individual Defendants acted as controlling persons of the Company within the meaning of § 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions at the Company, the Individual Defendants had the power and authority to cause or prevent the Company from engaging in the wrongful conduct complained of herein. The Individual Defendants were provided with or had unlimited access to the Company's reports, press releases, public filings and other statements alleged by Plaintiffs to be false or misleading both prior to and immediately after their publication, and had the ability to prevent the issuance of those materials or to cause them to be corrected so as not to be misleading.

65.     In particular, each of these Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

66.     As set forth above, Quantum violated Section 10(b) and Rule 10b-5 by its acts and/or omissions as alleged in this Complaint. By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A.     determining that this action is a proper class action pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure on behalf of the Class as defined herein, and a

certification of Plaintiff as class representative pursuant to Rule 23 of the Federal Rules of Civil Procedure and appointment of Plaintiff's counsel as Lead Counsel;

B.      awarding compensatory damages in favor of Plaintiff and the other class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including pre-judgment and post-judgment interest thereon.

C.      awarding Plaintiff and other members of the Class their costs and expenses in this litigation, including reasonable attorneys' fees and experts' fees and other costs and disbursements; and

D.      awarding Plaintiff and the other Class members such other relief as this Court may deem just and proper.

### **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury in this action of all issues so triable.

DATED: February 13, 2018                    **BLOCK & LEVITON LLP**

By:     _/s/ Jacob A. Walker_____
Joel A. Fleming (SBN 281264)
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
joel@blockesq.com
jake@blockesq.com

Whitney Street (SBN 223870)
**BLOCK & LEVITON LLP**
610 16th Street, Suites 214-216
Oakland, CA 94612
(415) 968-8999 phone
(617) 507-6020 fax
whitney@blockesq.com

*Attorneys for Plaintiff*

35

## PLAINTIFF'S CERTIFICATION OF SECURITIES
## <u>FRAUD CLASS ACTION COMPLAINT</u>

I, **Steven Lazan**, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed, and authorize the filing on my behalf of, the draft complaint regarding Quantum Corporation (the "Company").
2. I did not purchase the securities which are the subject of the complaint at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.
3. My transactions in the Company's securities during the Class Period are as follows:

| Date | Transaction | No. of shares | Price per share |
|------|-------------|---------------|-----------------|
| 10/12/2017 | Buy | 3020 | $5.95 |

4. I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.
5. During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed nor have I ever been appointed as lead plaintiff or class representative in any class action arising under the securities laws of the United States.
6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Signed under the penalties of perjury on **<u>02/13/2018</u>**.

Signature: