UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAZAN,<br><br>          Plaintiff,<br><br>     v.<br><br>QUANTUM CORPORATION, et al.,<br><br>          Defendants. | Case No. 18-cv-00923-RS |
| ALEXANDER E. NABHAN,<br><br>          Plaintiff,<br><br>     v.<br><br>QUANTUM CORP., et al.,<br><br>          Defendants. | Case No. 18-cv-00925-RS<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE AND APPOINT INTERIM LEAD COUNSEL** |

Pursuant to Civil Local Rule 7-1(b) the motions to consolidate the above-captioned actions and to appoint interim lead counsel are suitable for disposition without oral argument, and the hearing set for May 25, 2018 is vacated. Good cause appearing, the unopposed motion to consolidate these two actions, previously deemed "related" under Civil Local Rule 3-12, is granted.

Three sets of parties and counsel initially sought appointment as lead plaintiffs and lead counsel. One set has expressly withdrawn, and another set has effectively conceded, by failing to

oppose the motion of the third set.  Given the showing by Globis Capital Advisors L.L.C. that its appointment motion otherwise sufficiently establishes the qualifications it and its attorneys have to serve in lead roles in this litigation, that motion will be granted. Globis is hereby appointed as lead plaintiff, Kirby McInerney LLP is appointed as lead counsel for the class, and Glancy Prongay and Murray LLP is appointed as liaison counsel.

**IT IS SO ORDERED**.

Dated: May 16, 2018

_____
RICHARD SEEBORG
United States District Judge