BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
CAZ HASHEMI, State Bar No. 210239
Email: chashemi@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Quantum
Corporation, Adalio T. Sanchez,
and Fuad Ahmad

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAZAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUM CORPORATION, FUAD AHMAD, JON W. GACEK, and ADALIO T. SANCHEZ,<br><br>Defendants. | Case No. 3:18-cv-00923-RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND POSTPONE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

1    WHEREAS, on February 13, 2018, Plaintiff Steven Lazan, individually and on behalf of
2    all others similarly situated, filed a Class Action Complaint for Violations of the Federal
3    Securities Laws ("Complaint") against Quantum Corporation ("Quantum") and certain of its
4    current and former officers and directors, Jon Gacek, Fuad Ahmad, and Adalio T. Sanchez
5    (collectively, "Defendants");
6    WHEREAS, Defendants waived service of the Complaint, and their responses to the
7    Complaint are currently due June 11, 2018;
8    WHEREAS, on February 13, 2018, the Court entered an Order Setting Initial Case
9    Management Conference and ADR Deadlines (ECF No. 3) ("CMC Order") which, among other
10   things, set an Initial Case Management Conference ("Initial CMC") for May 17, 2018;
11   WHEREAS, the CMC Order further set May 10, 2018 as the last day for the parties to
12   file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and
13   file a Case Management Statement per Standing Order re Contents of Joint Case Management
14   Statement, and set April 26, 2018 as the last day for the parties to meet and confer regarding
15   initial disclosures, early settlement, Alternative Dispute Resolution ("ADR") process selection,
16   and a discovery plan, and file an ADR Certification with either a Stipulation to ADR Process or a
17   Notice of Need for ADR Phone Conference;
18   WHEREAS, this action is governed by the provisions of the Private Securities Litigation
19   Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4 *et seq.*, and the parties anticipate that the
20   Court will appoint a lead plaintiff and that the court-appointed lead plaintiff will file a
21   consolidated complaint superseding previously filed complaints, including the Complaint; and
22   WHEREAS, the parties agree that efficiency for the Court and the parties in proceeding
23   under the PSLRA dictates that responding to the current Complaint should be deferred.
24   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
25   respective parties hereto, that:
26   1.    After the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B),
27   lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing
28

1 | of a consolidated complaint or designation of an operative complaint, and a briefing schedule
2 | for Defendants' anticipated motion(s) to dismiss. The parties shall submit a joint stipulation
3 | with a proposed schedule no later than ten (10) business days following the appointment of lead
4 | plaintiff.

2. Defendants shall not be required to move to dismiss, or otherwise respond to, the Complaint in this action, and shall not be deemed to have waived any rights, arguments, or defenses by waiting to respond, until such time as Defendants are required to respond pursuant to the Court-approved schedule.

3. The parties request that the Court vacate the Initial CMC currently scheduled for May 17, 2018, to be rescheduled to a later date at the Court's convenience, which will accordingly continue all related deadlines set forth in the CMC Order.

4. This Stipulation is entered into without prejudice to any party seeking any interim relief.

5. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

IT IS SO STIPULATED.

Dated: April 12, 2018                    WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         By:   /s/ Boris Feldman
                                                   Boris Feldman

                                         650 Page Mill Road
                                         Palo Alto, CA 94304-1050
                                         Telephone: (650) 493-9300
                                         Facsimile: (650) 565-5100
                                         Email: boris.feldman@wsgr.com
                                                chashemi@wsgr.com

                                         *Attorneys for Defendants Quantum Corporation, Adalio T. Sanchez, and Fuad Ahmad*

| | | |
|---|---|---|
| 1 | Dated: April 12, 2018 | DEBEVOISE & PLIMPTON LLP |
| 2 | | |
| 3 | | By:   /s/ Jonathan R. Tuttle<br>        Jonathan R. Tuttle |
| 4 | | 801 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004 |
| 5 | | Telephone: (202) 383-8000<br>Facsimile: (202) 383-8118<br>Email: jrtuttle@debevoise.com |
| 6 | | |
| 7 | | *Attorneys for Defendant Jon Gacek* |
| 8 | Dated: April 12, 2018 | BLOCK & LEVITON LLP |
| 9 | | |
| 10 | | By:   /s/ Jacob A. Walker<br>        Jacob A. Walker |
| 11 | | Joel A. Fleming (SBN 281264)<br>Jacob A. Walker (SBN 271217) |
| 12 | | BLOCK & LEVITON LLP<br>155 Federal Street, Suite 400<br>Boston, MA 02110 |
| 13 | | Telephone: (617) 398-5600<br>Facsimile: (617) 507-6020 |
| 14 | | Email: joel@blockesq.com<br>        jake@blockesq.com |
| 15 | | Whitney Street (SBN 223870)<br>BLOCK & LEVITON LLP |
| 16 | | 610 16th Street, Suites 214-216<br>Oakland, CA 94612 |
| 17 | | Telephone: (415) 968-8999<br>Facsimile: (617) 507-6020 |
| 18 | | Email: whitney@blockesq.com |
| 19 | | *Attorneys for Plaintiff Steven Lazan* |

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO.: 3:18-cv-00923-RS

-3-

# [~~PROPOSED~~] ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1. After the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B), lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing of a consolidated complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss. The parties shall submit a joint stipulation with a proposed schedule no later than ten (10) business days following the appointment of lead plaintiff.

2. Defendants shall not be required to move to dismiss, or otherwise respond to, the Complaint in this action, and shall not be deemed to have waived any rights, arguments, or defenses by waiting to respond, until such time as Defendants are required to respond pursuant to the Court-approved schedule.

3. The Initial CMC currently set in this matter for May 17, 2018 is hereby vacated and will be rescheduled at a later date consistent with the foregoing stipulation. All related deadlines set forth in this Court's Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 3) will be continued accordingly.

4. This Stipulation is entered into without prejudice to any party seeking any interim relief.

5. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO ORDERED.**

DATED: 4/18/18

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE