Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Casey E. Sadler (#274241)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: lglancy@glancylaw.com

*Liaison Counsel for Lead Plaintiff Globis Capital Advisors L.L.C. and the Proposed Plaintiff Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN LAZAN,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM CORPORATION et al.,<br><br>Defendants. | Case No: 5:18-cv-00923-RS<br><br>**CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |
| ALEXANDER E. NABHAN,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM CORPORATION et al.,<br><br>Defendants. | |

## TABLE OF CONTENTS


I. NATURE OF THE ACTION ..... 1

II. JURISDICTION AND VENUE ..... 6

III. PARTIES ..... 7

A. Lead Plaintiff ..... 7

B. Defendants ..... 7

C. Relevant Non-Parties ..... 8

IV. FACTUAL BACKGROUND ALLEGATIONS ..... 9

A. Quantum's Situation and Strategy at Class Period Inception ..... 9

B. Revenue from Quantum's Large Public Cloud Project Allows Quantum to Execute its Business Strategy and Generate Overall Revenue Growth ..... 12

C. Quantum's Stated Revenue Recognition Policies ..... 13

V. DEFENDANTS' FALSE AND/OR MISLEADING STATEMENTS DURING THE CLASS PERIOD ..... 16

A. Overview ..... 16

B. Fourth Quarter and Full Year Fiscal 2016 Financial Results, and May 2016 Guidance ..... 19

1. April 18 and May 10, 2016 Press Releases ..... 19

2. May 10, 2016 Conference Call ..... 22

3. Fiscal 2016 Form 10-K ..... 24

C. First Quarter Fiscal 2017 Financial Results, and July 2016 Guidance ..... 27

1. July 27, 2016 Press Release ..... 27

2. July 27, 2016 Conference Call ..... 30

3. Q1 2017 Form 10-Q ..... 33

D. Second Quarter Fiscal 2017 Financial Results, and the October 2016 Guidance ..... 34

1. October 26, 2016 Press Release ..... 34

2. October 26, 2016 Conference Call ..... 36

3. Q2 2017 Form 10-Q ..... 40

E. Third Quarter Fiscal 2017 Financial Results, and January 2017 Guidance ..... 41

1. January 25, 2017 Press Release ..... 41

2. January 25, 2017 Conference Call ..... 44

3. Q3 2017 Form 10-Q ..... 48

F. Fourth Quarter and Full Year Fiscal 2017 Financial Results ..... 49

1. May 10, 2017 Press Release ..... 49

2. May 10, 2017 Conference Call ..... 52

3. Fiscal 2017 Form 10-K ..... 57

G. First Quarter Fiscal 2018 Financial Results, and the August 2017 Guidance ..... 59

1. August 9, 2017 Press Release ..... 59

2. August 9, 2017 Conference Call ..... 61

3. Q1 2018 Form 10-Q ..... 66

4. Materialization of Concealed Risk ..... 67

H. Second Quarter Fiscal 2018 Financial Results, and the November 2017 Guidance ..... 69

1. November 9, 2017 Press Release ..... 69

2. November 9, 2017 Conference Call ..... 72

3. Q2 2018 Form 10-Q ..... 73

4. Materialization of Concealed Risk ..... 75

VI. THE TRUTH EMERGES ..... 77

A. Quantum's February 8, 2018 Corrective Disclosures Reveal Quantum's Previously-Reported Financial Results to be Suspect, and Deflate Quantum Shares Back to their Level at Class Period Inception ..... 77

B. Subsequent Disclosures Reveal Further Fall-out from Defendants' Misconduct and Sink Quantum's Share Price Farther ..... 80

VII. MATERIALITY ..... 81

VIII. LOSS CAUSATION ..... 83

IX. ADDITIONAL FACTUAL ALLEGATIONS FURTHER SUPPORTING FALSITY AND/OR *SCIENTER* ..... 89

A. Falsity: Defendants' Recognition of $20 Million in Large Public Cloud Revenues is Contra-Indicated by . . . ..... 89

1. Quantum's Service Revenues ..... 89

2. Quantum's Accounts Receivable ..... 92

3. Quantum's Days of Sales Outstanding ..... 94

4. Defendants' Belated Admission of the Large Public Cloud Project's Operational Delays ..... 95

B. Scienter ..... 96

1. Defendants Were Aware at All Times of the Large Public Cloud Project, its Contractual Provisions and its Operational Status ..... 97

2. The Vital Role that the Large Public Cloud Project Played in Quantum's Reported Financial Results and Stated Business Strategy ..... 101

3. Executive Turnover ..... 103

4. The Individual Defendants' Accounting Expertise ..... 103

5. Accounts of Former Quantum Employees ..... 104

X. CLASS ACTION ALLEGATIONS ..... 108

XI. APPLICABILITY OF THE FRAUD-ON-THE-MARKET AND *AFFILIATED UTE* PRESUMPTIONS OF RELIANCE ..... 110

XII. NO SAFE HARBOR ..... 112

XIII. COUNTS ..... 112

XIV. PRAYER FOR RELIEF ..... 116

XV. JURY TRIAL DEMANDED ..... 116

Court-appointed Lead Plaintiff Globis Capital Advisors L.L.C. ("Lead Plaintiff"), by and through its attorneys, allege the following against Defendants Quantum Corporation ("Quantum" or the "Company"), Quantum's former Chief Executive Officer ("CEO") Jon Gacek ("Gacek") and Quantum's former Chief Financial Officer ("CFO") Fuad Ahmad ("Ahmad"). Lead Plaintiff's allegations concerning Lead Plaintiff's transactions are based upon Lead Plaintiff's personal knowledge. All other allegations are based upon Lead Plaintiff's counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Quantum with the U.S. Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued and disseminated by Quantum; and (c) review of other publicly available information concerning Quantum, including reports on Quantum authored by securities analysts. Lead Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I. NATURE OF THE ACTION

1. This is a federal securities class action against Quantum and certain of its officers and directors for violations of the federal securities laws. Lead Plaintiff brings this action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and SEC Rule 10b-5 promulgated thereunder, on behalf of itself and all similarly situated purchasers of Quantum securities during the period from April 18, 2016 through February 7, 2018 (the "Class Period").

2. Quantum, a publicly-traded Delaware corporation headquartered in San Jose, California, is a technology company providing data storage, archive and protection products and services. As detailed herein, Quantum's revenues derive largely from its data protection products, centered on older technologies (*e.g.*, tape backup systems) for which markets were shrinking, and to a lesser degree, from its "scale-out tiered storage" products (hardware and software), which feature current technologies for which markets were growing. Hence, Quantum's business strategy has been to achieve revenue growth by growing scale-out storage revenues fast enough to overcome its data protection revenue declines. *See* Section IV.A, *infra*.

3. The Class Period begins on April 18, 2016, when Quantum disclosed that, among other things, it had secured a "major, multi-year scale-out storage win for a large cloud project" sufficiently sizeable, by itself, to allow Quantum to execute its self-stated, above-identified business strategy.

4. Thereafter, in their public statements, Defendants repeatedly referenced Quantum's new "large cloud project" customer, whose identity they kept confidential by steadfastly using generalized phrases such as "large cloud project" and/or "large public cloud deal" (hereinafter, the "Large Public Cloud Project"), and the revenues that Quantum could book from the Large Public Cloud Project. *See e.g.* Sections IV.B and V, *infra*.

5. In fact, and although undisclosed at the time, Defendants quickly booked, largely during the first half of Quantum's fiscal 2017 (*i.e.*, the six months ended September 30, 2016), $20 million of scale-out storage revenue from the Large Public Cloud Project alone. This sum, from one customer in effectively half a year, constituted one-fifth of Quantum's aggregate scale-out storage revenues from *all* customers during the *entire* prior year (fiscal 2016, $103.3 million). Moreover, it was instrumental in allowing Defendants to report – at the end of fiscal 2017 – that fast growth in scale-out storage revenues (for fiscal 2017, $121.4 million) had outpaced declines in data protection revenues. *See e.g.* Sections V.C-F, *infra*.

6. However, the revenues that Defendants reported from the Large Public Cloud Project were improperly and prematurely booked, in violation of Generally Accepted Accounting Policies ("GAAP") and Quantum's own stated revenue recognition policies, and were made possible by Quantum's inadequate internal controls over financial reporting. Specifically: (1) operative contracts for the Large Public Cloud Project contained post-delivery obligations and customer acceptance criteria which, under both Quantum's stated revenue recognition policies and GAAP, required that revenue be deferred until such obligations/criteria are met; and (2) such obligations and criteria had not been met when Defendants recognized $20 million in fiscal 2017 revenues from the Large Public Cloud Project. Consequently, such revenues should not have been recognized and reported at the times and in the amounts that they were. *See e.g.* Sections IV.C and IX.A, *infra*.

7. Defendants' undisclosed, improper booking of revenues from the Large Public Cloud Project rendered materially false and misleading:

a. the financial results of operations that Defendants reported for Quantum during the Class Period (in press releases, SEC filings and conference calls), most particularly:

i. aggregate revenue;

ii. scale-out storage revenue;

iii. aggregate revenue growth;

iv. scale-out storage revenue growth; and

v. operating income, net income and earnings per share ("EPS");

b. Quantum's stated revenue recognition policies;

c. Defendants' representations concerning the adequacy of Quantum's internal controls over financial reporting; and

d. Defendants' Sarbanes-Oxley certifications asserting that such internal controls were adequate and that Quantum's reported financial results were accurate.

8. Defendants' scheme was, initially, effective. As Defendants publicly reported for Quantum, during and for fiscal 2017, *overall* revenue *growth*, driven largely by scale-out storage revenue growth, Quantum's share price more than doubled during the initial portion of the Class Period, rising from below $4.00 per share in April 2016 to above $8.00 per share in April 2017, and remaining above $8.00 per share for much of the period between April and early August 2017.[1] *See e.g*. Section VIII, *infra*.

9. However, Quantum's share price declined, as:

a. the risks that Defendants had concealed via improper recognition of revenues from the Large Public Cloud Project (*e.g*., stagnant and/or declining revenue) began to materialize in a series of disclosures beginning on August 9, 2017, and

---

[1] All share prices, share trading volume figures and earnings per share ("EPS") figures discussed herein have been adjusted, where necessary, to reflect Quantum's April 18, 2017 1-for-8 reverse stock split of its issued and outstanding common stock.

b. Defendants' prior representations concerning Quantum's financial results and internal controls were revealed to have been materially false and misleading by corrective disclosures beginning on February 8, 2018.

*See* Section VIII, *infra*; *see also* Sections V.G.4, V.H.4 and VI, *infra*.

10. On August 9, 2017, Defendants reported Quantum's financial results of operations for the first quarter of fiscal 2018 (the quarter ended June 30, 2017) and provided guidance for Quantum's second quarter of fiscal 2018. *See* Section V.G, *infra*. The reported first quarter results showed little growth in scale-out storage revenue and no revenue growth for Quantum overall, while the second quarter guidance indicated that Quantum's aggregate revenues would *decline* by approximately 10%. *Id*. Defendants further revealed in their August 9, 2017 conference call comments that Quantum had neither recorded any revenue from the Large Public Cloud Project for the first quarter of 2018 nor expected to record any such revenue for the second quarter of 2018. *Id*. In response to these disclosures – and, particularly, to the disappearance of both (1) Large Public Cloud Project revenues, and (2) Quantum's revenue growth – Quantum's shares immediately lost 27.4% of their value, falling $2.03 per share from their August 9, 2017 closing price of $7.41 per share to close on August 10, 2017 at $5.38 per share. *See* Sections V.G.4 and VIII, *infra*. This share price decline likely would have been steeper still absent Defendants' simultaneous representations, during the August 9, 2017 conference call, that they expected to book a second $20 million of revenue from the Large Public Cloud Project during the second half of fiscal 2018. *Id*.

11. Quantum shares slid further – falling $0.62 per share (12.7% of their remaining value) from their November 9, 2017 closing price of $4.90 per share to close at $4.28 per share on November 13, 2017 – following Quantum's November 9, 2017 disclosures that:

a. reported second quarter fiscal 2018 results that fell significantly below the dismal August 2017 guidance, including sharp revenue declines not only on an overall basis but also for scale-out storage revenues specifically;

b. attributed such revenue declines to (a) having recognized substantial amounts of revenue from the Large Public Cloud Project in the year-ago quarter ($15 million), and (b) having recognized no such revenues during the just-completed quarter;

c. disclosed, without any explanation, that Quantum's long-time Chief Executive Officer, Defendant Jon Gacek, had "left the Company;" and

d. warned that a second $20 million of revenue from the Large Public Cloud Project was unlikely to be booked during the second half of fiscal 2018.

*See* Sections V.H.4 and VIII, infra.

12. On February 8, 2018, Quantum shocked the market when it announced that:

a. the SEC had subpoenaed Quantum regarding Quantum's "accounting practices and internal controls related to revenue recognition for transactions commending April 1, 2016;"

b. the audit committee of Quantum's Board of Directors (the "Board") had commenced an investigation into the same matters; and

c. in light of the above-mentioned developments, Quantum would postpone release of its fiscal third quarter 2018 financial results (*i.e.*, results for the quarter ended December 31, 2017) – due to have been disclosed that day – until the investigation had been completed.

13. In response to these corrective disclosures, Quantum's shares fell $1.67 per share, from their $5.57 closing price on February 7, 2018 to close on February 8, 2018 at $3.90 per share, a single day decline of 30.0%. *See* Sections VI.A and VIII, *infra*. In subsequent, related disclosures, Quantum stated that the investigations into Quantum's accounting, financial reporting and internal controls could ultimately require Quantum to adjust or restate its previously-issued financial statements for periods extending back to January 1, 2016, and to correct its prior representations concerning its internal controls and disclosures. *Id*.

14. Quantum's subsequent May 30, 2018 disclosures that Gacek's replacement as CEO, Patrick Dennis, had also left the Company, together with Quantum's CFO Fuad Ahmad, caused Quantum shares to lose 12.0% of their remaining value the following day, falling $0.41 per

share from their May 30, 2018 closing price of $3.43 per share to close trading on May 31, 2018 at $3.02 per share. *See* Section VI.B, *infra*.

15. As the investigations into Quantum's accounting, financial statements and internal controls continue, Quantum has still failed to:

a. disclose financial results for the third quarter of fiscal 2018 (ended December 31, 2017 and originally slated for disclosure on February 8, 2018);

b. file a Form 10-Q with the SEC for the same quarter, including financial statements, evaluations of internal controls, and certifications concerning the respective accuracy and adequacy of Quantum's financial statements and internal controls;

c. disclose financial results for the fourth quarter and year of fiscal 2018 (ended March 31, 2018 and due for disclosure on or about May 10, 2018);

d. file a Form 10-K with the SEC for fiscal 2018, including financial statements, evaluations of internal controls, and certifications concerning the respective accuracy and adequacy of Quantum's financial statements and internal controls; and

e. disclose any results of the investigations into Quantum's accounting, financial reporting and internal controls.

16. Quantum's shares currently trade at prices approximately half that of Quantum's $3.87 share price at Class Period inception, and less than a quarter of Quantum's share price following Defendants' false reporting of fiscal 2017 financial results as buoyed by Large Public Cloud Project revenues. As a direct consequence of Defendants' materially false and/or misleading disclosures, the price of Quantum shares was artificially inflated during the Class Period.

## II. JURISDICTION AND VENUE

17. The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

18. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and Section 27 of the Exchange Act (15 U.S.C. §78aa).

19. Venue is proper in this Judicial District pursuant to 28 U.S.C. §1391(b) and Section 27 of the Exchange Act (15 U.S.C. §78aa(c)). Quantum is headquartered in this Judicial District, and substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.

20. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the U.S. mail, interstate telephone communications, and the facilities of a national securities exchange.

## III. PARTIES

### A. Lead Plaintiff

21. Lead Plaintiff Globis Capital Advisors L.L.C. purchased Quantum common stock during the Class Period, as was detailed in a sworn certification filed previously with the Court, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

### B. Defendants

22. **Defendant Quantum Corporation** (previously defined as "Quantum" or the "Company") is incorporated in Delaware, and its principal executive offices are located at 224 Airport Parkway, Suite 550, San Jose, California 95110. Quantum stock trades on the New York Stock Exchange ("NYSE") under the ticker symbol "QTM."

23. **Defendant Jon W. Gacek ("Gacek")** served as Quantum's CEO from April 2011 until November 7, 2017, and as a member of Quantum's Board of Directors until May 4, 2017.

24. **Defendant Fuad Ahmad ("Ahmad")** served as Quantum's CFO, Treasurer and Executive Vice President from April 15, 2016 until May 30, 2018.

25. Hereinafter, Defendants Gacek and Ahmad are collectively referred to as the "Individual Defendants." Defendant Quantum and the Individual Defendants are collectively referred to as "Defendants." The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the content of Quantum's reports to the SEC, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market. Each Individual Defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements, pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

### C. Relevant Non-Parties

26. **Adalio T. Sanchez ("Sanchez")** served as Quantum's interim CEO from November 7, 2017 (succeeding Gacek) until January 16, 2018 (when replaced by Patrick Dennis), and served on Quantum's Board at all times since May 4, 2017.

27. **Patrick Dennis ("Dennis")** served as Quantum's CEO from January 16, 2018 (succeeding Sanchez) until May 25, 2018 (replaced by Michael Dodson), and as a member of Quantum's Board during the same period.

28. **Michael Dodson ("Dodson")** was appointed as Quantum CFO effective May 31, 2018 (succeeding Ahmad), and was simultaneously appointed as Quantum's interim CEO (succeeding Dennis). Dodson served as interim CEO until July 1, 2008, when replaced by Lerner.

29. **Jamie Lerner ("Lerner")** was appointed as Quantum's CEO and President, and joined Quantum's Board, effective July 1, 2008, replacing interim CEO Dodson, following

Dodson's replacement of Dennis in May 2018, following Dennis' replacement of Sanchez in January 2018, following Sanchez's replacement of Gacek in November 2017.

30. **Linda Breard ("Breard")** served as Quantum's CFO from 2011 until approximately January 28, 2016. (After Breard's exit as Quantum's CFO, and until Ahmad's assumption of the CFO position on April 15, 2016, the CFO position was filled on an interim basis by Chris Willis, Quantum's vice president of financial planning and analysis).

## IV. FACTUAL BACKGROUND ALLEGATIONS

### A. Quantum's Situation and Strategy at Class Period Inception

31. Quantum is a provider of digital data storage and protection products and services. It sells products under its own brand, directly to large corporate entities and government agencies, and indirectly to most other customers via distributors, value-added resellers (VARs) and direct marketing resellers (DMRs). It also sells products to several original equipment manufacturers (OEMs) that resell Quantum products – for the most part, tape automation systems – under their own brand names.

32. Quantum's provides two basic categories of products: (1) data protection products; and (2) data storage products.

33. Quantum's classifies its data protection products in three different categories:

a. scalar tape automation systems – from autoloaders with one tape drive and up to sixteen cartridges to enterprise-class libraries which can hold hundreds of drives and thousands of cartridges, accompanied by integrated software that provides management tools, monitoring, alerts and diagnostics;

b. disk backup systems – including Quantum's DXi disk systems, which use deduplication technology to increase effective disk capacity; and

c. devices and media, which include tape drives, removable disk drives and libraries, and media such as tape cartridges.

34. Quantum's data storage products occupy a single classification: scale-out tiered storage systems, combining hardware and software, which allow organizations comprehensive

solutions to retain, manage, access and archive large amounts data in multiple "tiers," included extended online storage as well as archive storage via tape libraries and/or so-called "cloud" services. Customers for Quantum's scale-out storage systems have historically fallen into three primary "use cases:"

a. Media and entertainment companies (advertisers, film and television studios, producers and broadcasters, *etc.*) who work with, need access to, and/or must manage large digital files, as well as large organizations such as universities or corporations or sports teams, who similarly need to organize/store the media they generate (advertising, promotional, sports, *etc.*);

b. Government and/or private video surveillance operators, who create and must retain vast amounts of data (*e.g.*, camera feeds); and

c. Organizations that create or analyze large amounts of "unstructured data" and/or center on highly "technical workflows," including oil and gas companies, life sciences research (commercial and academic), space exploration, autonomous driving developers, *etc.*

35. Historically, data protection products have constituted Quantum's core and primary products. However, because they are based on older technology and were designed to serve older business paradigms and needs (particularly scalar tape automation systems and the associated "devices and media" products), the markets for such data protection products are declining. Conversely, as Quantum's data storage offerings are based on newer technologies and are designed to serve newer business paradigms and needs, the markets for such products is growing.

36. The table below, which reproduces Quantum's reported product revenues for fiscal 2014 (ended March 31, 2014) through fiscal 2017 (ended March 31, 2017), concretizes the foregoing:

**Quantum's Reported Product Revenue: 2014-2017**

| | **2014** | **2015** | **2016** | **2017** | **Growth: 2014 - 2017** |
|---|---|---|---|---|---|
| **Subtotal - Data Protection** | $295,335 | $269,692 | $182,943 | $200,764 | -32.0% |
| **Tape Automation** | $174,438 | $152,205 | $97,454 | $88,751 | -49.1% |

| | | | | | |
|---|---|---|---|---|---|
| **Systems** | | | | | |
| **Disk Backup Systems** | $50,217 | $54,845 | $39,722 | $51,153 | 1.9% |
| **Devices and Media** | $70,680 | $62,642 | $45,767 | $60,860 | -13.9% |
| **Scale-out Storage** | $52,983 | $85,887 | $103,274 | $121,448 | 129.2% |
| **Total Product Revenues** | $348,318 | $355,579 | $286,217 | $322,212 | -7.5% |

Sources: Quantum 2017 Form 10-K; Quantum 2016 Form 10-K

37. As the table shows, between fiscal 2014 and fiscal 2017, Quantum's revenues from data protection products shrank by 32.0%, driven by a 49.1% decline in revenues from tape automation systems, while revenues from scale-out storage products grew 129.2% during the same period.

38. In light of the declining markets for Quantum's primary data storage products (which Quantum's SEC filings identified as the foremost risk to Quantum's business),[2] Quantum's self-stated primary business strategy was to achieve overall revenue growth by growing scale-out storage product sales to an extent sufficient to overcome the revenue declines from Quantum's data storage products:

> Our goal for fiscal 2016 was to increase shareholder value by growing our scale-out storage revenue and investing to drive future scale-out growth while also delivering on our operating profit goals. In scale-out storage, we continued to focus on building our market presence beyond media and entertainment into video surveillance, technical workflow and unstructured data archive use cases.

*See* Quantum 2016 Form 10-K, at 31; *see also* Quantum 2017 Form 10-K, at 30 (same, for 2017).

---

[2] *See e.g.* Quantum 2017 Form 10-K, at 11 ("We currently derive significant revenue from products that incorporate some form of tape technology, and we expect to continue to derive significant revenue from these products in the next several years. . . We believe that the storage environment is changing, including reduced demand for tape products. Decreased market acceptance or use of products employing tape technology has materially and adversely impacted our business, financial condition and results of operations and we expect that our revenues from tape products will continue to decline, which could materially and adversely impact our business, financial condition and results of operations in the future.").

**B. Revenue from Quantum's Large Public Cloud Project Allow Quantum to Execute its Business Strategy and Generate Overall Revenue Growth**

39. At the inception of the Class Period, Quantum announced that it had secured "a major, multi-year scale-out storage win" for a "large cloud project," that such project was "expected to contribute significant revenue over the course of fiscal 2017," and that the revenues from Quantum's Large Public Cloud Project would allow Quantum to achieve its strategic goal of generating year-over-year total revenue growth in fiscal 2017 (as well as higher profitability and cash flow).

40. Thereafter, Defendants: (1) informed that the Large Public Cloud Project would generate $10 million of fiscal 2017 revenues; (2) updated that revenue contribution to $20 million; and (3) quickly recognized, largely during the first half of fiscal 2017, $20 million of revenues from the Large Public Cloud Project. Such revenues formed the basis for (1) the extraordinary revenue growth Quantum reported for the interim quarters of fiscal 2017, (2) the overall revenue growth that Quantum reported for entire year of fiscal 2017, and (3) the concomitant doubling of Quantum's share price given such reported results.

41. In light of the Large Public Cloud Project's material revenue contributions, and the central role it played in Defendants' attempts to demonstrate that they were executing Quantum's turnaround, the Large Public Cloud Project was a particular and constant object of focus in Defendants' Class Period communications with analysts, investors and the public markets throughout the Class Period. The Large Public Cloud Project was repeatedly referenced:

a. by Defendants, in Quantum's quarterly press releases reporting Quantum's quarterly financial results of operations, and in Defendants' comments during the quarterly conference calls that Defendants held with analysts and investors to discuss Quantum's financial results and operations (*see e.g.* ¶¶ 49, 56, 64, 72, 86, 99, 133, 151 and 159-60 *infra*); and

b. by Quantum analysts and investors, who often asked multiple questions concerning the Large Public Cloud Project specifically, and its associated revenues, during

Quantum's Class Period quarterly conference calls (*see e.g.* ¶¶72, 86 and 160 *infra*).

42. Notwithstanding the centrality of Quantum's Large Public Cloud Project to Quantum's reported revenues and growth, and to Defendants' public communications concerning those matters, Defendants did not disclose the identity of the Quantum client/customer responsible for the Large Public Cloud Project, citing the customer's confidentiality.[3] Instead, Defendants referred to the customer using generalized descriptive phrasing (including, *e.g.*, "large public cloud deal," "large public cloud customer," "large cloud deal," "public cloud deal," "bid cloud deal," "large, multi-year public cloud project," *etc.*).

### C. Quantum's Stated Revenue Recognition Policies

43. In its annual Form 10-K filings, Quantum set forth its revenue recognition policies. Excerpted below are the specific policy statements most relevant here, which concern revenue recognition where "non-standard terms and conditions," including "significant post-delivery obligations" and/or "customer acceptance criteria" apply, and pursuant to which revenue is to be deferred until such post-delivery obligations or customer acceptance criteria have been met:

a. From Quantum's 2016 Form 10-K, at 54-55, and Quantum's 2017 Form 10-K, at 54:

> . . . Revenue is recognized from the sale of products and services when it is realized or realizable and earned. Revenue is considered realized and earned when: persuasive evidence of an arrangement exists; delivery has occurred or services have been rendered; the price to the buyer is fixed or determinable; and when **collectability is reasonably assured**.
>
> ***
>
> Product Revenue — Hardware

[3] *See* ¶72, *infra* ("The final Q1 scale-out storage highlight I wanted to mention involves the previously announced win we had secured with a large multi-year public cloud project. Although I cannot provide details on the project because of the confidentiality agreement with the customer, I can say . . .").

> Revenue for hardware products sold to distributors, VARs, DMRs, OEMs and end users is generally recognized upon shipment. **When significant postdelivery obligations exist, the related revenue is deferred until such obligations are fulfilled. If there are customer acceptance criteria in the contract, we recognize revenue upon end user acceptance**.

b. From Quantum's 2016 Form 10-K at 44, and Quantum's 2017 Form 10-K at 42:

> While the majority of our sales arrangements contain standard terms and conditions, we sometimes apply judgment when interpreting **complex arrangements with non-standard terms and conditions to determine the appropriate accounting and timing of revenue recognition. An example of such a judgment is deferring revenue related to significant post-delivery obligations and customer acceptance criteria until such obligations are fulfilled.**

44. As detailed herein (*see e.g.* Section IX.A, *infra*), Defendants' recognition of $20 million of Large Public Cloud Project revenues in and for fiscal 2017 violated the specific revenue recognition policies identified above. Operative contracts for the Large Public Cloud Project contained such "post-delivery obligations" and "customer acceptance criteria," and such obligations and criteria had not been met when Defendants recognized $20 million in fiscal 2017 revenues from the Large Public Cloud Project.

45. Quantum's accounting policies derive from and accord with U.S. Generally Accepted Accounting Principles ("GAAP"). GAAP comprises the standards recognized by the accounting profession as the conventions, rules and procedures necessary to define accepted accounting practices. The SEC has the statutory authority for the promulgation of the GAAP for public companies and has generally delegated that authority to the Financial Accounting Standards Board ("FASB"). The FASB's promulgated standards are generally contained within the FASB Accounting Standards Codification ("ASC"), which are considered to be the highest standards of GAAP. SEC Regulation S-X, 17 C.F.R. §210.4-01(a)(1), provides that financial statements filed with the SEC that are not presented in conformity with GAAP will be presumed to be misleading, despite footnotes or other disclosures.

46. Specifically, Quantum's relevant revenue recognition policies derive from and accord with:

a. FASB Statement of Financial Accounting Concepts No. 5 ("FASCON 5"), which provides, *inter alia*, that:

i. revenue is not recognizable until it is realized or realizable (FASCON 5, ¶83(a)), and earned (FASCON 5, ¶83(b)), and

ii. revenue is earned when an entity "has substantially accomplished what it must do to be entitled to the benefits represented by the revenues." (FASCON 5, ¶83(b));

b. FASB ASC 605-10-25-1, which re-iterates the above-identified FASCON 5 concepts and language, stating that:

i. revenue is "not recognized until realized or realizable;"

ii. revenue "is not recognized until earned;" and

iii. revenues "are considered to have been earned when the entity has substantially accomplished what it must do to be entitled to the benefits represented by the revenues."

c. FASB ASC 605-15-25(1)(e), which precludes recognition of revenue at time of sale where the buyer has the right to return the product and the seller has "significant obligations for future performance. . .";

d. FASB ASC 985-605-25-21, which states that "if uncertainty exists about customer acceptance. . . revenue shall not be recognized until acceptance occurs;" and

e. the SEC's Staff Accounting Bulletin ("SAB") 13, which states *inter alia* that:

i. revenue recognition is precluded where a buyer has a right to return a product and the seller "has significant obligations for future performance" to directly bring about resale of the product by the buyer (citing FASB ASC 605-15-25(1)(e)); and

ii. "if uncertainty exists about customer acceptance, revenue should not be recognized until acceptance occurs." (citing FASCON 5, ¶83(b) and FASB ASC 605-25-21):

> **After delivery of a product or performance of a service, if uncertainty exists about customer acceptance, revenue should not be recognized until acceptance occurs**. Customer acceptance provisions may be included in a contract, among other reasons, to enforce a customer's rights to (1) test the delivered product, (2) require the seller to perform additional services subsequent to delivery of an initial product or performance of an initial service (*e.g.*, a seller is required to install or activate delivered equipment), or (3) identify other work necessary to be done before accepting the product. The staff presumes that such contractual customer acceptance provisions are substantive, bargained-for terms of an arrangement. Accordingly, **when such contractual customer acceptance provisions exist, the staff generally believes that the seller should not recognize revenue until customer acceptance occurs or the acceptance provisions lapse**. (emphasis added)

*See*, respectively, SAB 13 at §A.2 ("Persuasive Evidence of an Arrangement") and §A.3.b ("Customer Acceptance").

## V. DEFENDANTS' FALSE AND/OR MISLEADING STATEMENTS DURING THE CLASS PERIOD

### A. Overview

47. During the Class Period, Defendants improperly recognized revenues from Quantum's Large Public Cloud Customer in violation of GAAP and Quantum's own stated revenue recognition policies. Defendants' actions in doing so rendered certain of their Class Period public statements materially false and/or misleading, including:

a. **Quantum's quarterly and annual financial results of operations**, as reported during the Class Period by Defendants in Quantum press releases, conference calls and SEC filings, and particularly Quantum's reported:

   i. overall revenues;

   ii. overall revenue growth;

   iii. scale-out storage revenues;

   iv. scale-out storage revenue growth; and

   v. operating income, net income and EPS, all of which were falsely inflated as a result of Defendants' improper revenue recognition;

b. **Defendants' representations concerning Quantum's Large Public Cloud Project and its associated revenues**, in both written form (in Quantum press releases) and oral form (in Quantum conference calls), which (i) misrepresented and/or omitted information concerning *operational* progress (or the lack thereof) on the Large Public Cloud Project, and (ii) misrepresented the amounts and timing of revenues properly recognizable from the Large Public Cloud Project;

c. **Defendants' stated revenue recognition policies**, in Quantum's annual Form 10-K filings, which Defendants contravened by improperly recognizing revenues from Quantum's Large Public Cloud Customer;

d. **Defendants' representations concerning their evaluation of, and the adequacy of, Quantum's internal controls over financial reporting**, in Quantum's Form 10-Q and 10-K filings, as Defendants' secret misrecognition of revenues from Quantum's Large Public Cloud Project was made possible by, and indicated, material weaknesses in Quantum's internal controls; and relatedly

e. **Defendants' Sarbanes-Oxley certifications attesting to the adequacy of Quantum's internal controls and the accuracy of Quantum's reported financial results of operations,** in Quantum's Form 10-Q and 10-K filings, as Defendants' secret misrecognition of revenues associated with Quantum's Large Public Cloud Project (i) was made possible by, and indicated, material weaknesses in Quantum's internal controls, and (ii) rendered Quantum's financial results of operations, as reported, materially inaccurate, false and misleading.

48. The financial results of operations that Defendants reported for Quantum during the Class Period, and that were falsely inflated as a result of Defendants' improper revenue recognition, are summarized below:

**Quantum's Reported Revenues and Revenue Growth**

| Fiscal Period | Ended | Revenue | Revenue Growth | Scale-Out Storage Revenue | Scale-Out Storage Revenue Growth |
|---|---|---|---|---|---|
| Q4 2016 | 3/31/2016 | $120,029,000 | -18.92% | $33,100,000 | 4.00% |
| Fiscal 2016 | 3/31/2016 | $475,958,000 | -13.92% | $126,500,000 | 23.00% |
| Q1 2017 | 6/30/2016 | $116,284,000 | 4.87% | $30,800,000 | 10.79% |
| Q2 2017 | 9/30/2016 | $134,742,000 | 15.13% | $46,747,000 | 56.19% |
| Q3 2017 | 12/31/2016 | $133,483,000 | 4.22% | $39,827,000 | 11.48% |
| Q4 2017 | 3/31/2017 | $120,835,000 | 0.67% | $31,030,000 | -6.34% |
| Fiscal 2017 | 3/31/2017 | $505,345,000 | 6.16% | $148,400,000 | 17.31% |
| Q1 2018 | 6/30/2017 | $116,858,000 | 0.49% | $33,693,000 | 9.39% |
| Q2 2018 | 9/30/2017 | $107,051,000 | -20.55% | $33,833,000 | -27.63% |
| Q3 2018 | 12/31/2017 | Due February 8, 2018, but as yet undisclosed | | | |
| Q4 2018 | 3/31/2018 | Due May 9, 2018, but as yet undisclosed | | | |
| Fiscal 2018 | 3/31/2018 | Due May 9, 2018, but as yet undisclosed | | | |

**Quantum's Reported Operating Income, Net Income and EPS (GAAP and non-GAAP)**

| Fiscal Period | Ended | GAAP Operating Income | Non-GAAP Operating Income | GAAP Net Income | GAAP EPS | Non-GAAP Net Income | Non-GAAP EPS |
|---|---|---|---|---|---|---|---|
| Q4 2016 | 3/31/2016 | ($50,708,000) | $8,208,000 | ($52,884,000) | ($1.59) | $6,200,000 | $0.18 |
| Fiscal 2016 | 3/31/2016 | ($67,809,000) | $3,913,000 | ($76,394,000) | ($2.33) | ($3,292,000) | ($0.10) |
| Q1 2017 | 6/30/2016 | ($2,066,000) | $2,089,000 | ($3,520,000) | ($0.11) | $360,000 | $0.02 |
| Q2 2017 | 9/30/2016 | $5,592,000 | $7,737,000 | $4,072,000 | $0.12 | $6,385,000 | $0.19 |
| Q3 2017 | 12/31/2016 | $7,252,000 | $8,777,000 | $5,006,000 | $0.15 | $6,578,000 | $0.19 |
| Q4 2017 | 3/31/2017 | $1,094,000 | $4,168,000 | ($1,913,000) | ($0.06) | $1,583,000 | $0.05 |
| Fiscal 2017 | 3/31/2017 | $12,148,000 | $23,046,000 | $3,645,000 | $0.11 | $15,786,000 | $0.46 |
| Q1 2018 | 6/30/2017 | ($2,454,000) | $2,165,000 | ($3,674,000) | ($0.11) | $1,372,000 | $0.04 |
| Q2 2018 | 9/30/2017 | ($4,785,000) | ($2,269,000) | ($7,863,000) | ($0.23) | ($4,880,000) | ($0.14) |
| Q3 2018 | 12/31/2017 | To have been reported on or about February 8, 2018, but as yet undisclosed | | | | | |
| Q4 2018 | 3/31/2018 | To have been reported on or about May 9, 2018, but as yet undisclosed | | | | | |
| Fiscal 2018 | 3/31/2018 | To have been reported on or about May 9, 2018, but as yet undisclosed | | | | | |

Sources: Quantum Forms 10-K, 10-Q and press releases

### B. Fourth Quarter and Full Year Fiscal 2016 Financial Results, and May 2016 Guidance

#### 1. April 18 and May 10, 2016 Press Releases

49. On April 18, 2016, Quantum issued a press release, titled "Quantum Extends Bank Credit Facility to August 2017; Company Also Announces Positive Preliminary Fourth Quarter 2016 Results," which disclosed for the first time Quantum's Large Public Cloud Project, and the positive effects it would have in the coming year for Quantum's revenue, revenue growth and profitability. Quantum's April 18, 2016 press release stated, in relevant part:

> I'm pleased with the progress we made in the quarter, including the combination of solid revenue and profitability which again demonstrated the leverage in our financial model," said Jon Gacek, president and CEO of Quantum. "**We also built a strong foundation for fiscal 2017, extending our credit line beyond the current year and securing a major, multi-year scale-out storage win for a large cloud project that is expected to contribute significant revenue over the course of fiscal 2017. In fact, we expect this win and our overall scale-out storage opportunity will result in year-over-year total revenue growth in fiscal 2017 as well as higher profitability and cash flow**." (emphasis added)

50. In the same press release, Quantum also disclosed "positive preliminary fiscal fourth quarter 2016 results," including Q4 2016 revenues of $120 million.

51. On May 10, 2016, Quantum issued a press release titled "Quantum Corporation Reports Fiscal Fourth Quarter and Full Year 2016 Results," disclosing Quantum's financial results of operations for the fourth quarter and full year of fiscal 2016 (ended March 31, 2016) and providing financial guidance for the first quarter and full year of fiscal 2017 (the "May 2016 Guidance"). Quantum's May 10, 2016 press release prioritized Quantum's revenues and revenue growth, and most particularly Quantum's scale-out storage revenues and revenue growth, in both Quantum's financial results and in the May 2016 Guidance. The May 2016 press release stated, in relevant part:

> **Quantum Corporation Reports Fiscal Fourth Quarter and Full Year 2016 Results**
>
> **Fiscal 2016 Scale-out Storage Revenue Grows 23% Over Prior Year to Record $126.5 Million**
>
> SAN JOSE, Calif., May 10, 2016 /PRNewswire/ -- Quantum Corp. (NYSE: QTM) today reported results for the fiscal fourth quarter (FQ4) and full year 2016 (FY16) ended March 31, 2016.
>
> Total revenue was $120.0 million for FQ4 and $476.0 million for the year. These results were down from the comparable prior year periods, reflecting weakness in the enterprise storage market that has also impacted many other companies in the industry.
>
> Despite the challenging environment, Quantum generated $33.1 million in scale-out storage and related service revenue in FQ4. This was a 4 percent increase over the same quarter the year before — representing the 19th consecutive quarter of year-over-year growth — and was driven by a 44 percent increase in Americas product

> sales. For FY16, Quantum had $126.5 million in total scale-out storage and related service revenue. This was a 23 percent increase over fiscal 2015 . . .
>
> ***
>
> Fiscal 2017 Outlook
>
> Noting that the fiscal first quarter is typically its weakest, Quantum provided the following guidance for the first quarter:
>
> • Total revenue of $111 million to $115 million. . .
>
> • GAAP and non-GAAP loss per share of $0.02 to $0.03 and $0.01 to $0.02, respectively.
>
> For the full fiscal 2017 year, the company expects:
>
> • Total revenue of at least $500 million, with scale-out storage and related service revenue driving the year-over-year growth and rising to 35-40 percent of total revenue.
>
> • A decline in overall data protection revenue, with modest growth in disk backup and related service revenue offset by declines in branded and OEM tape backup revenue . . .
>
> • GAAP and non-GAAP earnings per share of $0.01 and $0.04, respectively.

52. Specifically, Quantum's May 10, 2016 press release reported the following figures, for the fourth quarter and full year of fiscal 2016, with respect to Quantum's revenue, revenue growth, scale-out storage revenue, scale-out storage revenue growth, and operating income, net income and EPS (on GAAP and non-GAAP bases):

| Fiscal Period | Ended | Revenue | Revenue Growth | Scale-Out Storage Revenue | Scale-Out Storage Revenue Growth |
|---|---|---|---|---|---|
| Q4 2016 | 3/31/2016 | $120,029,000 | -18.92% | $33,100,000 | 4.00% |
| Fiscal 2016 | 3/31/2016 | $475,958,000 | -13.92% | $126,500,000 | 23.00% |

| Fiscal Period | Ended | GAAP Operating Income | Non-GAAP Operating Income | GAAP Net Income | GAAP EPS | Non-GAAP Net Income | Non-GAAP EPS |
|---|---|---|---|---|---|---|---|
| Q4 2016 | 3/31/2016 | ($50,708,000) | $8,208,000 | ($52,884,000) | ($1.59) | $6,200,000 | $0.18 |
| Fiscal 2016 | 3/31/2016 | ($67,809,000) | $3,913,000 | ($76,394,000) | ($2.33) | ($3,292,000) | ($0.10) |

53. The financial results of operations for the fourth quarter of the 2016 fiscal year as stated in Quantum's May 10, 2016 press release were materially false and misleading: as Quantum would later reveal, they are under investigation by the SEC and Quantum's Board for improper revenue recognition (*see* ¶¶162-64, *infra*).

### 2. May 10, 2016 Conference Call

54. On May 10, 2016, Defendants held a conference call with analysts and investors to further discuss Quantum's operations and financial results of operations for the fourth quarter and full year of fiscal 2016, as well as financial and operational guidance for fiscal 2017 (the "Q4 2016 Conference Call").

55. During the Q4 2016 Conference Call, Defendants re-iterated and further discussed Quantum's financial results (for the fourth quarter and full year of fiscal 2016) and guidance (for the first quarter and full year of fiscal 2017) that Defendants had reported in Quantum's May 9, 2016 press release, focusing most particularly on Quantum's revenue, revenue growth, scale-out storage revenue and scale-out storage revenue growth. For example, during the Q4 2016 Conference Call, Defendant Gacek stated:

> GACEK: For the full fiscal year, we are forecasting total revenue of at least $500 million, which is year-over-year growth of at least 5%. We expect this growth to be driven by increase scale-out storage

> revenue, including growth in each of our three areas of focus, media and entertainment, surveillance and intelligence and unstructured data archives for technical workflows.
>
> In total, we expect scale-out storage and related service revenue to make up 35% to 40% of our overall fiscal 2017 revenue, which represents an annual growth rate of approximately 40% to 60%. For data protection, we expect decline in overall revenue with modest growth in the DXi revenue offset by decline in branded and OEM tape backup revenue.

56. Additionally, during the Q4 2016 Conference Call, Defendants repeatedly referenced Quantum's Large Public Cloud Project and the contributions it would make to Quantum's revenues and revenue growth during fiscal 2017, and to the May 2016 Guidance:

> GACEK: Expanding our solution set for the cloud and to cloud providers has been a key element of our strategy. And **as we mentioned in our earnings pre-announcement, we recently secured a major multi-year scale-out storage win for a large cloud project. We expect this engagement to contribute at least $10 million of revenue in fiscal 2017.** In deference to this customer, I cannot provide further detail on this deal, but it points to another key opportunity for growth going forward, namely, providing scale-out storage infrastructure to public cloud providers.
>
> ***
>
> Q - BRIAN ALGER (of ROTH CAPITAL PARTNERS): Good afternoon guys. Thanks for taking the questions and welcome Fuad. I guess, the first question I have has to do with kind of the outlook, if you will, and that the June quarter is not really looking like it's going to be anything to really write home about, but **yet at least $500 million on the top-line implies some pretty good growth at the back-end of the year. What gives you the confidence given the last couple of quarters of top-line performance that we're going to even be able to do $500 million?**
>
> A - JON W. GACEK: Sure. Let me start. And, Fuad, if you can chime in here [ph] too. For shirk, (32:35) the June quarter is our seasonally weakest. I think, I did this math real quickly, but at the high-end of our range that would be roughly 4.5% or 5% growth for the quarter, Brian?
>
> Q - BRIAN ALGER: Yup.
>
> A - JON W. GACEK: ...which is what the $500 million represents. So, you know, in terms of the seasonality that exists in the business you know that, that would be consistent to 5%. **As I said in my**

> **remarks, we have just a lot of momentum in building around opportunities sets. We have this new used case around the cloud that we have referenced. It's one of our more major branded contracts that we've ever had and we think that's going to be a big contributor**.

57. Such statements were materially false and/or misleading. Given the undisclosed post-delivery obligations and customer acceptance criteria in the operative contract for the Large Public Cloud Project, Defendants' representations that it would generate at least $10 million of revenue for Quantum in fiscal 2017, and thereby provide substantial assistance to Quantum in meeting financial guidance for fiscal 2017 revenue growth, were without adequate basis.

### 3. Fiscal 2016 Form 10-K

58. On or about June 3, 2016, Defendants filed a Form 10-K with the SEC for fiscal 2016, ended March 31, 2016 (the "2016 Form 10-K").

59. The 2016 Form 10-K – in its Management's Discussion & Analysis of Financial Condition and Results of Operations ("MD&A") section and in its accompanying audited financial statements – re-presented the financial results of operations for fiscal 2016 that Defendants had (a) disclosed in the May 10, 2016 press release and (b) discussed in the Q4 2016 2016 Conference Call. *See* 2016 Form 10-K at pp. 30-35 and 50-52. However, the 2016 Form 10-K's representations concerning financial results of operations for fiscal 2016 were materially false and misleading for the same reasons set forth in ¶53, *supra*: as Quantum would later reveal, they are under investigation by the SEC and Quantum's Board for improper revenue recognition.

60. The 2016 Form 10-K also set forth Quantum's revenue recognition policies (quoted above at ¶43, *supra*). *See* 2016 Form 10-K at pp. 43-44 and 54-55. However, the 2016 Form 10-K's representations concerning Quantum's revenue recognition policies were materially false and misleading. In fact, such stated policies neither governed nor described Quantum's *actual* revenue recognition, and Defendants violated the stated policies in practice through their premature and improper recognition of $20 million of Large Public Cloud Project revenue

61. Additionally, the 2016 Form 10-K contained Sarbanes-Oxley certifications, signed by Gacek and Ahmad, attesting to (1) the adequacy of Quantum's internal controls over financial

reporting, and (2) and the accuracy of the financial results of operations presented in the 2016 Form 10-K. *See* 2016 Form 10-K, at 79 (discussing Quantum's management's evaluation of internal controls over financial reporting) and Exhibits 31.1, 31.2, 32.1 and 32.2 thereto.

62. Specifically, the 2016 Form 10-K contained:

a. as exhibits 31.1 and 31.2 thereto and pursuant to Section 302(a) of the Sarbanes-Oxley Act of 2002, certifications from Gacek and Ahmad dated June 3, 2016, stating:

> 1) I have reviewed this annual report on Form 10-K of Quantum Corporation;
>
> 2) Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;
>
> 3) Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;
>
> 4) The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:
>
> > a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
> >
> > b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

> c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures as of the end of the period covered by this report based on such evaluation; and
>
> d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and
>
> 5) The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):
>
> a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and
>
> b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

b. as exhibits 32.1 and 32.2 thereto and pursuant to 18 U.S.C. Section 1350 and Section 906 of the Sarbanes-Oxley Act of 2002, certifications from Gacek and Ahmad dated June 3, 2016, stating:

> that the Annual Report of Quantum Corporation, on Form 10-K for the year ended March 31, 2016 fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended, and that information contained in such Annual Report on Form 10-K fairly presents in all material respects the financial condition and results of operations of Quantum Corporation.

63. The Sarbanes-Oxley certifications contained in the 2016 Form 10-K were materially false and misleading, because Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenues, which inflated Quantum's financial results of operations as reported therein and which contravened GAAP and Quantum's revenue recognition policies as stated therein:

a. thereby caused the 2016 Form 10-K:

i. to contain untrue statements of material fact, including Quantum's reported financial results of operations and Quantum's stated revenue recognition policies; and

ii. to contain financial statements, and other financial information (such as Defendants' MD&A disclosures, which presented and analyzed Quantum's reported financial results of operations), that did not fairly present in all material respects Quantum's results of operations;

b. were made possible by, and indicated, internal controls over financial reporting that:

i. did not provide reasonable assurance regarding the reliability of Quantum's financial reporting and the preparation of Quantum's financial statements for external purposes; and

ii. suffered from significant deficiencies and material weaknesses in design and/or operation that remained undisclosed to the public, the audit committee of Quantum's Board and Quantum's auditor; and

c. constituted a material fraud involving management employees possessing significant roles in Quantum's internal control over financial reporting that remained undisclosed to the public, the audit committee of Quantum's Board and Quantum's auditor.

## C. First Quarter Fiscal 2017 Financial Results, and July 2016 Guidance

### 1. July 27, 2016 Press Release

64. On July 27, 2016, Quantum issued a press release titled "Quantum Corporation Reports Fiscal First Quarter 2017 Results," disclosing Quantum's financial results of operations for the first quarter of fiscal 2017 (ended June 30, 2017), and providing financial guidance for the second quarter of fiscal 2017 (the "July 2016 Guidance"). Quantum's July 27, 2016 press release prioritized Quantum's revenues and revenue growth, and most particularly Quantum's scale-out

storage revenues and revenue growth, in both Quantum's financial results and in the July 2016 Guidance. The July 27, 2016 press release stated, in relevant part:

> **Quantum Corporation Reports Fiscal First Quarter 2017 Results**
>
> SAN JOSE, Calif., July 27, 2016 /PRNewswire/ -- Quantum Corp. (NYSE: QTM) today reported results for the fiscal first quarter 2017 ended June 30, 2016 (all comparisons are relative to the fiscal first quarter 2016):
>
> • Total revenue was $116.3 million, an increase of $5.4 million.
>
> • Scale-out storage revenue grew to $30.8 million, up from $27.8 million. . .
>
> "We're very pleased with our first quarter results, as we delivered year-over-year revenue growth, with strong contributions from both our scale-out storage and data protection product lines," said Jon Gacek, president and CEO of Quantum. "In scale-out storage, we continued to build on our momentum, securing major wins across our priority vertical markets and use cases and further expanding the addressable markets where our scale-out storage solutions offer unique value. **For example, in April we announced a large public cloud, scale-out storage win, which we expected to generate $10 million in total revenue for the year. That opportunity has since expanded, and we now expect the resulting revenue contributions — which started in the first quarter — to total at least $20 million for the year**.
>
> ***
>
> . . . Based on our first quarter results, we have increased confidence in our ability to meet the full year guidance we provided in our May earnings call.
>
> ***
>
> <u>Fiscal Second Quarter 2017 Outlook</u>
>
> Quantum provided the following guidance for the fiscal second quarter:
>
> • Total revenue of $118 million to $122 million. . .

65. Specifically, Quantum's July 27, 2016 press release reported the following figures, for the first quarter of fiscal 2017, for Quantum's revenue, revenue growth, scale-out storage

revenue, scale-out storage revenue growth, and operating income, net income and EPS (on GAAP and non-GAAP bases):

| Fiscal Period | Ended | Revenue | Revenue Growth | Scale-Out Storage Revenue | Scale-Out Storage Revenue Growth |
|---|---|---|---|---|---|
| Q1 2017 | 6/30/2016 | $116,284,000 | 4.87% | $30,800,000 | 10.79% |

| Fiscal Period | Ended | GAAP Operating Income | Non-GAAP Operating Income | GAAP Net Income | GAAP EPS | Non-GAAP Net Income | Non-GAAP EPS |
|---|---|---|---|---|---|---|---|
| Q1 2017 | 6/30/2016 | ($2,066,000) | $2,089,000 | ($3,520,000) | ($0.11) | $360,000 | $0.02 |

66. The financial results of operations for the first quarter of fiscal 2017 as stated in Quantum's July 27, 2016 press release were materially false and misleading for the same reasons set forth in ¶¶47-48, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017.

67. Additionally, Quantum's July 27, 2016 press release referenced Quantum's Large Public Cloud Project, spotlighting its contributions to Quantum's scale-out storage and overall revenues and revenue growth, and its role in helping Quantum to attain the May 2016 Guidance. Specifically, Defendants asserted that they now expected to record $20 million of revenues associated with the Large Public Cloud Project (up from their prior expectation of $10 million disclosed on May 10, 2016), and that such added revenues gave them increased confidence in meeting the May 2016 Guidance figures for fiscal 2017 revenue growth.

68. Defendants' statements in the July 27, 2016 press release concerning the Large Public Cloud Project and the revenues associated with it ($20 million for fiscal 2017) were materially false and/or misleading. Under Quantum's stated revenue recognition policies and GAAP, Defendants did not have sufficient or adequate basis to record $20 million of revenue from

the Large Public Cloud Project during fiscal 2017, and booked such revenues improperly and prematurely.

### 2. July 27, 2016 Conference Call

69. On July 27, 2016, Defendants held a conference call with analysts and investors to further discuss Quantum's operations and financial results of operations for the first quarter of fiscal 2017, as well as financial and operational guidance for fiscal 2017 (the "Q1 2017 Conference Call").

70. During the Q1 2017 Conference Call, Defendants re-iterated and further discussed the financial results (for the first quarter of fiscal 2017) and guidance (for the second quarter and full year of fiscal 2017) that Defendants had reported in Quantum's July 27, 2016 press release, focusing most particularly on Quantum's revenue, revenue growth, scale-out storage revenue and scale-out storage revenue growth. For example, during the Q1 2017 Conference Call, Defendant Gacek stated:

> JON W. GACEK: Thanks, Shawn. Welcome to our Q1 fiscal 2017 conference call. Overall, we're very pleased with our results for the quarter. We generated $116 million in total revenue, which represents a 5% year-over-year increase. We also delivered $2 million in non-GAAP operating profit, an improvement of nearly $7 million over Q1 of last year. Both of these results exceeded our guidance significantly in the case of operating profit, which demonstrates the leverage in our financial model.
>
> ***
>
> Looking more closely at scale-out storage, Q1 was our 20th consecutive year-over-year growth quarter, and given our increasing market traction and opportunity, we feel very good about our ability to achieve our scale-out growth objectives for the year. . .
>
> ***
>
> FUAD AHMAD: . . . Total revenue for the quarter ended June 30 was $116.3 million compared to $110.9 million a year ago. Non-royalty revenue totaled $107.6 million, 90% of which was branded, the same percentage a year ago. Product and service related revenue for our scale-out storage solutions was $30.8 million, an 11% year-over-year increase. As Jon said, this was the 28th consecutive

> quarter of year-over-year scale-out growth and we continue to build on our momentum across verticals and used cases. . .

71. Defendants' re-iteration and further discussion, during the Q1 2017 Conference Call, of the Quantum financial results of operations for the first quarter of fiscal 2017 originally stated in Quantum's July 27, 2016 press release, were materially false and misleading for the same reasons set forth in ¶66, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017.

72. Additionally, during the Q1 2017 Conference Call, Defendants repeatedly referenced, and analysts repeatedly asked about, Quantum's Large Public Cloud Project and the revenues associated with it. In the ensuing commentary, Defendants re-iterated similar assertions they had made in Quantum's July 27, 2016 press release, further discussed the contributions the Large Public Cloud Project would make to Quantum's revenues and revenue growth during fiscal 2017 and to Quantum's ability to meet the fiscal 2017 revenue growth figures provided in Defendants' May 2016 Guidance:

> GACEK: **The final Q1 scale-out storage highlight I wanted to mention involves the previously announced win we had secured with a large multi-year public cloud project. Although I cannot provide details on the project because of the confidentiality agreement with the customer, I can say we began receiving orders and commenced shipments in Q1, and we expect to recognize revenue in Q2 as well and we expect this account to contribute at least $20 million in scale-out revenue this year versus the previous $10 million estimate we provided in our May earnings call**.
>
> ***
>
> Q - ERIC MARTINUZZI (of LAKE STREET CAPITAL MARKETS): Okay. And then a layer deeper on some of your – the strength within the two different, I guess, I will call them buckets, my word not yours**. But the scale-out, the large scale-out customer that you talked about, initially, it was business in excess of $10 million and now you're comfortably confident stating that that's going to be $20 million**. Was that something

> that you had a feel for back in let's say March-April timeframe or has this been a recent development that this particular customer has decided to take incremental, because of the success of an initial phase they've decided to expand?
>
> A - JON W. GACEK: Yeah, I think, it's actually all of the above. We have [ph] known (25:48) about the potential of this particular offering, and we think it's unique in terms of public clouds in general. **In this specific case, we just have added confidence and how big it's going to be in terms of the deployment and the details that we've learned over the last 90 days.** But for sure – for sure we knew it has a potential, and we'll just see how it goes. We think this is in a very important family we've been working on. It's now moving, sometimes these things don't move as quickly as you'd like, this one is now moving and has good momentum behind the opportunity.
>
> ***
>
> Q - CHAD MICHAEL BENNETT (of CRAIG-HALLUM CAPITAL): Okay. And **so if the large public cloud provider went from $10 million to $20 million**, relative to your prior expectations, I guess, and I can't imagine you would bake that into guidance. Wouldn't that be upside to your scale-out thoughts for this year or am I wrong?
>
> A - JON W. GACEK: It is like we said **we're not changing anything in terms of our annual guidance. So it just gives us more certainty about our ability to get there**.
>
> ***
>
> A - JON W. GACEK: ...and we gave our guidance. So [indiscernible] (30:08) and Eric just asked questions about did we – what happened, we've known it has potential, we just didn't know how much potential, and candidly we still don't know how much potential. So this is a nice opportunity. What we're talking about there is very hard to forecast and give guidance on deals that are in our funnel that we don't know for sure.
>
> **In the terms of this large deal, we have good visibility, unlike I said up to in excess of $20 million. So I'm comfortable talking about that.** To the extent, we have POs and for instance for large deals that would be seven figures we feel comfortable about those. Like ones that just show up in the sales forecast, we tend to not bake in.

73. Defendants' statements in the Q1 2017 Conference Call concerning the Large Public Cloud Project and the revenues associated with it ($20 million for fiscal 2017) were

materially false and/or misleading, for the same reasons set forth in ¶¶47-48, *supra*: namely, under Quantum's stated revenue recognition policies and GAAP, Defendants did not have sufficient or adequate basis to record $20 million of revenue from the Large Public Cloud Project during fiscal 2017, and booked such revenues improperly and prematurely.

### 3. Q1 2017 Form 10-Q

74. On or about August 5, 2016, Defendants filed a Form 10-Q with the SEC for the first quarter of fiscal 2017, ended June 30, 2017 (the "Q1 2017 Form 10-Q").

75. The Q1 2017 Form 10-Q – in its MD&A section and in its unaudited financial statements – re-presented the financial results of operations for the first quarter of fiscal 2017 that Defendants had (a) disclosed in the July 27, 2016 press release and (b) discussed in the Q1 2017 Conference Call. *See* Q1 2017 Form 10-Q at 1-18.

76. The financial results of operations for the first quarter of fiscal 2017 as contained in the Q1 2017 Form 10-Q were materially false and misleading for the same reasons set forth in ¶66, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue.

77. Additionally, the Q1 2017 Form 10-Q contained Sarbanes-Oxley certifications, signed by Gacek and Ahmad on August 5, 2016, attesting to (1) the adequacy of Quantum's internal controls over financial reporting, and (2) and the accuracy of the financial results of operations presented in the Q1 2017 Form 10-Q. *See* Q1 2017 Form 10-Q, at 22 (discussing Quantum's management's evaluation of disclosure controls and internal controls over financial reporting) and Exhibits 31.1, 31.2, 32.1 and 32.2 thereto (the certifications). The certifications, apart from their dates and their referencing the Q1 2017 Form 10-Q rather than the 2016 Form 10-K, were substantially and substantively identical to the certifications included with the 2016 Form 10-K (reproduced in effective entirety above at ¶¶61-62, *supra*).

78. The Sarbanes-Oxley certifications contained in the Q1 2017 Form 10-Q were materially false and misleading for the same reasons set forth in ¶63, *supra*, namely:

a. Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenue had rendered Quantum's financial results of operations, as reported, materially false and inaccurate;

b. Quantum's internal controls over financial reporting were ineffective to assure the reliability of Quantum's financial reporting and financial statements;

c. Quantum's internal controls suffered from undisclosed significant deficiencies and material weaknesses;

d. Defendants' fraudulent and improper revenue recognition, which distorted Quantum's publicly-reported financial results of operations while remaining undisclosed to the public, the audit committee of the Board and/or Quantum's auditor.

## D. Second Quarter Fiscal 2017 Financial Results, and the October 2016 Guidance

### 1. October 26, 2016 Press Release

79. On October 26, 2016, Quantum issued a press release titled "Quantum Corporation Reports Fiscal Second Quarter 2017 Results," disclosing Quantum's financial results of operations for the second quarter of fiscal 2017 (ended September 30, 2016), and providing financial guidance for the third quarter of fiscal 2017 (the "October 2016 Guidance"). Quantum's October 26, 2016 press release prioritized Quantum's revenues and revenue growth, and most particularly Quantum's scale-out storage revenues and revenue growth, in both Quantum's financial results and in the October 2016 Guidance. The October 26, 2016 press release stated, in relevant part:

> **Quantum Corporation Reports Fiscal Second Quarter 2017 Results**
>
> **Key Year-Over-Year Highlights:**
>
> **- Total revenue of $134.7 million, up 15%**
>
> **- Scale-out storage revenue of $46.7 million, up 56%**

**- GAAP net income of $3.8 million, a $15.1 million improvement**

**- Non-GAAP net income of $6.0 million, a $13.4 million improvement**

SAN JOSE, Calif., Oct. 26, 2016 /PRNewswire/ -- Quantum Corp. (NYSE: QTM) today reported results for the fiscal second quarter 2017 ended Sept. 30, 2016 (all comparisons are relative to the fiscal second quarter 2016 unless otherwise stated)1:

- Total revenue was $134.7 million, an increase of $17.7 million.

- Scale-out storage revenue grew to a record $46.7 million, up from $29.9 million and the 21st consecutive quarter of year-over-year growth.

- Total data protection revenue was flat at $78.5 million, consisting of $18.7 million in disk backup systems revenue (up 3 percent), $45.2 million in tape automation revenue (down 7 percent) and $14.6 million in devices and media revenue (up 26 percent).

***

"We began this fiscal year with a clear focus on delivering solid growth and profitability, and our results in the first two quarters demonstrate our strong execution and increasing momentum," said Jon Gacek, president and CEO of Quantum. "For the first half of the fiscal year, we've increased total revenue by $23 million over the same period last year, growing scale-out storage by 34 percent and data protection — where the market remains challenging — by 3 percent. On this $23 million of additional revenue, we've improved net income by more than $20 million, reflecting the significant leverage our financial model provides as we grow. . .

<u>Fiscal Third Quarter 2017 Outlook</u>

Quantum provided the following guidance for the fiscal third quarter:

- Total revenue of $125 million to $130 million. . .

80. Specifically, Quantum's October 26, 2016 press release reported the following figures, for the second quarter of fiscal 2017, with respect to Quantum's revenue, revenue growth, scale-out storage revenue, scale-out storage revenue growth, and operating income, net income and EPS (on GAAP and non-GAAP bases):

| Fiscal Period | Ended | Revenue | Revenue Growth | Scale-Out Storage Revenue | Scale-Out Storage Revenue Growth |
|---|---|---|---|---|---|
| Q2 2017 | 9/30/2016 | $134,742,000 | 15.13% | $46,747,000 | 56.19% |

| Fiscal Period | Ended | GAAP Operating Income | Non-GAAP Operating Income | GAAP Net Income | GAAP EPS | Non-GAAP Net Income | Non-GAAP EPS |
|---|---|---|---|---|---|---|---|
| Q2 2017 | 9/30/2016 | $5,592,000 | $7,737,000 | $4,072,000 | $0.12 | $6,385,000 | $0.19 |

81. Although Defendants nowhere disclosed it at the time, the spectacular scale-out storage revenue growth they reported for second quarter fiscal 2017 (up 56% versus the year ago quarter), and the consequent sharp overall revenue growth (up 15% versus the year-ago quarter) they reported, were both underwritten in effective entirety by Defendants' premature and improper recognition of $15 million in Large Public Cloud Project revenues during the second quarter of fiscal 2017. Absent such revenues, scale-out storage revenue growth would have been approximately 6% (rather than 56%), and overall revenue growth would have been only 3% (rather than 15%).

82. The financial results of operations for the second quarter of fiscal 2017 as stated in Quantum's October 26, 2016 press release were materially false and misleading for the same reasons set forth in ¶¶47-48, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017, including $15 million of such revenue during the second quarter of fiscal 2017.

**2. October 26, 2016 Conference Call**

83. On October 26, 2016, Defendants held a conference call with analysts and investors to further discuss Quantum's operations and financial results of operations for the second quarter

of fiscal 2017, as well as financial and operational guidance for the third quarter of fiscal 2017 (the "Q2 2017 Conference Call").

84. During the Q2 2017 Conference Call, Defendants re-iterated and further discussed the financial results (for the second quarter of fiscal 2017) and guidance (for the third quarter of fiscal 2017) that Defendants had reported the same day in Quantum's October 26, 2016 press release, focusing most particularly on Quantum's revenue, revenue growth, scale-out storage revenue and scale-out storage revenue growth. For example, during the Q2 2017 Conference Call, Defendants stated:

> JON W. GACEK: Thanks, Shawn. Welcome to our Q2 fiscal 2017 conference call. We are very pleased with our results for the quarter as we built on Q1 momentum to deliver year-over-year growth in total revenue, scale-out storage and branded data protection, as well as increased profitability. More specifically, we generated a $135 million in total revenue, which was up 15% over Q2 of last year as we continue to see success in all product categories and achieved revenue upside for multiple large deals we closed during the quarter.
>
> In Q2, we saw a continuation of the positive market dynamics we experienced in Q1, including an overall market improvement and increased visibility across the entire business with our expanding funnel and closing of our large deals driving additional growth. Scale-out storage and related service revenue was the main growth driver in Q2, up 56% year-over-year.
>
> In terms of profitability, we had $6 million of non-GAAP net income, an improvement of $13 million over Q2 of last year which reflects the significant leverage our financial model provides as we grow revenue.
>
> Before I turn the call over to Fuad to walk through the details of our results, I wanted to expand on the key highlights from the quarter and our strong execution on our primary objectives over the first half of the fiscal year, namely delivering growth and increased profitability, as well as addressing external concerns about the maturity of our November 2017 convertible debt.
>
> First, looking at total revenue, our 15% year-over-year growth in Q2 followed a 5% increase in the prior quarter, resulting in a 10% growth rate for the first half of the fiscal year compared to the first half of fiscal 2016. . .

> As I said, our Q2 growth was a 56% increase in scale-out storage and related service revenue, and we set a new record of total revenue of $47 million.
>
> ***
>
> FUAD AHMAD: . . . Following our strong first quarter performance, we continue to build momentum in the second quarter across nearly all facets of our business. Total revenue for the second quarter ended September 30, 2016, was $134.7 million compared to $117 million a year ago. Non-royalty revenue totaled $125.2 million, of which 93% was branded and 7% was OEM compared to 90% branded and 10% OEM a year ago. As Jon said, on a year-to-date basis, total revenue was 10% higher for the six months ended September 30, 2016, compared to the same period in fiscal 2016.
>
> Product and related services revenue for our scale-out storage solutions was $46.7 million compared to $29.9 million a year ago. . .

85. Defendants' re-iteration and further discussion, during the Q2 2017 Conference Call, of the Quantum financial results of operations for the second quarter of fiscal 2017 originally stated in Quantum's October 26, 2016 press release, were materially false and misleading for the same reasons set forth in ¶82, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017, including $15 million of such revenue during the second quarter of fiscal 2017.

86. Additionally, during the Q2 2017 Conference Call, Defendants repeatedly referenced, and analysts repeatedly asked about, Quantum's Large Public Cloud Project, its contributions to Quantum's fiscal 2017 revenues and revenue growth, and its role in allowing Quantum to meet the May 2016 Guidance for fiscal 2017 revenues and revenue growth:

> GACEK: . . . **The final scale-out storage highlight I wanted to mention involves the previously announced win we had secured to support a large, multi-year public cloud project. This project provided as a significant contribution to our scale-out storage revenue in Q2, and we expect additional revenue from this customer over the balance of 2017 and beyond**. The customer and the architecture are a validation of our strategy and view that

data centers of the future will increasingly depend on storage tiering to drive the appropriate balance between performance and cost.

***

Q - ERIC MARTINUZZI (of LAKE STREET CAPITAL MARKETS): . . . a couple of the things that I was going to ask about on the revenue guide. Obviously, if I look at it at the midpoint here, we are flat year-on-year. You outlined two items of issue – large deals, hard to predict, I get that, but also the tape royalty in the same quarter a year ago. That inability to predict the large deals, **is that to say that the large vendor that contributed to the first half of your fiscal year is expected to be absent in Q3?**

A - JON W. GACEK: **No, that's not. We're talking about large deals that include that, but beyond that. So, no, we expect – I think in my prepared remarks, we expect revenue from our new – new this year cloud partner**. But what we're really talking about there, Eric is, we're trying to be as transparent as we can on the things that we see and can predict. And instead of extrapolating some amount of closed deals into our guidance, we're resisting the temptation to do that . . .

***

Q - CHAD MICHAEL BENNETT (of CRAIG-HALLUM CAPITAL): Got it. Got it. So, if we look at your outperformance this quarter relative to guide, I mean that was entirely large deal related across both sides of the business?

A - JON W. GACEK: I don't know if it's dollar-for-dollar. But the last two quarters, we've set the same thing where our guidance is kind of at a growth element, but it's based upon the visibility that we have without the large deals, and then the large deals have closed and pushed [indiscernible] (34:06). It's probably not dollar-for-dollar, but clearly a much stronger market both in terms of the base business and the ability to get the big deals closed.

Q - CHAD MICHAEL BENNETT: Got it. And when you gave that original at least $500 million guide for the year, you obviously started that off excluding large deals; and first half of the year you've done a really good job of closing some nice deals. And the large deals were positioned as upside to that at least $500 million and obviously at least defined that in your own way. So I mean, I guess what I'm asking, you would think there would be upside to that $500 million . . .?

A - JON W. GACEK: **I would say, if I took it down a layer, the data center products have been better than we plan and that's a**

> **big piece of the revenue pie**. Interestingly, I think if you take our first two quarters together, we're at about $250 million, $251 million. We're halfway to $500 million. As you point out, our seasonally stronger quarters are coming. So, that's why we talk about momentum and feeling great about where we are today . . . It's why we said, at least, $500 million at the start of the year, and why we're saying at least $500 million now.

87. Defendants' statements in the Q2 2017 Conference Call concerning the Large Public Cloud Project and its associated revenues (including the as-yet unspecified "significant" revenues that Quantum had booked for the second quarter of 2017, as well as "additional revenue from this customer over the balance of 2017 and beyond") were materially false and/or misleading, for the same reasons set forth in ¶¶47-48 and 82, *supra*: namely, under Quantum's stated revenue recognition policies and GAAP, Defendants did not have sufficient or adequate basis to record $20 million or more of revenue from the Large Public Cloud Project during fiscal 2017 "and beyond" (including $15 million booked for the second quarter of fiscal 2017 alone), and booked such revenues improperly and prematurely.

### 3. Q2 2017 Form 10-Q

88. On or about November 4, 2016, Defendants filed a Form 10-Q with the SEC for the second quarter of fiscal 2017 (the "Q2 2017 Form 10-Q").

89. The Q2 2017 Form 10-Q – in its MD&A section and in its unaudited financial statements – re-presented the financial results of operations for the second quarter of fiscal 2017 that Defendants had (a) disclosed in the October 26, 2016 press release and (b) discussed in the Q2 2017 Conference Call. *See* Q2 2017 Form 10-Q at 1-21.

90. The financial results of operations for the second quarter of fiscal 2017 as contained in the Q2 2017 Form 10-Q were materially false and misleading for the same reasons set forth in ¶82, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue, including $15 million of such Large Public Cloud Project revenue in the second quarter of fiscal 2017.

91. Additionally, the Q2 2017 Form 10-Q contained Sarbanes-Oxley certifications, signed by Gacek and Ahmad on November 4, 2016, attesting to (1) the adequacy of Quantum's internal controls over financial reporting, and (2) and the accuracy of the financial results of operations presented in the Q2 2017 Form 10-Q. *See* Q2 2017 Form 10-Q, at 25 (discussing Quantum's management's evaluation of disclosure controls and internal controls over financial reporting) and Exhibits 31.1, 31.2, 32.1 and 32.2 thereto (the certifications). The certifications, apart from their dates and their referencing the Q2 2017 Form 10-Q rather than the 2016 Form 10-K, were substantially and substantively identical to the certifications included with the 2016 Form 10-K (reproduced in effective entirety above at ¶¶61-62, *supra*).

92. The Sarbanes-Oxley certifications contained in the Q2 2018 Form 10-Q were materially false and misleading for the same reasons set forth in ¶63, *supra*, namely:

a. Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenue had rendered Quantum's financial results of operations, as reported, materially false and inaccurate;

b. Quantum's internal controls over financial reporting were ineffective to assure the reliability of Quantum's financial reporting and financial statements;

c. Quantum's internal controls suffered from undisclosed significant deficiencies and material weaknesses; and

d. Defendants' fraudulent and improper revenue recognition, which distorted Quantum's publicly-reported financial results of operations while remaining undisclosed to the public, the audit committee of the Board and/or Quantum's auditor.

## E. Third Quarter Fiscal 2017 Financial Results, and January 2017 Guidance

### 1. January 25, 2017 Press Release

93. On January 25, 2017, Quantum issued a press release titled "Quantum Corporation Reports Fiscal Third Quarter 2017 Earnings," disclosing Quantum's financial results of operations for the third quarter of fiscal 2017 (ended December 31, 2016), and providing financial guidance

for the fourth quarter and full year of fiscal 2017 (the "January 2017 Guidance"). Quantum's January 25, 2017 press release prioritized Quantum's revenues and revenue growth, and most particularly Quantum's scale-out storage revenues and revenue growth, in both Quantum's financial results and in the January 2017 Guidance. The January 25, 2017 press release stated, in relevant part:

> **Quantum Corporation Reports Fiscal Third Quarter 2017 Earnings**
>
> **Key Year-Over-Year Highlights:**
>
> **- Total revenue of $133.5 million, up 4%**
>
> **- Scale-out tiered storage revenue of $39.8 million, up 12%**
>
> **- GAAP net income of $5.0 million, a $5.8 million improvement**
>
> **- Non-GAAP net income of $6.6 million, a $1.8 million improvement**
>
> SAN JOSE, Calif., Jan. 25, 2017 /PRNewswire/ -- Quantum Corp. (NYSE: QTM) today reported results for the fiscal third quarter 2017 ended Dec. 31, 2016 (all comparisons are relative to the fiscal third quarter 2016 unless otherwise stated)1:
>
> • Total revenue was $133.5 million, an increase of $5.4 million. For the first three quarters of fiscal 2017 (YTD), total revenue was up 8 percent over the same period in fiscal 2016.
>
> • Branded revenue grew to $115.2 million, up $11.5 million, or 11 percent.
>
> • Scale-out tiered storage revenue increased to $39.8 million, up $4.1 million and contributing to a 26 percent YTD growth rate.
>
> • Total data protection revenue grew 3 percent to $83.1 million, consisting of $22.9 million in disk backup systems revenue (up 17 percent), $44.8 million in tape automation revenue (down 13 percent overall, with OEM revenue down 42 percent and branded revenue down 3 percent) and $15.4 million in devices and media revenue (up 51 percent).
>
> ***
>
> "Following up on our revenue growth and improved profitability in the first half of the fiscal year, we again delivered solid results in the

> December quarter," said Jon Gacek, president and CEO of Quantum. "On a year-over-year basis, we generated our 22nd consecutive quarter of scale-out tiered storage revenue growth and increased total revenue, data protection sales and overall profitability for the third straight quarter. As a result of our strong execution and the leverage our financial model provides, year-to-date GAAP and non-GAAP net income also improved $29 million and $24 million, respectively, on a total revenue increase of $29 million.
>
> "In the fourth quarter, our focus is to continue building on our momentum by providing customers with the optimal combination of high performance, low-cost capacity and ready access to meet their increasing data management demands and achieve their business or mission objectives. We are well-positioned to capitalize on the opportunities across our target markets, having expanded our product offerings, sales capabilities and ecosystem partnerships over the past nine months. As a result, we are raising our revenue and profitability guidance for fiscal 2017."
>
> <u>Fiscal Fourth Quarter 2017 Outlook and Updated Fiscal 2017 Guidance</u>
>
> Quantum provided the following guidance for the fiscal fourth quarter:
>
> • Total revenue of $120 million to $125 million . . .
>
> Quantum also updated its fiscal 2017 guidance. The company now expects:
>
> • Total revenue of $505 million to $510 million, an increase over its initial guidance.

94. Specifically, Quantum's January 25, 2017 press release reported the following figures, for the third quarter of fiscal 2017, with respect to Quantum's revenue, revenue growth, scale-out storage revenue, scale-out storage revenue growth, and operating income, net income and EPS (on GAAP and non-GAAP bases):

| Fiscal Period | Ended | Revenue | Revenue Growth | Scale-Out Storage Revenue | Scale-Out Storage Revenue Growth |
|---|---|---|---|---|---|
| Q3 2017 | 12/31/2016 | $133,483,000 | 4.22% | $39,827,000 | 11.48% |

| Fiscal Period | Ended | GAAP Operating Income | Non-GAAP Operating Income | GAAP Net Income | GAAP EPS | Non-GAAP Net Income | Non-GAAP EPS |
|---|---|---|---|---|---|---|---|
| Q3 2017 | 12/31/2016 | $7,252,000 | $8,777,000 | $5,006,000 | $0.15 | $6,578,000 | $0.19 |

95. The financial results of operations for the third quarter of fiscal 2017 as stated in Quantum's January 27, 2017 press release were materially false and misleading for the same reasons set forth in ¶¶47-48, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017.

**2. January 25, 2017 Conference Call**

96. On January 25, 2017, Defendants held a conference call with analysts and investors to further discuss Quantum's operations and financial results of operations for the third quarter of fiscal 2017, as well as financial and operational guidance for the fourth quarter and full year of fiscal 2017 (the "Q3 2017 Conference Call").

97. During the Q3 2017 Conference Call, Defendants re-iterated and further discussed the financial results (for the third quarter of fiscal 2017) and guidance (for the fourth quarter and full year of fiscal 2017) that Defendants had reported in Quantum's January 25, 2017 press release, focusing most particularly on Quantum's revenue, revenue growth, scale-out storage revenue and scale-out storage revenue growth. For example, during the Q3 2017 Conference Call, Defendant Gacek stated:

> GACEK: . . . Welcome to our Q3 fiscal 2017 conference call. As was the case in the first two quarters of the year, we again delivered strong results, increasing both total revenue and profitability year-

> over-year for the third straight quarter and executing well across all of the business. More specifically, we generated $133 million in total revenue, which was up 4% over Q3 of last year and we increased branded revenue 11% year-over-year. Scale-out tiered storage, previously referred to as just scale-out storage, was again a key growth driver. Product and related service revenue in this category was $40 million, a 12% increase over the same period a year ago . . .
>
> . . . Before I turn the call over to Fuad to walk through the details of our results, I wanted to expand on the key highlights from the quarter and our strong execution over the first 9 months of the fiscal year in delivering on our objectives of driving both revenue and increased profitability. First, looking at year-to-date revenue, we've now grown total revenue 8% and branded revenue 13% over the same period in fiscal 2016, which is notable in an overall storage market that continues to present challenges. As I mentioned, scale-out tiered storage is a key driver of our growth. For the first three quarters of the year, scale-out product and related service revenue is up 26% and comprises 31% of our total year-to-date revenue . . .

98. Defendants' re-iteration and further discussion, during the Q3 2017 Conference Call, of the Quantum financial results of operations for the third quarter of fiscal 2017 originally stated in Quantum's January 25, 2017 press release, were materially false and misleading for the same reasons set forth in ¶95, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017.

99. During the Q3 2017 Conference Call, however, Defendants, for a change, made only a single, glancing mention of Quantum's Large Public Cloud Project and its associated revenues.

> GACEK: Moving on to technical workflows, customers continue to turn to Quantum because of our longstanding expertise in managing large, unstructured data files and our comprehensive portfolio of archive offerings encompassing object storage, tape and the cloud. **In addition to revenue from large public cloud deal we've announced and secured earlier in the year and talked about on the last few calls,** we had a number of large technical workflow deals in Q3. This included wins as a leading provider of IT solution to governments at every level . . .

100. Unbeknownst to the public at the time, Defendants' abrupt reticence concerning the Large Public Cloud Project and its associated revenues was attributable to the fact that, as they later acknowledged, they had already booked $20 million of purported revenue from the Large Public Cloud Project in the first two quarters of fiscal 2017 (*i.e.*, the six months ended September 30, 2016), including $15 million in the second quarter of fiscal 2017 (*i.e.*, the three months ended September 30, 2016), and consequently could not and did not recognize any further Large Public Cloud Project revenues in the third quarter of fiscal 2017 (and, as detailed in Section V.F *infra*, in the fourth quarter of fiscal 2017).

101. Analysts immediately expressed puzzlement concerning the financial results Defendants reported for the third quarter of fiscal 2017, and Defendants' January 2017 Guidance (for full year of fiscal 2017, and hence for the fourth quarter of fiscal 2017, as the first three quarters were already reported). Specifically, while acknowledging Defendants' claims of substantial growth on a year-to-date basis for the first three quarters of fiscal 2017, analysts noted that revenue growth, both for scale-out storage and overall, appeared to be slowing and/or vanishing for both Quantum's third and fourth quarters of fiscal 2017 – and inquired why:

> Q - ERIC MARTINUZZI (of LAKE STREET CAPITAL MARKETS): Thanks and congratulations on the December quarter. **The growth overall, you talked about a 26% growth rate for the 9 months ended December on the scale-out side. But in the December quarter, so in Q3, it was only up 11.5%, and I was interested as to why that growth rate slowed down so much in Q3**.
>
> A - JON W. GACEK: Yeah, that's a good question. I put in there the percentage of revenue that we're seeing from scale-out. Scale-out is a part of the overall company and certainly a big focus on our growth. We didn't really see any change in the market per se. In M&E, this particular quarter is never really a big growth quarter, just because you're in the middle of seasons and you're in the middle of sports seasons. Our funnels are strong there. We think we'll have a strong Q4 in that space. And again, we think our overall opportunity there continues to just increase. So timing of deals, seasonality, it wasn't too much different than we expected as some of the deals were different, but it was pretty much where we thought we would come out, and we were off to a good start in this fiscal quarter.

> **Q - ERIC MARTINUZZI: Okay. And then just kind of stepping back to the total company, the revenue growth rate for the company for the 9 months period, I think it was 7%?**
>
> A - JON W. GACEK: 8%. Yes, it's about 8% I think, yeah.
>
> **Q - ERIC MARTINUZZI: Okay. And then based on the guidance for Q4, it's I think the Q4 standalone is like a 2%, so blended to the year was about 10%. Is that conservatism in Q4? You talked about seasonally media and entertainment should be stronger here in Q4, so I'm kind of surprised that we're only getting kind of a 2% number for Q4 on the revenue side?**
>
> A - JON W. GACEK: Yeah, again, that's why we talked about the year as well. We started the year at $500 million. I think you and the other analysts were all in the high 400s and we just kind of continually upticked that across the course of the year. That's why we raised the annual number to $505 million to $510 million. Again, the nature of where the businesses – I put this in the prepared comments and Fuad can address it as well, we're trying to guide consistently the same as we have all year. We've been over the high end of the range in each of the three quarters. And we're really trying not to get sucked into forecasting deals that are big and interesting, but we're not sure about. So we're comfortable with the $505 million to $510 million for the year, which is up as you said 7% from last year. And then we'll go execute on the quarter. We've talked about this. I'm sure it's one of your next questions. I mean we have some very large deals in our pipeline that we continue to pursue and believe they're nice opportunities for us and will give us a lot more veracity around some of the growth objectives that we think we're capable of. A lot of it is video surveillance. We had a nice video surveillance quarter this quarter. We're teed up for a good one next quarter, but I'm not using superlatives like great and fantastic yet, which I think we have potential for.

102. Defendants' responses to analyst questions during the Q3 2017 Conference Call concerning slowing revenue growth in the third and fourth quarters of fiscal 2017 were materially misleading. In fact, as yet unbeknownst to the public, and as Defendants omitted to state in response to such direct questions:

a. the stellar revenue growth that Defendants had reported for the first half of fiscal 2017, and the substantial revenue growth Defendants were claiming on a year-to-date basis and for fiscal 2017 overall, were materially based on Defendants' premature recognition of $20 million of Large Public Cloud Project revenue in the

first half of fiscal 2017 (of which $15 million had been booked in the second quarter of fiscal 2017 alone); and

b. Quantum's revenues for the third and fourth quarter of fiscal 2017 displayed low/no growth because Defendants' premature recognition of $20 million of Large Public Cloud Project revenue in the first half of fiscal 2017 left no further such revenues available for the third and fourth quarters of fiscal 2017 – *i.e.*, absent revenue contributions from Quantum's Large Public Cloud Project, Quantum's revenues were effectively flat and/or declining.

**3. Q3 2017 Form 10-Q**

103. On or about February 3, 2017, Defendants filed a Form 10-Q with the SEC for the third quarter of fiscal 2017 (the "Q3 2017 Form 10-Q").

104. The Q3 2017 Form 10-Q – in its MD&A section and in its unaudited financial statements – re-presented the financial results of operations for the third quarter of fiscal 2017 that Defendants had (a) disclosed in the January 25, 2017 press release and (b) discussed in the Q3 2017 Conference Call. *See* Q3 2017 Form 10-Q at 1-25.

105. The financial results of operations for the third quarter of fiscal 2017 as contained in the Q3 2017 Form 10-Q were materially false and misleading for the same reasons set forth in ¶95, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue.

106. Additionally, the Q3 2017 Form 10-Q contained Sarbanes-Oxley certifications, signed by Gacek and Ahmad on February 3, 2017, attesting to (1) the adequacy of Quantum's internal controls over financial reporting, and (2) and the accuracy of the financial results of operations presented in the Q3 2017 Form 10-Q. *See* Q3 2017 Form 10-Q, at 29-30 (discussing Quantum's management's evaluation of disclosure controls and internal controls over financial reporting) and Exhibits 31.1, 31.2, 32.1 and 32.2 thereto (the certifications). The certifications,

apart from their dates and their referencing the Q3 2017 Form 10-Q rather than the 2016 Form 10-K, were substantially and substantively identical to the certifications included with the 2016 Form 10-K (reproduced in effective entirety above at ¶¶61-62, *supra*).

107. The Sarbanes-Oxley certifications contained in the Q3 2017 Form 10-Q were materially false and misleading for the same reasons set forth in ¶63, *supra*, namely:

a. Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenue had rendered Quantum's financial results of operations, as reported, materially false and inaccurate;

b. Quantum's internal controls over financial reporting were ineffective to assure the reliability of Quantum's financial reporting and financial statements;

c. Quantum's internal controls suffered from undisclosed significant deficiencies and material weaknesses; and

d. Defendants' fraudulent and improper revenue recognition, which distorted Quantum's publicly-reported financial results of operations while remaining undisclosed to the public, the audit committee of the Board and/or Quantum's auditor.

## F. Fourth Quarter and Full Year Fiscal 2017 Financial Results

### 1. May 10, 2017 Press Release

108. On May 10, 2017, Quantum issued a press release titled "Quantum Corporation Reports Fiscal Fourth Quarter and Full Year 2017 Results," disclosing Quantum's financial results of operations for the fourth quarter and full year of fiscal 2017 (ended March 31, 2017). Quantum's May 10, 2017 press release prioritized Quantum's revenues and revenue growth, and most particularly Quantum's scale-out storage revenues and revenue growth. The May 10, 2017 press release stated, in relevant part:

> **Quantum Corporation Reports Fiscal Fourth Quarter and Full Year 2017 Results**
>
> SAN JOSE, Calif., May 10, 2017 /PRNewswire/ --

*Full Year 2017 Highlights:*

- *Total revenue of $505 million, up 6% over fiscal 2016*

- *Scale-out tiered storage revenue of $148 million, up 17% year-over-year*

- *Data protection revenue of $318 million, up 3% year-over-year*

- *GAAP net income of $4 million, an $80 million improvement over fiscal 2016*

- *Non-GAAP net income of $16 million, a $19 million improvement over the prior year*

- *GAAP earnings per share of $0.11, compared to a loss per share of $2.33 in fiscal 2016*

- *Non-GAAP earnings of $0.46 per diluted share, compared to a loss per share of $0.10 the prior year*

/PRNewswire/ -- Quantum Corp. (NYSE: QTM) today reported results for the fiscal fourth quarter and full year 2017 ended March 31, 2017.

**Fiscal Fourth Quarter 2017 Financial Results**

(All comparisons are relative to the fiscal fourth quarter 2016 unless otherwise stated.)

- Total revenue was $120.8 million, up from $120.0 million.

- Branded revenue was $103.5 million, a 7 percent increase.

- Scale-out tiered storage revenue was $31.0 million, compared to $33.1 million, primarily reflecting fewer large deals than the same quarter a year earlier.

- Total data protection revenue grew 5 percent to $79.7 million, consisting of $21.5 million in disk backup systems revenue (up 19 percent), $40.2 million in tape automation revenue (down 10 percent overall, with OEM revenue down 45 percent and branded revenue flat) and $18.1 million in devices and media revenue (up 38 percent) . . .

**Fiscal 2017 Full Year Financial Results**

(All comparisons are relative to the fiscal 2016 full year results unless otherwise stated.)

> • Total revenue grew 6 percent to $505.3 million, up from $476.0 million.
>
> • Branded revenue grew 11 percent to $432.1 million, up from $388.3 million.
>
> • Scale-out tiered storage revenue grew 17 percent to $148.4 million, up from $126.5 million.
>
> • Total data protection revenue grew 3 percent to $318.2 million, consisting of $84.6 million in disk backup systems revenue (up 16 percent), $172.7 million in tape automation revenue (down 9 percent overall, with OEM revenue down 27 percent and branded revenue down 3 percent) and $60.9 million in devices and media revenue (up 33 percent) . . .
>
> "Our solid fourth quarter results closed out a year of strong overall performance and execution," said Jon Gacek, president and CEO of Quantum. "We generated year-over-year growth and significantly improved profitability in a year of ongoing industry disruption. One of the keys to this success was the fact that we grew scale-out tiered storage revenue for the ninth consecutive year, building on our leadership in traditional rich media markets and expanding our footprint in new verticals and use cases. In addition, despite continuing challenges in the data protection market . . .

109. Specifically, Quantum's May 10, 2017 press release reported the following figures, for the fourth quarter and full year of fiscal 2017, with respect to Quantum's revenue, revenue growth, scale-out storage revenue, scale-out storage revenue growth, and operating income, net income and EPS (on GAAP and non-GAAP bases):

| Fiscal Period | Ended | Revenue | Revenue Growth | Scale-Out Storage Revenue | Scale-Out Storage Revenue Growth |
|---|---|---|---|---|---|
| Q4 2017 | 3/31/2017 | $120,835,000 | 0.67% | $31,030,000 | -6.34% |
| Fiscal 2017 | 3/31/2017 | $505,345,000 | 6.16% | $148,400,000 | 17.31% |

| Fiscal Period | Ended | GAAP Operating Income | Non-GAAP Operating Income | GAAP Net Income | GAAP EPS | Non-GAAP Net Income | Non-GAAP EPS |
|---|---|---|---|---|---|---|---|
| Q4 2017 | 3/31/2017 | $1,094,000 | $4,168,000 | ($1,913,000) | ($0.06) | $1,583,000 | $0.05 |
| Fiscal 2017 | 3/31/2017 | $12,148,000 | $23,046,000 | $3,645,000 | $0.11 | $15,786,000 | $0.46 |

110. The financial results of operations for the fourth quarter and full year of fiscal 2017 as stated in Quantum's May 10, 2017 press release were materially false and misleading for the same reasons set forth in ¶¶47-48, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017.

### 2. May 10, 2017 Conference Call

111. On May 10, 2017, Defendants held a conference call with analysts and investors to further discuss Quantum's operations and financial results of operations for the fourth quarter and full year of fiscal 2017 (the "Q4 2017 Conference Call"). Defendants declined to provide any financial guidance for fiscal 2018 or any quarterly periods therein at that time.

112. During the Q4 2017 Conference Call, Defendants re-iterated and further discussed Quantum's financial results (for the fourth quarter and full year of fiscal 2017 that Defendants had reported the same day in Quantum's May 10, 2017 press release, focusing most particularly on Quantum's revenue, revenue growth, scale-out storage revenue and scale-out storage revenue growth. For example, during the Q4 2017 Conference Call, Defendants stated:

> GACEK: Welcome to our Q4 fiscal 2017 conference call. As we did in each of the previous three quarters this year, we again

> delivered year-over-year growth and non-GAAP profit in Q4, resulting in full-year revenue growth of 6% over fiscal 2016 and a $19 million improvement in non-GAAP full-year net income over the prior year. This was the first full year of both year-over-year total revenue growth and profitability since Quantum and ADIC merged in 2006. . .
>
> . . . Fiscal 2017 was a key turning point for Quantum, as we grew total revenue, strengthened our balance sheet, enhanced our product portfolio, and added multiple new partnerships to expand our market reach. . .
>
> ***
>
> AHMAD: . . . On a full-year basis, total revenue was $505.3 million compared to $476 million for the same period last year, a 6% increase. . . On a full-year basis, total scale-out revenue grew by 17% to $148.4 million from $126.5 million in fiscal 2016. . .
>
> . . . Finally to sum up, Q4 was a solid quarter that closed out the year of strong overall performance and execution, that can be capsulated in five key points. One, we generated year-over-year growth and significantly improved profitability in a year of ongoing industry disruption. Two, we delivered our ninth consecutive year of scale-out tiered storage growth building on our leadership in traditionally rich media markets and expanding upward premium new verticals and use cases. . .

113. Defendants' re-iteration and further discussion, during the Q4 2017 Conference Call, of the Quantum financial results of operations for the fourth quarter and full year of fiscal 2017 originally stated in Quantum's May 10, 2017 press release, were materially false and misleading for the same reasons set forth in ¶110, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017.

114. During the Q4 2017 Conference Call, Defendants did not mention Quantum's Large Public Cloud Project and/or its associated revenues, for the same reasons they were similarly reticent during the Q3 2017 Conference Call (as detailed in ¶¶99-100, *supra*). After having prematurely booked $20 million of Large Public Cloud Project revenues in the first half of

fiscal 2017 (and $15 million in the second quarter of fiscal 2017 alone) – sufficient to report skyrocketing growth during the first half of fiscal 2017 and substantial growth for the full year of fiscal 2017 – Defendants were left without any further Large Public Cloud Project revenues that they could record for the third and fourth quarters of fiscal 2017, yielding reported third quarter revenues that displayed subdued revenue growth and reported fourth quarter revenues indicating scale-out storage revenue *declines*.

115. However, during the Q4 2017 Conference Call, Defendants did seek to dismiss and/or explain away the anomalies generated from their improper and premature recognition of Large Public Cloud Project revenues, such as the declines in fourth quarter scale-out storage revenues (versus prior and year-ago quarters):

> GACEK: Overall, our Q4 results were in line with our guidance, as we generated $121 million in total revenue and $2 million of non-GAAP net income or $0.05 per share adjusted for the reverse tax split that went into effect in mid-April. Compared to Q4 of the prior year, total revenue increased by $1 million . . . **Turning to scale-out tiered storage, we generated $31 million in product and related service revenue in Q4, which was below our expectations and primarily reflected fewer large deals compared to the prior two quarters and the same quarter a year ago. However, even after the $2 million year-over-year decline in Q4, scale-out product and related service revenue for the full year grew $22 million or 17% over fiscal 2016 to just under $150 million. In addition, we believe our Q4 scale-out result is an aberration and not indicative of a negative trend**. In fact, as I'll talk about later in the call, we feel very good about our ability to continue to drive strong scale-out storage growth in the new fiscal year.
>
> ***
>
> AHMAD: On a full-year basis, total revenue was $505.3 million compared to $476 million for the same period last year, a 6% increase. . . **Total product and related service revenue for our scale-out solutions was $31 million compared to $33.1 million a year ago. As Jon said, this decline was due primarily to a smaller number of big deals closing in Q4,** including some in the video surveillance area. On a full-year basis, total scale-out revenue grew by 17% to $148.4 million from $126.5 million in fiscal 2016. Even though total scale-out revenue for the quarter was below our expectations, we continue to drive growth beyond our traditional media and entertainment use cases as we recorded number of big

> wins in unstructured data workflows with both private and government customers. . .

116. Defendants' representations during the Q4 2017 Conference Call portraying poor fourth quarter fiscal 2017 revenues (flat overall, and declining with respect to scale-out storage specifically) as an "aberration" from an otherwise positive revenue growth trend, and reflective of nothing more than vicissitudes of deal timing/closing, were materially misleading. In fact, Quantum's fourth quarter fiscal 2017 revenues – whose lack of growth stemmed from the absence of any boost from improperly-recognized Large Public Cloud Project revenues – represented Quantum's real operations, growth and financial results absent Defendants' improper revenue recognition.

117. During the Q4 2017 Conference Call, analysts again expressed puzzlement in trying to understand Quantum's scale-out storage revenue growth specifically, and Quantum's overall revenue growth generally, given the volatile growth figures that Defendants had recently reported for Quantum (including 50%+ growth for the scale-out storage for the second quarter of fiscal 2017 but a 6% decline in such revenues for the fourth quarter), and questioned Defendants' attempts to explain fourth quarter scale-out storage revenue declines as "an aberration" unreflective of Quantum's larger growth trends. Defendants, however, stuck to their misleading script, refusing to disclose the real reasons underlying the volatility of Quantum's results as reported by Defendants, and repeating that Quantum's financial results for the fourth quarter of 2017 illustrated nothing more than random vagaries of deal closings:

> Q - CHAD MICHAEL BENNETT (of CRAIG-HALLUM CAPITAL): Great. Thanks for taking my questions. So, just relative to StorNext or **scale-out growth, I think, you indicated that this quarter was an anomaly in terms of what you think the potential growth rate of that business is. And just because throughout this year, it's been fairly volatile from a growth rate standpoint, I mean in the September quarter, you grew at north of 50%, but other quarters, it's kind of grown 10% or 11%, the other quarters of the year. So, I guess, how should we think about the growth rate of scale-out over the next year or two?**
>
> A - JON W. GACEK: Well, without commenting on the rate first, I think that we continue to believe . . . as we think about the company today, that the market opportunity that exists for us in scale-out is

the largest opportunity. . . So I think, Chad, a lot of it has to do with candidly how much money we spend. I think for sure we'd have grown at a higher rate if we had spent more money. . . Final thing I'll say is growth [indiscernible] (28:37) like these are lumpy. And I think your quarterly point is a great one. **You land a couple of large deals in a particular quarter, and it's going to make a difference in this quarter. I think we've planned on having a few of those land, and they're going to move out into this current fiscal year.** I think I said and Fuad did too, we're off to a great start in scale-out for the quarter and the growth that we see for this quarter will be driven by scale-out.

***

Q - ERIC MARTINUZZI (of LAKE STREET CAPITAL MARKETS): Hey. Congrats on the FY 2017 results, definitely, **paints a nice picture looking back the last 12 months. I wanted to specifically dive into the Q4 shortfall though on the scale-out business.** Does this come down to one or two large transactions, or is this a handful of midsize transactions?

A - JON W. GACEK: I'll start and Fuad can give more color. **I think it's a couple of things. I think it's some larger deals that we are tracking and felt like would close. And it's also some smaller deals that are just in sort of the normal competitive or push-type format is what I would say.** We feel good about how we started the quarter, if that helps. But we continue to feel like our opportunity set is increasing and our win rates are going up. And so that's one of the reasons, in answering Chad's question, we feel good about scale-out growing. **But specifically, a few big deals and a handful of medium-size [ph] otherwise there**.

A - FUAD AHMAD: That's correct.

A - JON W. GACEK: Yeah.

***

Q - BRIAN ALGER (of ROTH CAPITAL PARTNERS): All right. I asked that question because it seems as though **scale-out has been the bigger question mark this past fiscal year and that it's been lumpy, it's been – some quarter it's fantastic and surprised us to the upside, and this past quarter obviously a little bit light**. But the data protection side seems to have been a little bit more consistent at least over the past few quarters. And I'm curious if we have an improved visibility in that end market?

A - JON W. GACEK: Well, it's bigger. So, there tends to just be more. It's about two-thirds of the company, and when we think about the sales force and what people are focused on, you could use

> that roughly. The deals aren't quite as lumpy as well. There's more run rate. There's more installed base. There's a bunch of factors that we kind of drive in a smooth line. It's interesting the way we're talking about it. Scale-out was up 17% and data protection was up 6%. . . So, I kind of went off from your question. I think it's a bit of LOB numbers and installed base, and it's just factual. Data protection as a segment in the market is going to continue to be under pressure just by these new architectures. And so, we're pretty pleased about the fact that it grew 6%. We're also pleased that scale-out grew 17% . . .

118. Defendants' responses to analyst questioning during the Q4 2017 Conference Call, which again portrayed poor fourth quarter fiscal 2017 revenues (flat overall, and declining with respect to scale-out storage specifically) as an "aberration" from an otherwise positive revenue growth trend, and reflective of nothing more than vicissitudes of deal timing/closing, were materially misleading for the same reasons set forth in ¶102 above. In fact, Quantum's fourth quarter fiscal 2017 revenues – whose lack of growth stemmed from the absence of any boost from improperly-recognized Large Public Cloud Project revenues – represented Quantum's real operations, growth and financial results absent Defendants' improper revenue recognition

### 3. Fiscal 2017 Form 10-K

119. On or about June 1, 2017, Defendants filed a Form 10-K with the SEC for fiscal 2017 (the "2017 Form 10-K").

120. The 2017 Form 10-K – in its Management's Discussion & Analysis of Financial Condition and Results of Operations ("MD&A") section and in its accompanying audited financial statements – re-presented the financial results of operations for fiscal 2017 that Defendants had (a) previously disclosed in the May 10, 2017 press release and (b) discussed in the Q4 2017 Conference Call. *See* 2017 Form 10-K at 28-37 and 48-50.

121. The financial results of operations for fiscal 2017 as contained in the 2017 Form 10-K were materially false and misleading for the same reasons set forth in ¶110, *supra*: namely, because the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS reported therein had all been inflated by

Defendants' improper and premature recognition of $20 million of Large Public Cloud Project revenue.

122. The 2017 Form 10-K also set forth Quantum's revenue recognition policies, which remained substantively identical to those set forth in the 2016 Form 10-K (quoted above at ¶43, *supra*). *See* 2017 Form 10-K at pp. 42 and 54-55.

123. Quantum's revenue recognition policies, as stated in the 2017 Form 10-K, were materially false and misleading for the same reasons set forth in ¶60, *supra*: namely, they did not govern Quantum's actual revenue recognition, and Defendants violated such policies in practice through premature and improper recognition of $20 million of Large Public Cloud Project revenue.

124. Additionally, the 2017 Form 10-K contained Sarbanes-Oxley certifications, signed by Gacek and Ahmad on May 31, 2017, attesting to (1) the adequacy of Quantum's internal controls over financial reporting, and (2) and the accuracy of the financial results of operations presented in the 2017 Form 10-K. *See* 2017 Form 10-K, at 79-80 (discussing Quantum's management's evaluation of disclosure controls and internal controls over financial reporting) and Exhibits 31.1, 31.2, 32.1 and 32.2 thereto (the certifications). The certifications, apart from their dates and their referencing the 2017 Form 10-K rather than the 2016 Form 10-K, were substantially and substantively identical to the certifications included with the 2016 Form 10-K (reproduced above at ¶¶61-62, *supra*).

125. The Sarbanes-Oxley certifications contained in the 2017 Form 10-K were materially false and misleading for the same reasons set forth in ¶63, *supra*, namely:

a. Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenue had rendered Quantum's financial results of operations, as reported, materially false and inaccurate;

b. Quantum's internal controls over financial reporting were ineffective to assure the reliability of Quantum's financial reporting and financial statements;

c. Quantum's internal controls suffered from undisclosed significant deficiencies and material weaknesses; and

d. Defendants' fraudulent and improper revenue recognition, which distorted Quantum's publicly-reported financial results of operations while remaining undisclosed to the public, the audit committee of the Board and/or Quantum's auditor.

**G. First Quarter Fiscal 2018 Financial Results, and the August 2017 Guidance**

**1. August 9, 2017 Press Release**

126. On August 9, 2017, Quantum issued a press release at 4:15 p.m. Eastern time, titled "Quantum Corporation Reports Fiscal First Quarter 2018 Results," disclosing Quantum's financial results of operations for the first quarter of fiscal 2018 (ended June 30, 2017), and providing financial guidance for the second quarter and full year of fiscal 2018 (the "August 2017 Guidance"). Quantum's August 9, 2017 press release, prioritizing disclosure of Quantum's revenues and revenue growth, and most particularly Quantum's scale-out storage revenues and revenue growth, stated in relevant part:

> **Quantum Corporation Reports Fiscal First Quarter 2018 Results**
>
> **- Total revenue increased year-over-year to $116.9 million**
>
> **- Scale-out tiered storage revenue of $33.7 million, up 10% year-over-year**
>
> **- GAAP net loss of $0.11 per share, flat year-over-year**
>
> **- Non-GAAP earnings of $0.04 per diluted share, up $0.02 year-over-year**
>
> SAN JOSE, Calif., Aug. 9, 2017 /PRNewswire/ -- Quantum Corp. (NYSE: QTM) today reported results for the fiscal first quarter 2018 ended June 30, 2017, and provided guidance for the fiscal second quarter and full year.
>
> **Fiscal First Quarter 2018 Financial Results**
>
> (All comparisons are relative to the fiscal first quarter 2017 unless otherwise stated.)
>
> • Total revenue increased to $116.9 million, up from $116.3 million.

> • Branded revenue was $99.6 million, a 3 percent increase.
>
> • Scale-out tiered storage revenue was $33.7 million, up from $30.8 million.
>
> ***
>
> "We continued to build on our momentum over the past year, growing total revenue year-over-year and generating non-GAAP net profit for the fifth consecutive quarter," said Jon Gacek, president and CEO of Quantum. "Although the total revenue increase was slight, branded revenue grew 3 percent. Other revenue highlights included year-over-year growth in scale-out tiered storage of 10 percent and another strong quarter for branded tape automation, devices and media sales.
>
> ***
>
> "As we look forward to the rest of fiscal 2018, we continue to be excited about the opportunity to grow total revenue, driven by expected scale-out tiered storage growth of at least 20 percent for the year. At the same time, we remain focused on generating profit and cash and are confident in our ability to manage our debt — including paying off our November 2017 convert — with existing resources.
>
> ***
>
> **Fiscal Second Quarter and Full Year 2018 Guidance**
>
> Quantum provided the following guidance for the fiscal second quarter 2018:
>
> • Total revenue of $120 million to $125 million. . .
>
> • GAAP loss/earnings per share of ($0.06) to breakeven and non-GAAP earnings of $0.01 to $0.05 per diluted share.
>
> The company also provided the following guidance for the full fiscal year:
>
> • Total revenue of $515 million to $525 million.
>
> • GAAP and non-GAAP earnings per share above the levels achieved in fiscal 2017.

127. Specifically, Quantum's August 9, 2017 press release reported the following figures, for the first quarter of fiscal 2018, with respect to Quantum's revenue, revenue growth,

scale-out storage revenue, scale-out storage revenue growth, and operating income, net income and EPS (on GAAP and non-GAAP bases):

| Fiscal Period | Ended | Revenue | Revenue Growth | Scale-Out Storage Revenue | Scale-Out Storage Revenue Growth |
|---|---|---|---|---|---|
| Q1 2018 | 6/30/2017 | $116,858,000 | 0.49% | $33,693,000 | 9.39% |

| Fiscal Period | Ended | GAAP Operating Income | Non-GAAP Operating Income | GAAP Net Income | GAAP EPS | Non-GAAP Net Income | Non-GAAP EPS |
|---|---|---|---|---|---|---|---|
| Q1 2018 | 6/30/2017 | ($2,454,000) | $2,165,000 | ($3,674,000) | ($0.11) | $1,372,000 | $0.04 |

128. The financial results of operations for the first quarter of fiscal 2018 as stated in Quantum's August 9, 2017 press release were materially false and misleading because Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017 had not only inflated the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS that Defendants reported for Quantum during and for fiscal 2017, but had also affected and distorted the financial results of operations that Defendants reported for Quantum during and for fiscal 2018 and its interim quarters.

129. As further detailed in Section V.G.2, *infra*, the August 2017 Guidance for full-year fiscal 2018 revenue growth – which called specifically for scale-out storage revenue growth of 20%, driving overall revenue growth of 2%-4% – was also materially false and misleading to the extent, as Defendants' August 9, 2017 conference call commentary revealed, that it was premised on recognition of a further $20 million in Large Public Cloud Project Revenues during the second half of fiscal 2018.

**2. August 9, 2017 Conference Call**

130. On August 9, 2017, Defendants held a conference call with analysts and investors to further discuss Quantum's operations and financial results of operations for the first quarter of

fiscal 2018 (the "Q1 2018 Conference Call"), and, in light of the August 2017 Guidance, Quantum's operational and financial prospect for the second quarter and year of fiscal 2018.

131. During the Q1 2018 Conference Call, Defendants re-iterated and further discussed Quantum's financial results (for the first quarter of fiscal 2018) that Defendants had reported the same day in Quantum's August 9, 2017 press release, focusing most particularly on Quantum's revenue, revenue growth, scale-out storage revenue and scale-out storage revenue growth. For example, during the Q1 2018 Conference Call, Defendants stated:

> JON W. GACEK: Thanks, Shawn. Welcome to our Q1 fiscal 2018 conference call. We started the new year by building our fiscal 2017 momentum as we grew total revenue year-over-year and generated non-GAAP net income for the fifth consecutive quarter. More specifically, total revenue was $116.9 million, up slightly over Q1 of last year with branded growth of 3% and increased royalty revenue, offsetting an expected significant decline in OEM tape revenue. Scale-out tiered storage was a key driver of our growth, up 10% year-over-year. And we also had another strong quarter for branded tape automation devices and media sales which increased 14% including related service revenue. Non-GAAP net income was $1.4 million or $0.04 per diluted share, up $0.02 from the same quarter a year ago.
>
> Before I turn the call over to Fuad to walk through the details of our results, I wanted to expand on some of the quarter's key highlights. First, we generated $34 million in scale-out tiered storage, products, and related service revenue. As I said, this was up 10% year-over-year, reflecting our continued focus on extending our market leadership in media and entertainment, and driving greater penetration in video surveillance and technical workflows. . .
>
> FUAD AHMAD: Thank you, Jon. Before I walk through our results, I would like to refer everyone to the financial statements and supporting schedules including in the press release and on our website. Turning to our results, starting with revenue, total revenue for the first quarter ended June 30 was $116.9 million, up slightly from $116.3 million a year ago. . . I will now walk through our revenue results in more detail. Total product and related service revenue for our scale-out tiered storage solutions grew 10% to $33.6 million (sic) [$33.7 million], compared to the $30.7 million (sic) [$30.8 million] in the same quarter a year ago. We recorded particularly strong growth in video surveillance and technical workflow use cases . . .

132. Defendants' re-iteration and further discussion, during the Q1 2018 Conference Call, of the Quantum financial results of operations for the first quarter of fiscal 2018 originally stated in Quantum's August 9, 2017 press release, were materially false and misleading for the same reasons set forth in ¶128, *supra*: Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017 had not only inflated the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS that Defendants reported for Quantum during and for fiscal 2017, but had also affected and distorted the financial results of operations that Defendants reported for Quantum during and for fiscal 2018 and its interim quarters.

133. Additionally, during the Q1 2018 Conference Call, Defendants provided further explanations for their August 2017 Guidance, tying both of its parts – the negative financial guidance for the second quarter of fiscal 2018 (overall revenues of $120-$125 million, constituting a ~10% *decline* from the year-ago quarter), and the positive financial guidance for the entire year of fiscal 2018 (overall revenues of $515-$525 million, constituting growth 2%-4% versus fiscal 2017 and driven by 20% growth in scale-out storage revenue) – to Quantum's Large Public Cloud Project:

> JON W. GACEK: Thanks, Fuad. As we look forward to the rest of fiscal 2018, we see the opportunity to build on our momentum and drive overall growth for the year, driven by expected annual growth in scale-out tiered storage of at least 20%. . .
>
> ***
>
> Now, let me turn to guidance. As Fuad said, we are maintaining our balanced approach to revenue growth and profitability given our capital structure. **From a revenue standpoint, we expect scale-out tiered stores to grow at least 20% for the year and continue to be the main driver of overall revenue growth**. . .
>
> With regard to guidance for Q2, specifically we expect total revenue of $120 million to $125 million; non-GAAP gross margin of 41% to 42%; non-GAAP operating expenses of $47 million; non-GAAP interest expense of $1.9 million and taxes of $400,000; non-GAAP earnings $0.01 to $0.05 per diluted share.

> **To provide some context for Q2 revenue guidance relative to our Q2 results in fiscal 2017, last year we generated approximately $20 million in total revenue from the multiyear public cloud deal I referenced earlier. $15 million of the total was in the second quarter of last year. While we expect to generate at least $20 million in revenue from the same customer again this year, most of it will come in the second half of fiscal 2018.**
>
> Turning to our full-year guidance for fiscal 2018, we expect total revenue of $515 million to $525 million, and GAAP and non-GAAP earnings per share above the levels achieved in 2017.
>
> ***
>
> GACEK: . . . We also see the opportunity to leverage our tiered storage expertise to help public cloud providers store and manage their customer's data more efficiently and cost effectively, **building on the major multi-year project win we had in this area last year**. In fact, we've been talking about this with other cloud providers. They run some of the most advanced data centers in the world and are increasingly recognized in the key role that tiering can play in their businesses.
>
> ***
>
> GACEK: Now, let me turn to guidance. As Fuad said, we are maintaining our balanced approach to revenue growth and profitability given our capital structure. From a revenue standpoint, we expect scale-out tiered stores to grow at least 20% for the year and continue to be the main driver of overall revenue growth. . . With regard to guidance for Q2, specifically we expect total revenue of $120 million to $125 million . . . **To provide some context for Q2 revenue guidance relative to our Q2 results in fiscal 2017, last year we generated approximately $20 million in total revenue from the multiyear public cloud deal I referenced earlier. $15 million of the total was in the second quarter of last year. While we expect to generate at least $20 million in revenue from the same customer again this year, most of it will come in the second half of fiscal 2018**.
>
> ***
>
> Q - BRIAN ALGER (of ROTH CAPITAL PARTNERS): . . . Chad, I think, was expressing what a lot of us on Wall Street are frustrated by that the apparent inconsistency of the growth rate within the scale-out business and the growth this quarter, year-on-year, not so great. We just seen quarters where it's been really, really good. . .
>
> A - FUAD AHMAD: . . . I think one thing that we've been really clear about is quarter-over-quarter comparisons are not a good way

> to look at our business. We are still subject to the loss of smaller numbers. So, big deals do impact the quarter. . . **In terms of scale-out growth, similar principles apply because are subject to big deals. Last year, we had closed the big cloud deal, contributed almost $15 million of revenue to scale-out. We didn't have the same shot in the arm this quarter. However, that customer is going to spend close to at least $20 million this year, and it's going to come in latter in the period**. So those kinds of anomalies will occur. I think those are part of our business unfortunately. But I would ask that you look at this on a much longer annual timeframe. We are showing on the high end of the range. We are telling the market that the business is going to grow from $505 million on the high end of the range to $525 million, which is close to 4% growth. We are telling the market that the scale-out business is going to grow at least 20% . . .
>
> ***
>
> Gacek: So it's a journey for sure. The quarter turned out as we guided it. It had been, as Fuad pointed out, I just think this is a fact. We get into some big deals from time to time and they're great when you have them, and they're harder to compare to. That's going to happen**. The cloud customer will buy more than they bought last year, but it's going to be in the back half of the year into the front half of the year. That's fine. We'll take that, and we're trying to be transparent about it. And it gives us confidence in the sort of the growth position of the company**.

134. In sum, Defendants' statements both (1) explained away imminent second quarter 2018 revenue declines, and (2) based assertions of substantial full year 2018 revenue growth, on revenue bookings from the Large Public Cloud Project. On the one hand, second quarter 2018 revenues would decline only because Defendants had booked a large amount ($15 million) of Large Public Cloud Project revenues in the second quarter of fiscal 2017 but would not enjoy any similar "shot in the arm" during the second quarter of fiscal 2018. On the other hand, and notwithstanding the "tough compare" for the second quarter and first half of fiscal 2018, full-year 2018 revenues would still grow (20% for scale-out storage, and 2%-4% overall) based on Defendants' booking another $20 million of Large Public Cloud Project revenues in the second half of fiscal 2018.

135. Defendants' above-detailed statements during the Q1 2018 Conference Call concerning the connections between (1) Quantum's Large Public Cloud Project and (2) the August

2017 Guidance for the second quarter and full year of fiscal 2018, and Quantum's previously-reported financial results (*e.g.*, for the second quarter of fiscal 2017) were materially false and/or misleading, as they omitted to disclose that, given the Large Public Cloud Project's "construction issues" and lack of operational progress, there was inadequate basis for:

a. having booked $20 million of Large Public Cloud Project revenues in fiscal 2017 (and $15 million of such revenues in fiscal 2017's second quarter alone), and/or

b. for booking a further $20 million of Large Public Cloud Project revenues in the second half of fiscal 2018.

**3. Q1 2018 Form 10-Q**

136. On the same day, August 9, 2017, Defendants filed a Form 10-Q with the SEC for the first quarter of fiscal 2018 (the "Q1 2018 Form 10-Q").

137. The Q1 2018 Form 10-Q – in its MD&A section and in its unaudited financial statements – re-presented the financial results of operations for the first quarter of fiscal 2018 that Defendants had (a) disclosed in the August 9, 2017 press release and (b) discussed in the Q1 2018 Conference Call. *See* Q1 2017 Form 10-Q at 1-19.

138. The financial results of operations for the first quarter of fiscal 2018 as contained in the Q1 2018 Form 10-Q were materially false and misleading for the same reasons set forth in ¶128, *supra*: namely, because Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017 had not only inflated the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS that Defendants reported for Quantum during and for fiscal 2017, but had also affected and distorted the financial results of operations that Defendants reported for Quantum during and for fiscal 2018 and its interim quarters.

139. Additionally, the Q1 2018 Form 10-Q contained Sarbanes-Oxley certifications, signed by Gacek and Ahmad on August 9, 2017, attesting to (1) the adequacy of Quantum's internal controls over financial reporting, and (2) and the accuracy of the financial results of operations presented in the Q1 2018 Form 10-Q. *See* Q1 2018 Form 10-Q, at 24 (discussing

Quantum's management's evaluation of disclosure controls and internal controls over financial reporting) and Exhibits 31.1, 31.2, 32.1 and 32.2 thereto (the certifications). The certifications, apart from their dates and their referencing the Q1 2018 Form 10-Q rather than the 2016 Form 10-K, were substantially and substantively identical to the certifications included with the 2016 Form 10-K (reproduced above at ¶¶61-62, *supra*).

140. The Sarbanes-Oxley certifications contained in the Q1 2018 Form 10-Q were materially false and misleading for the same reasons set forth in ¶63, *supra*, namely:

a. Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenue had rendered Quantum's financial results of operations, as reported, materially false and inaccurate;

b. Quantum's internal controls over financial reporting were ineffective to assure the reliability of Quantum's financial reporting and financial statements;

c. Quantum's internal controls suffered from undisclosed significant deficiencies and material weaknesses; and

d. Defendants' fraudulent and improper revenue recognition, which distorted Quantum's publicly-reported financial results of operations while remaining undisclosed to the public, the audit committee of the Board and/or Quantum's auditor.

**4. Materialization of Concealed Risk**

141. Although the investing public did not know it at the time, the disappointing historical and prospective revenues that Defendants revealed on August 9, 2017 for, respectively, the first and second quarters of fiscal 2018, constituted a materialization of risks that Defendants' prior actions – *i.e.*, recognizing $20 million of Large Public Cloud Project revenues during fiscal 2017 – had both created (by artificially boosting reported revenues during and for fiscal 2017) and concealed.

142. After having boosted reported fiscal 2017 revenues, by premature booking of $20 million of Large Public Cloud Project revenues (including $15 million in the second quarter of

fiscal 2017 alone), Defendants had in effect 'emptied the well,' leaving them without further such revenues to call upon for any, let alone a matching, boost to first half fiscal 2018 results. Absent any such revenues from the Large Public Cloud Project, Defendants disclosed on August 9, 2017:

a. first quarter fiscal 2018 revenue results showing low scale-out storage revenue growth and *no* overall revenue growth; and

b. second quarter fiscal 2018 revenue guidance revealing substantial scale-out storage and overall revenue *declines*.

143. Consequently, as Defendants revealed on August 9, 2017, financial results for the first half of fiscal 2018:

a. not only suffered in comparison to year-ago fiscal 2017 results (boosted by such revenue contributions), but

b. ceased to support Quantum's apparent turnaround into a growth company, as scale-out storage revenues and revenue growth (absent Defendants' improper booking of Large Public Cloud Project revenues) were not growing sufficiently fast – or, indeed, growing at all – to outpace the revenue declines from Quantum's data protection products and generate overall revenue growth.

144. In other words, while the false financial results that Defendants reported for fiscal 2017, boosted by $20 million of improperly recognized Large Public Cloud Project revenues, indicated that Quantum was successfully executing its business strategy/turnaround, the financial result and guidance that Defendants were forced to report for the first two quarters of fiscal 2018, absent any similar boost from such revenues, indicated that Quantum's business strategy/turnaround was *failing*: scale-out storage revenue growth was insufficient and/or nonexistent (*i.e.*, declining), and overall revenues were flat at best (first quarter of fiscal 2018) and/or declining (second quarter of fiscal 2018).

145. In response to this news – and, particularly, to the simultaneous disappearance of both (1) Large Public Cloud Project revenues, and (2) Quantum's revenue growth – Quantum's shares immediately lost 27.4% of their value, falling $2.03 per share from their August 9, 2017 closing price of $7.41 per share to close on August 10, 2017 at $5.38 per share, as more than 1.8

million shares traded (more than sextuple Quantum's average daily trading volume during the Class Period).

146. The share price decline following Defendants' August 9, 2017 disclosures would have been steeper still absent Defendants' simultaneous – and materially false and/or misleading – representations that, notwithstanding the dismal first half 2018 revenues, entire-year fiscal 2018 revenues would still display sharp scale-out storage revenue growth (20%) and substantial overall revenue growth (2%-4%), driven by a second $20 million of revenue from the Large Public Cloud Project to be recognized during the second half of fiscal 2018. *See* Section V.G.2, *supra*.

### H. Second Quarter Fiscal 2018 Financial Results, and the November 2017 Guidance

#### 1. November 9, 2017 Press Release

147. On November 9, 2017, Quantum issued a press release at 4:50 p.m. Eastern time, titled "Quantum Corporation Reports Fiscal Second Quarter 2018 Results," disclosing Quantum's financial results of operations for the second quarter of fiscal 2018 (ended September 30, 2017), providing financial guidance for the third quarter, second half and full year of fiscal 2018 (the "November 2017 Guidance"), and disclosing a number of operational and strategic developments, including the departure of Gacek as Quantum's CEO. Quantum's November 9, 2017 press release, prioritizing disclosure of Quantum's revenues and revenue growth, and most particularly Quantum's scale-out storage revenues and revenue growth, stated in relevant part:

> **Quantum Corporation Reports Fiscal Second Quarter 2018 Results**
>
> **Also Announces:**
>
> **- CEO Transition - Adalio T. Sanchez Appointed Interim CEO, Replacing Jon Gacek**
>
> **- Financing - Secured Additional $20 Million in Capital; On Track to Pay Off Convertible Notes on Nov. 15**
>
> **- Executing Annualized Cost Savings of $15 Million in Fiscal 2018 and Up to $35 Million by End of Fiscal 2019**

**- Appointment of Eric Singer from VIEX Capital Advisors to Board of Directors**

**- Expected Strong Sequential Revenue and Profitability Growth in Second Half of Fiscal 2018**

SAN JOSE, Calif., Nov. 9, 2017 /PRNewswire/ -- Quantum Corp. (NYSE: QTM) today reported results for the fiscal second quarter 2018 ended Sept. 30, 2017, and made a number of other announcements.

**Fiscal Second Quarter Results**

For the fiscal second quarter 2018, Quantum reported the following (all comparisons are relative to the fiscal second quarter 2017 unless otherwise stated):

• Total revenue of $107.1 million, down from $134.7 million in the prior year period which included approximately $15 million in revenue from a large public cloud deal. The year-over-year decline was greater than expected largely due to timing of closing deals at quarter end, third-party component supply shortages and softness in disk backup systems sales.

• Scale-out tiered storage revenue of $33.8 million, a decline of $12.9 million, largely attributable to the public cloud deal a year earlier. . .

• GAAP net loss of $7.9 million, or $0.23 per diluted share, compared to net income of $4.1 million.

• Non-GAAP net loss of $4.9 million, or $0.14 per diluted share, compared to net income of $6.4 million.

“We’re disappointed that our results fell short of our expectations, but we’re taking aggressive action to improve our cost structure and generate consistent growth and profitability,” said Fuad Ahmad, senior vice president and CFO of Quantum. “We believe part of the challenge at quarter end involved timing of deals, and we’ve already shipped more than 50 percent of the revenue from deals that weren’t closed, including those delayed by third-party component supply shortages.

“Despite the difficulties we encountered in the quarter, there were some bright spots, including strong year-over-year growth in video surveillance, positive customer reception to our new StorNext 6-powered solutions and the increased market opportunities resulting from new partnerships.”

**CEO Transition**

> Quantum has named board member Adalio T. Sanchez interim CEO to replace Jon Gacek, who has left the company. . .
>
> ***
>
> **Guidance for Fiscal Third Quarter and Second Half of Fiscal 2018**
>
> Quantum provided the following guidance for the fiscal third quarter 2018:
>
> • Total revenue of $120 million to $125 million. . .
>
> • GAAP earnings per share of $0.05 to $0.07 and non-GAAP earnings per share of $0.16 to $0.22.
>
> The company also provided the following guidance for the second half of this fiscal year:
>
> • Total revenue of $250 million to $260 million.
>
> • GAAP earnings per share of $0.19 to $0.25 and non-GAAP earnings per share of $0.36 to $0.42.

148. Specifically, Quantum's November 9, 2017 press release reported the following figures, for the second quarter of fiscal 2018, with respect to Quantum's revenue, revenue growth, scale-out storage revenue, scale-out storage revenue growth, and operating income, net income and EPS (on GAAP and non-GAAP bases):

| Fiscal Period | Ended | Revenue | Revenue Growth | Scale-Out Storage Revenue | Scale-Out Storage Revenue Growth |
|---|---|---|---|---|---|
| Q2 2018 | 9/30/2017 | $107,051,000 | -20.55% | $33,833,000 | -27.63% |

| Fiscal Period | Ended | GAAP Operating Income | Non-GAAP Operating Income | GAAP Net Income | GAAP EPS | Non-GAAP Net Income | Non-GAAP EPS |
|---|---|---|---|---|---|---|---|
| Q2 2018 | 9/30/2017 | ($4,785,000) | ($2,269,000) | ($7,863,000) | ($0.23) | ($4,880,000) | ($0.14) |

149. The financial results of operations for the second quarter of fiscal 2018 as stated in Quantum's November 9, 2017 press release were materially false and misleading for the same reasons set forth in ¶128, *supra*: namely, because Defendants' premature and improper

recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017 had not only inflated the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS that Defendants reported for Quantum during and for fiscal 2017, but had also affected and distorted the financial results of operations that Defendants reported for Quantum during and for fiscal 2018 and its interim quarters.

### 2. November 9, 2017 Conference Call

150. On November 9, 2017, Defendants held a conference call with analysts and investors to further discuss Quantum's operations and financial results of operations for the second quarter of fiscal 2018 (the "Q2 2018 Conference Call"), and, in light of the August 2017 Guidance and November 2017 Guidance, Quantum's operational and financial prospect for the third quarter, second half and full year of fiscal 2018.

151. During the Q2 2018 Conference Call, Defendants re-iterated and further discussed Quantum's financial results (for the second quarter of fiscal 2018) that Defendants had reported the same day in Quantum's November 9, 2017 press release, focusing most particularly on Quantum's revenue, revenue growth, scale-out storage revenue and scale-out storage revenue growth. For example, during the Q2 2018 Conference Call, Defendants stated:

> AHMAD: . . . Starting with revenue, total revenue for the second quarter ended September 30 was $107.1 million, down from $134.7 million from a year ago. That quarter included approximately $15 million of revenue from our large public cloud customer. . .
>
> Our revenue shortfall was partly due to challenges impacting our ability to close forecasted second quarter deals at the end of the quarter. The challenges included timing of closing deals at quarter end and third-party component supply issues, which mostly impacted scale-out tiered storage revenue. In addition, the revenue from disk backup systems was lower than expected due to weakness in our traditionally strong EMEA market where several of our big installed base customers deferred big purchases. That was not the case last year. We believe part of the challenges at quarter end involved timing of deals. However, we've already shipped more than 50% of the revenue from the deals that weren't closed, including those delayed by third-party component supply shortages.

> I'll now walk through our revenue results in more detail. Total product and related service revenue for our scale-out tiered storage solution was $33.8 million, down from $46.6 million in the same quarter a year ago. Recall that quarter included $15 million of revenue from our large cloud customer, as mentioned earlier. Scale-out revenue performance was greatly impacted by severe component supply shortages we experienced at the end of the quarter. These shortages have left us with [ph] over 5 million (11:58) of shippable orders stranded at quarter end. Almost all of that backlog has been shipped. Nevertheless, we added 80 new scale-out customers and increased our win rates into mid-70s.
>
> ***
>
> Excluding revenue from large public cloud customer, revenue from technical work flows grew significantly year-over-year. Key wins here included . . .

152. Defendants' re-iteration and further discussion, during the Q2 2018 Conference Call, of the Quantum financial results of operations for the second quarter of fiscal 2018 originally stated in Quantum's November 9, 2017 press release, were materially false and misleading for the same reasons set forth in ¶128, *supra*: Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017 had not only inflated the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS that Defendants reported for Quantum during and for fiscal 2017, but had also affected and distorted the financial results of operations that Defendants reported for Quantum during and for fiscal 2018 and its interim quarters.

### 3. Q2 2018 Form 10-Q

153. On the same day, November 9, 2017, Defendants filed a Form 10-Q with the SEC for the second quarter of fiscal 2018 (the "Q2 2018 Form 10-Q").

154. The Q2 2018 Form 10-Q – in its MD&A section and in its unaudited financial statements – re-presented the financial results of operations for the second quarter of fiscal 2017 that Defendants had (a) disclosed in the November 9, 2017 press release and (b) discussed in the Q2 2018 Conference Call. *See* Q2 2018 Form 10-Q at 1-22.

155. The financial results of operations for the second quarter of fiscal 2018 as contained in the Q2 2018 Form 10-Q were materially false and misleading for the same reasons set forth in ¶128, *supra*: namely, because Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenue during fiscal 2017 had not only inflated the revenue, revenue growth, scale-out storage revenues, scale-out storage revenue growth, and operating income, net income and EPS that Defendants reported for Quantum during and for fiscal 2017, but had also affected and distorted the financial results of operations that Defendants reported for Quantum during and for fiscal 2018 and its interim quarters.

156. Additionally, the Q2 2018 Form 10-Q contained Sarbanes-Oxley certifications, signed by Gacek and Ahmad on November 9, 2017, attesting to (1) the adequacy of Quantum's internal controls over financial reporting, and (2) and the accuracy of the financial results of operations presented in the Q2 2018 Form 10-Q. *See* Q2 2018 Form 10-Q, at 28 (discussing Quantum's management's evaluation of disclosure controls and internal controls over financial reporting) and Exhibits 31.1, 31.2, 32.1 and 32.2 thereto (the certifications). The certifications, apart from their dates and their referencing the Q2 2018 Form 10-Q rather than the 2016 Form 10-K, were substantially and substantively identical to the certifications included with the 2016 Form 10-K (reproduced in effective entirety above at ¶¶61-62, *supra*).

157. The Sarbanes-Oxley certifications contained in the Q2 2018 Form 10-Q were materially false and misleading for the same reasons set forth in ¶63, *supra*, namely:

a. Defendants' premature and improper recognition of $20 million of Large Public Cloud Project revenue had rendered Quantum's financial results of operations, as reported, materially false and inaccurate;

b. Quantum's internal controls over financial reporting were ineffective to assure the reliability of Quantum's financial reporting and financial statements;

c. Quantum's internal controls suffered from undisclosed significant deficiencies and material weaknesses;

d. Defendants' fraudulent and improper revenue recognition, which distorted Quantum's publicly-reported financial results of operations while remaining

undisclosed to the public, the audit committee of the Board and/or Quantum's auditor.

### 4. Materialization of Concealed Risk

158. Notwithstanding that the financial results of operations disclosed on November 9, 2017 were false and/or misleading, aspects of Defendants' November 9, 2017 disclosures, set forth below, also served to make further apparent certain of the risks engendered and concealed by Defendants' still-unrevealed scheme including Defendants' disclosures that:

a. second quarter fiscal 2018 results even more dismal than indicated by Defendants' August 9, 2017 guidance, showing steeper-than-adverted *declines* in scale-out storage and overall revenues;

b. such revenue declines were in large part a result of (1) having recognized substantial amounts of revenue from the Large Public Cloud Project in the year-ago quarter ($15 million), and (2) having recognized no such revenues during the just-completed quarter;

c. a second $20 million of revenue from the Large Public Cloud Project was unlikely to be booked during the second half of fiscal 2018 due to "construction issues" and "uncertainty of [] deployment;"

d. full-year revenue guidance for fiscal 2018, provided as part of the August 2017 Guidance, was therefore being lowered as a result; and

e. Quantum's long-time Chief Executive Officer, Defendant Jon Gacek, had suddenly "left the Company."

159. For example, Quantum's November 9, 2017 press release (as well as Defendants' commentary in the November 9, 2017 Conference Call – *see* ¶151, *supra*) spotlighted the *negative* contribution of the Large Public Cloud Project to the sharp *declines* in overall and scale-out storage revenues reported for the second quarter of fiscal 2018 (informing that year-ago quarterly revenues had been boosted by Defendants' recognition of $15 million of revenues associated with Quantum's Large Public Cloud Project – which by itself accounted for the $12.9

million decline in scale-out storage revenues that Defendants reported for the second quarter of fiscal 2018):

> Fiscal Second Quarter Results
>
> For the fiscal second quarter 2018, Quantum reported the following (all comparisons are relative to the fiscal second quarter 2017 unless otherwise stated):
>
> • **Total revenue of $107.1 million, down from $134.7 million in the prior year period which included approximately $15 million in revenue from a large public cloud deal.** The year-over-year decline was greater than expected largely due to timing of closing deals at quarter end, third-party component supply shortages and softness in disk backup systems sales.
>
> • **Scale-out tiered storage revenue of $33.8 million, a decline of $12.9 million, largely attributable to the public cloud deal a year earlier**. . .

160. Likewise, during the Q2 2018 Conference Call, Defendant Ahmad disclosed that the Large Public Cloud Project has been suffering "construction issues" that raised "uncertainty of [] deployment," that Quantum hence would be unable to recognize a further $20 million of associated revenues in the second half of fiscal 2018, and that Quantum's full-year revenue growth guidance was being lowered as a result:

> Q - CHAD MICHAEL BENNETT (of CRAIG-HALLUM CAPITAL): Great, thanks. Couple more for me. Fuad, I think last call you talked about your large public cloud customer ordering another $20 million plus in scale-out product in the second half of the year. I guess do we still think that will happen and is that factored in your guide?
>
> A - FUAD AHMAD: It is factored in my guide but in a negative way. We that – customer is experiencing construction issues, deploying their own data centers, they are committed to the company, they will spend at least as much as they spent last year. That commitment we have. We have the roadmap to that kind of spending but given the uncertainty of the deployment, we've actually taken a conservative approach and that conservative approach is reflected in our new guidance.

161. All the above-identified matters that became apparent on November 9, 2017 were, unbeknownst to the investing public, caused by Defendants' still-concealed scheme: the $15

million boost to second quarter fiscal 2017 revenues from the Large Public Cloud Project; the sharp decline in second quarter fiscal 2018 revenues (for both scale-out storage and overall) in the absence of any similar revenue boost during the first half of fiscal 2018; and the operational difficulties afflicting the Large Public Cloud Project that had and would forestall Quantum's ability to recognize further revenues from it. In response to the materialization of these risks, Quantum shares fell $0.62 per share (representing 12.7% of their remaining value) from their November 9, 2017 closing price of $4.90 per share to close, after two days of extremely high trading volume, at $4.28 per share on November 13, 2017.

## VI. THE TRUTH EMERGES

### A. Quantum's February 8, 2018 Corrective Disclosures Reveal Quantum's Previously-Reported Financial Results to be Suspect, and Deflate Quantum Shares Back to their Level at Class Period Inception

162. On February 8, 2018, Quantum issued a press release at 8:00 a.m. Eastern time, titled "Quantum Corporation Postpones Earnings Conference Call," disclosing *inter alia* that: (1) the SEC had subpoenaed the Company "regarding [Quantum's] accounting practices and internal controls related to revenue recognition for transactions commending April 1, 2016;" (2) the audit committee of Quantum's Board had commenced an investigation into the same matters; and (3) that in light of the above-mentioned developments, Quantum would postpone release of its fiscal third quarter 2018 financial results (*i.e.*, results for the quarter ended December 31, 2017) until the investigation had been completed. Quantum's February 8, 2018 press stated, in relevant part:

> **Quantum Corporation Postpones Earnings Conference Call**
>
> SAN JOSE, Calif., Feb. 8, 2018 /PRNewswire/ -- Quantum Corp. (NYSE: QTM) today announced that it is postponing release of its fiscal third quarter 2018 results and its earnings conference call, which were scheduled for this afternoon. The company is taking this action so that Quantum's audit committee, in keeping with its strong corporate governance practices, can complete an investigation into accounting matters and related internal controls that were raised in response to a recent inquiry by the Securities and Exchange Commission (SEC). In the meantime, the company provided an update on its ongoing business transformation and cost savings initiative, including the acceleration of certain cost reduction actions

> announced last November. Quantum also announced that the company and its senior lenders have signed a term sheet to provide additional financial flexibility under its credit facility.
>
> **Postponement of Quarterly Results and Conference Call**
>
> **On Jan. 11, 2018, Quantum received a subpoena from the SEC regarding its accounting practices and internal controls related to revenue recognition for transactions commencing April 1, 2016**. Following receipt of the SEC subpoena, the company's audit committee began an independent investigation with the assistance of independent advisors, which is currently in process. Because the audit committee's investigation is ongoing, Quantum decided it was prudent to postpone its quarterly results release and conference call, pending conclusion of the investigation. The company is cooperating with the SEC and cannot predict the timing of completion or outcome of either the audit committee's investigation or the SEC's inquiry at this time. (emphasis added)

163. In response to Quantum's February 8, 2018 disclosures, Quantum's shares immediately lost 30.0% of their remaining value, falling $1.67 per share from their February 7, 2018 closing price of $5.57 per share to close on February 8, 2018 at $3.90 per share. Quantum's February 8, 2017 trading volume of 2,917,263 shares was more than ten times higher than Quantum's average daily trading volume during the Class Period.

164. Thereafter, as the SEC inquiry and the audit committee's investigation progressed, related disclosures further revealed:

a. as Quantum failed to file its Form 10-Q with the SEC for the third quarter of fiscal 2018 (which, historically, Quantum filed in early February of each year), that Quantum's previously-reported financial results for periods after April 1, 2016 might require adjustment or restatement, and that Quantum was as yet unable to assess the effectiveness of its internal controls concerning financial reporting:

> Quantum Corporation ("Quantum" or the "Company") has determined that it is unable to file its Quarterly Report on Form 10-Q for the quarterly period ended December 31, 2017 (the "Form 10-Q") by February 9, 2018, the original due date for such filing, without unreasonable effort or expense due to the circumstances described below. As previously announced in the Form 8-K filed by the Company with the Securities and Exchange Commission on February 8, 2018, on January 11, 2018, Quantum received a

> subpoena from the SEC regarding its accounting practices and internal controls related to revenue recognition for transactions commencing April 1, 2016. Following receipt of the SEC subpoena, the company's audit committee began an independent investigation with the assistance of independent advisors, which is currently in process.
>
> In connection with the Audit Committee's investigation, the Company and its advisors are performing additional work related to the Form 10-Q, which **might result in adjustments to the financial statements included therein, as well as internal controls and disclosures**.
>
> As a result of these developments, **the Company has been unable to complete its preparation and review of its Form 10-Q (including management's assessment of the effectiveness of its internal control over financial reporting** as of December 31, 2017) in time to file within the prescribed time period without unreasonable effort or expense. (emphasis added)

*See* Quantum February 12, 2018 Form 12b-25 (emphasis added).

b. that Quantum also failed to disclose its financial results of operations for the 4th quarter and full year of fiscal 2018 (in each of the two prior years, Quantum disclosed 4th quarter and full fiscal year results via press releases issued on May 10 of each year); and

c. as Quantum failed to file its Form 10-K with the SEC for fiscal 2018 (which, historically, Quantum filed in the first half of June each year), that the ongoing SEC inquiry had been broadened to cover the time period beginning January 1, 2016:

> Quantum Corporation ("Quantum" or the "Company") has determined that it is unable to file its Annual Report on Form 10-K for the fiscal year ended March 31, 2018 (the "Form 10-K") by June 15, 2018, the original due date for such filing, without unreasonable effort or expense due to the circumstances described below.
>
> As previously announced in the Form 8-K filed by the Company with the Securities and Exchange Commission ("SEC") on February 8, 2018, on January 11, 2018, Quantum received a subpoena from the SEC regarding its accounting practices and internal controls related to revenue recognition for transactions commencing April 1, 2016, which was **subsequently revised in discussions with the SEC to include transactions commencing January 1, 2016**.

> Following receipt of the SEC subpoena, the Company's Audit Committee began an independent investigation with the assistance of independent advisors, which is ongoing. In response to the subpoena, the Company has produced certain documents and provided certain information to the Staff of the SEC.
>
> In connection with the Audit Committee's investigation, the Company and its advisors are performing additional work related to the periods included within Form 10-K, which might result in adjustments to the financial statements and related disclosures included therein, as well as internal controls over financial reporting.
>
> As a result of these developments, the Company has been unable to complete its preparation and review of its Form 10-K (including management's assessment of the effectiveness of its internal control over financial reporting as of March 31, 2018) in time to file within the prescribed time period without unreasonable effort or expense. (emphasis added)

*See* Quantum June 15, 2018 Form 12b-25.

165. During the months immediately following Quantum's February 8, 2018 disclosures, and in the absence of (1) further disclosure concerning Quantum's undisclosed third quarter, fourth quarter and full year fiscal 2018 financial results of operations (other than those identified immediately above), or (2) adjustment or restatement of Quantum's previously-disclosed financial results of operations, Quantum's share price fluctuated around the $3.90 per share level to which it had fallen following Quantum's February 8, 2018 disclosures.

### B. Subsequent Disclosures Reveal Further Fall-out from Defendants' Misconduct and Sink Quantum's Share Price Farther

166. On May 30, 2018, Quantum issued a press release titled "Quantum Corporation Announces Appointment of J. Michael Dodson as Chief Financial Officer and Interim CDO," disclosing that Dodson had been appointed to replace Ahmad as Quantum's CFO, and that Dodson would also serve as Quantum's interim CEO following the resignation of Quantum's CEO Dennis (after only four months on job after having been hired as Defendant Gacek's permanent replacement in late January 2018). In relevant part, the May 30, 2018 press release stated:

> **Quantum Corporation Announces Appointment of J. Michael Dodson as Chief Financial Officer and Interim CEO**

> SAN JOSE, Calif., May 30, 2018 /PRNewswire/ -- Quantum Corp. (NYSE: QTM) today announced Michael Dodson as its Chief Financial Officer and interim CEO effective May 31, 2018. Dodson replaces current CFO Fuad Ahmad and will serve as interim CEO replacing Patrick Dennis, who has resigned his position to focus on pressing family matters. The Board is conducting an active search to select a permanent CEO.

167. The departures of CFO Ahmad and CEO Dennis were suspected by the market to have been related to, and further fall-out from, Defendants' misconduct detailed herein.

168. In response to Quantum's May 30, 2018 disclosures that Quantum's employment of not only its old CFO, Ahmad, but its new CEO, Dennis, had ended, Quantum shares lost 12.0% of their remaining value during the following day, falling $0.41 per share from their May 30, 2018 closing price of $3.43 per share to close trading on May 31, 2018 at $3.02 per share.

169. Quantum shares continued to decline thereafter, falling to just above $2.00 per share by late June 2018, and below $2.00 per share by mid-July 2018.

## VII. MATERIALITY

170. Defendants' false statements – all related to Defendants' improper and premature recognition of $20 million in Large Public Cloud Project revenues, which (1) caused the financial results Defendants reported for Quantum to be false, (2) contravened GAAP and Quantum's stated revenue recognition policies, and (3) contravened Defendants' statements concerning the efficacy and adequacy of Quantum's internal controls over financial reporting, and the reliability and accuracy of Quantum's financial reporting – were material.

171. Clear, practical and objective evidence of that materiality are the above-detailed sharp and immediate market reactions to Defendants' August 9, 2017, November 9, 2017 and February 8, 2018 disclosures (*see* Sections V.G.4, V.H.4 and VI, *supra*).

a. For example, after Defendants' premature and improper recognition of $20 million in Large Public Cloud Project revenues during fiscal 2017 had left Defendants without further such revenues to call upon to boost results for the first or second quarters of fiscal 2018, and Defendants on August 9, 2017 revealed first quarter fiscal 2018 financial results featuring low scale-out storage revenue growth and no

overall revenue growth, as well as second quarter fiscal 2018 guidance featuring substantial scale-out storage and overall revenue *declines*, the reality of Quantum's results of operations, previously concealed by Defendants' improper revenue recognition of Large Public Cloud Project Revenues, first began to be exposed. The market's reaction to viewing Quantum *absent any improper Large Public Cloud Project revenue boost* – immediate, one-day erasure of 27.4% of Quantum's market value, with shares dropping $2.03 per share (from $7.41 on August 9, 2017 to $5.38 on August 10, 2017) on extremely high trading volume (more than 1.8 million shares) more than six times greater than average daily trading during the Class Period – is clear demonstration of materiality.

b. Likewise, after Defendants' February 8, 2018 disclosures revealed all of Quantum's previously-reported Class Period financial results to be suspect due to improper revenue recognition, the market's reaction – immediate, one-day erasure of 30.0% of Quantum's remaining value, with Quantum shares falling $1.67 per share (from $5.57 on February 7, 2018 to $3.90 on February 8, 2018) on extremely high trading volume (more than 2.9 million shares) more than ten times greater than average daily trading during the Class Period – is clear demonstration of materiality.

172. These sharp and immediate market reactions demonstrate, respectively, the impact of:

a. materialization of the risks concealed by Defendants' misconduct;

b. revelation and corrective disclosure of Defendants' misconduct;

c. the market's assessment of the value of Quantum's stock.

173. In addition, the materiality of Defendants' false statements is further demonstrated by:

a. Defendants' frequent mentions and focus, in Defendants' above-detailed quarterly disclosures, on Quantum's Large Public Cloud Project and its associated revenues;

b. analysts' frequent questions and focus, in Quantum's above-detailed quarterly conference calls with analysts and investors, on Quantum's Large Public Cloud Project and its associated revenues;

c. the crucial role that Large Public Cloud Project revenues played in the financial results that Defendants reported for Quantum, both when such revenues were present (fiscal 2017) and drove Quantum's apparent revenue growth and turnaround, and when they were absent (fiscal 2018) and largely responsible for Quantum's fall back to earth (revenue declines and no turnaround);

d. their investigation by both the SEC and the audit committee of Quantum's Board;

e. the related turnover in and termination of Quantum's senior-most executives, including Defendant Gacek (ousted as Quantum CEO in November 2017), Defendant Ahmad (replaced as Quantum CFO in May 2017), and Dennis (who resigned only four months after replacing Gacek as Quantum CEO).

## VIII. LOSS CAUSATION

174. During the Class Period, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Quantum common stock throughout the Class Period, and operated as a fraud or deceit on Class Period purchasers of Quantum common stock, by recognizing revenues from the Large Public Cloud Project prematurely, improperly and in violation of GAAP and Quantum's stated revenue recognition policies, as detailed herein, and thereby falsely inflating Quantum's reported revenues, revenue growth and net income.

175. Defendants' false and misleading statements had their intended effect, and during the initial ~18 months of the Class Period – from April 2016 through early August 2017 – caused Quantum's share price to more than double, inflating it from $3.87 per share at April 18, 2016 Class period inception to exceed $8.00 per share by April 2017, one year later. After rising above $8.00 per share in April 2017, Quantum shares thereafter largely traded at prices above $8.00 per through early August 2017 – until Defendants' above-detailed August 9, 2017 disclosures,

November 9, 2017 disclosures, February 8, 2018 disclosures and May 31, 2018 disclosures, in which risks generated and concealed by Defendants' prior misrepresentations materialized (Defendants' August 9 and November 9, 2017 disclosures, and May 31, 2018 disclosures) and Defendants' prior misrepresentations were revealed as such through corrective subsequent disclosure (Defendants' February 8, 2018 disclosures). Such disclosures, all of which occasioned significant and material devaluation of Quantum common stock, progressively wrung out the prior artificial inflation in Quantum's share price, bringing it back, after Defendants' February 8, 2018 disclosures, to its level at Class Period inception, and materially below such level following Quantum's May 31, 2018 disclosures.

176. As a result of their purchases of Quantum common stock during the Class Period, Lead Plaintiff and the other Class members suffered economic loss, *i.e.*, damages, under the federal securities laws.

177. Loss causation is demonstrated here by the swift and material price declines experienced by Quantum shares in response to:

a. certain of Defendants' disclosures, beginning August 9, 2017, in which risks previously concealed by Defendants' misconduct materialized; and

b. Defendants' corrective disclosures on February 8, 2018 (and subsequent related disclosures), revealing that Quantum's internal controls over financial reporting and previously-reported Class Period financial results were suspect due to improper revenue recognition.

178. For example, and as detailed in Section V.G.4, *supra*, Defendants' August 9, 2017 disclosures of first quarter fiscal 2018 financial results and second quarter fiscal 2018 guidance, respectively revealing flat and materially *declining* revenues, first revealed to the market what Quantum really looked like *absent artificial boosting from Defendants' premature and improper recognition of Large Public Cloud Project revenues* (which had inflated all of Quantum's previously-disclosed financial results during the Class Period).

179. The market's reaction to its first view of Quantum *absent Defendants' improper Large Public Cloud Project revenue boosting* was an immediate, one-day erasure of 27.4% of

Quantum's market value: Quantum shares fell $2.03 per share (from $7.41 on August 9, 2017 to $5.38 on August 10, 2017) as more than 1.8 million shares traded (more than six times greater than Quantum's average daily trading during the Class Period). Quantum's share price behavior on August 10, 2017 was specific to Quantum and cannot be attributed to broader industry and/or market factors: on August 10, 2017, as Quantum shares declined by 27.4%, the broader NASDAQ Composite market declined by only 2.1%, and the S&P Computer Storage and Peripherals Index by only 3.4%.

180. Similarly, and as detailed in Section V.H.4, *supra*, Defendants' November 9, 2017 disclosures of second quarter fiscal 2018 financial results, which revealed quarterly revenue declines even worse than adverted in Defendants' August 9, 2017 disclosures, and the disappearance of both Quantum's CEO and prospects for a second $20 million batch of Large Public Cloud Project revenues in the second half of fiscal 2018, constituted a further materialization of the risks both engendered and concealed by Defendants' fraudulent conduct. In response, Quantum's shares lost approximately 12.7% of their remaining value, falling $0.62 per share from their November 9, 2017 closing price of $4.90 per share to close on November 13, 2017 at $4.28 per share. Again, Quantum's November 9-13, 2017 share price behavior was specific to Quantum and cannot be attributed to broader industry and/or market factors: as Quantum shares declined by 12.7%, the broader NASDAQ Composite market increased by 0.1%, while the S&P Computer Storage and Peripherals Index declined by 1.0%.

181. On February 8, 2018 (and in related, closely-following disclosures), as detailed in Section VI.A, *supra*, Quantum revealed that its internal controls over financial reporting, and its previously-reported financial results throughout the Class Period, were suspect due to improper revenue recognition.

182. Market reaction to this corrective disclosure, which revealed Quantum's previously-reported Class Period financial results to have been materially false and/or misleading, was swift and severe: Quantum shares immediately lost 30.0% of their remaining value, falling $1.67 per share from their February 7, 2018 closing price of $5.57 per share to close on February 8, 2018 at $3.90 per share, on trading volume exceeding 2.9 million shares (more than ten times

higher than Quantum's average daily trading volume during the Class Period). Again, Quantum's February 8, 2018 share price behavior was specific to Quantum and cannot be attributed to broader industry and/or market factors: as Quantum shares declined by 30.0%, the broader NASDAQ Composite market declined by 3.9%, and the S&P Computer Storage and Peripherals Index by 3.0%.

183. Notably, Quantum's August 9, 2017 and February 8, 2018 disclosures sufficed to wipe out the share price inflation that Defendants' misconduct had caused, and returned Quantum's share price to its level at Class Period inception.

184. Finally, when Quantum disclosed on May 30, 2018 further executive turnover, constituting further fallout from Defendants' misconduct – specifically, that Quantum's longtime CFO, Defendant Ahmad, had been replaced, and that Quantum's new CEO, Dennis, who had been brought in to replace Defendant Gacek, had resigned after only 4 months on the job – Quantum shares lost 12.0% of their remaining value the following day, falling $0.41 per share from their May 30, 2018 closing price of $3.43 per share to close trading on May 31, 2018 at $3.02 per share. As with each of the above-identified material share price declines, Quantum's May 31, 2018 share price behavior was specific to Quantum and cannot be attributed to broader industry and/or market factors: as Quantum shares declined by 12.0%, the broader NASDAQ Composite market declined by 0.3%, and the S&P Computer Storage and Peripherals Index by 0.5%.

185. As demonstrated by charts, included as Exhibit A hereto, comparing Quantum's share price behavior over various time periods to that of Quantum's broader industry and market,[4] the timing and magnitude of the above-identified Quantum stock price appreciation through

---

[4] In its Class Period Form 10-K filings with the SEC, Quantum compared its stock price performance to that of (1) the NASDAQ Composite Index (the "NASDAQ"), and (2) the S&P Computer Storage and Peripherals Index (the "Storage Index"). It is unclear to what exactly the "S&P Computer Storage and Peripherals Index" mentioned in Quantum's Forms 10-K refers. S&P DJI maintains two, largely similar indices: (1) the S&P 500 Technology Hardware, Storage and Peripherals Index, and (2) the S&P Supercomposite Computers and Peripherals Index (which includes not only large cap companies from the S&P 500 Index, but mid cap and small cap companies from the S&P 600 and S&P 400 Indices). Performance data is presented herein for both these two indices and differs little between them.

August 9, 2017, and Quantum stock price declines beginning after August 9, 2017, negates any inference that the losses suffered by Lead Plaintiff and Class members were caused by changed market conditions, macroeconomic or industry factors, or by Company-specific facts unrelated to Defendants' fraudulent conduct.

186. In the first chart, which compares Quantum's share price performance against the Storage Index and the NASDAQ from Class Period inception through August 9, 2017 – *i.e.*, immediately prior to Quantum's August 10, 2017 material declines following Defendants' post-close August 9, 2017 disclosures – Quantum's share price appreciation (exceeding 200% at times), buoyed by Defendants' reporting of fiscal 2017 financial results as boosted by premature and improper recognition of $20 million of Large Public Cloud Project revenues, visibly outstrips the appreciation of the Storage Index (150%) and the NASDAQ (128%).

187. In the second chart, which compares Quantum's share price performance against the Storage Index and the NASDAQ from Class Period inception through February 7, 2018 – *i.e.*, immediately prior to Quantum's February 8, 2018 corrective disclosure – the severe price declines experienced by Quantum shares on August 10, 2017, following Defendants' August 9, 2017 disclosures (and to a lesser extent, Quantum's share price declines on November 10, 2017, following Defendants' November 9, 2017 disclosures ) are visibly *Company-specific*: *i.e.*, neither accompanied nor explained by similar declines in the Storage Index or the NASDAQ. Indeed, as the chart further shows, Quantum's August 10, 2017 share price decline, by itself and in one day:

a. sufficed to erase the entirety of the overperformance versus the Storage Index and the NASDAQ that Quantum shares had accumulated over the prior 14 months, and

b. dropped Quantum's performance since Class Period inception (139%) *below* that of the Storage Index (146%) and not far above the NASDAQ (125%).

188. Additionally, as the second chart also shows, Quantum's share price behavior during the intervening period following the August 10, 2017 drop and Quantum's February 8, 2018 corrective disclosure, did not exactly track the behavior of the NASDAQ and the Storage Index throughout this period, but ultimately performed similarly to the NASDAQ and the Storage Index over the course of this period.

189. In the third and last chart, which compares Quantum's share price performance against the Storage Index and the NASDAQ from Class Period inception through mid-July 2018 – and thereby demonstrates the effects of Quantum's February 8, 2018 and May 31, 2018 disclosures – the severe price decline suffered by Quantum shares on February 8, 2018 following the Company's February 8, 2018 disclosures:

a. are, again and visibly, Company-specific, unaccompanied and unexplained by any similar declines in the Storage Index or the NASDAQ;

b. mark a dramatic end to the above-discussed interregnum period (*see* ¶188 just above) following Quantum's August 10, 2017 share price decline and extending for the next half year until just before Quantum's February 8, 2018 corrective disclosure, in which Quantum's share price behavior roughly paralleled that of the Storage Index and the NASDAQ; and

c. sufficed to erase the remainder of Quantum's share price appreciation since Class Period inception, and dropped Quantum shares back to the level at which they traded at Class Period inception; and

d. caused Quantum shares, now having returned to 100.8% of their value at Class Period inception, to sharply underperform both the NASDAQ (136.6%) and the Storage Index (148.3%) over the same period.

190. Consequently, as the above-discussed charts visibly and further demonstrate, the economic loss, *i.e.*, damages, suffered by Lead Plaintiff and the other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate the price of Quantum common stock and the subsequent significant declines in the value of Quantum common stock when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

# IX. ADDITIONAL FACTUAL ALLEGATIONS FURTHER SUPPORTING FALSITY AND/OR *SCIENTER*

## A. Falsity: Defendants' Recognition of $20 Million in Large Public Cloud Revenues is Contra-Indicated by . . .

### 1. Quantum's Service Revenues

191. As Quantum explained in its Form 10-K, Quantum sells not only data storage/protection *products*, but also provides, for separate fees, *services* (customer assistance, product installation and repair, *etc*.) to customers who purchase its products:

> Global Services and Warranty
>
> Our global services strategy is an integral component of our total customer solution. Service is typically a significant purchase factor for customers considering scale-out or data protection storage solutions, and our ability to provide comprehensive service and support can be a noteworthy competitive advantage to attract new customers and retain existing customers. In addition, we believe that our ability to retain long-term customer relationships and secure repeat business is frequently tied directly to our service capabilities and performance.
>
> Our extensive use of technology and innovative, built-in product intelligence allows us to scale our global services operations to meet the needs of our expanding installed base. We are currently able to provide service to customers in more than 100 countries, supported by 24-hour, multi-language technical support centers located in North America, Europe and Asia. We provide our customers with warranty coverage on all of our products. Customers with high availability requirements may also purchase additional service to obtain faster response times on our disk backup systems, tape automation products and StorNext appliances. We offer this additional support coverage at a variety of response levels up to 24-hours a day, seven-days-a-week, 365-days-a-year, for customers with stringent high-availability needs. We provide support ranging from repair and replacement to 24-hour rapid exchange to on-site service support for our midrange and enterprise-class products.
>
> We generally warrant our hardware products against defects for periods ranging from one to three years from the date of sale. We provide warranty and nonwarranty repair services through our service team and third party service providers. In addition, we utilize various other third party service providers throughout the world to perform repair and warranty services for us to reach additional

geographic areas and industries in order to provide quality services in a cost-effective manner.

*See* Quantum 2017 Form 10-K, at 5-6.

192. Quantum separately reports its product revenues and its service revenues, in both aggregate (*e.g.*, total service revenues for Quantum overall) and particular (*e.g.*, product revenues for scale-out storage, service revenues for scale-out storage products) fashion.

193. Quantum's service revenues are, and historically have been, directly and proportionately tied to its product revenues: the more products that Quantum sells (the greater Quantum's "installed base,"), the greater the service revenues that subsequently roll in.

194. However, as the table below (which reproduces Quantum's reported product and service revenues for scale-out storage for each quarter of fiscal 2016, 2017 and 2018) demonstrates, the historical relationship between product and service revenues broke down when Defendants recognized $20 million of (product) revenue, prematurely and improperly, from the Large Public Cloud Project.

**Quantum's Scale-out Storage Product and Service Revenues**

| | **Product Revenue** | | | | | **Service Revenue** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Q1 Jun-30** | **Q2 Sep-30** | **Q3 Dec-31** | **Q4 Mar-31** | | **Q1 Jun-30** | **Q2 Sep-30** | **Q3 Dec-31** | **Q4 Mar-31** |
| **FY18** | 26,409 | 27,027 | | | **FY18** | 7,291 | 6,773 | | |
| **FY17** | 24,151 | 40,144 | 32,839 | 24,314 | **FY17** | 6,649 | 6,556 | 6,961 | 6,786 |
| **FY16** | 22,499 | 24,244 | 29,805 | 26,726 | **FY16** | 5,301 | 5,656 | 5,895 | 6,374 |

195. Highlighted in the table above are Quantum's scale-out storage product revenues for the second and third quarters of fiscal 2017, which:

a. sharply exceed (at $40.1 million and $32.8 million) Quantum's otherwise largely consistent quarterly reporting of $24 million - $27 million in scale-out storage product revenues; and

b. do so as a result of Defendants' premature and improper booking of $20 million in Large Public Cloud Project revenues during these same quarters, including $15

million in the second quarter of fiscal 2017 alone (absent this $15 million boost, second quarter revenues would have come in at $25.1 million – *i.e.*, exactly Quantum's historical quarterly average).

196. However, as the table demonstrates, *there is no corresponding spike in service revenues for scale-out storage products following the spike in scale-out storage product revenues*. After Quantum's reported quarterly scale-out storage product revenues increased by 60% in second quarter of fiscal 2017 (versus the first quarter of fiscal 2017), and again by 33% in the second quarter of fiscal 2017 (versus the first quarter of fiscal 2017), there was no contemporary or subsequent spike – of any similar magnitude – in service revenues. Versus the baseline provided by first quarter fiscal 2017 service revenues, subsequent scale-out storage service revenues, as the above table indicates:

a. shrank 1.4% in the second quarter of fiscal 2017;

b. grew 4.7% in the third quarter of fiscal 2017;

c. grew 2.1% in the fourth quarter of fiscal 2017;

grew 9.7% in the first quarter of fiscal 2018; and

d. grew 1.9% in the second quarter of fiscal 2018.

197. Simply, the above-detailed service revenue figures provide no indication that the $20 million of Quantum products purportedly sold and delivered to the Large Public Cloud Project, largely during the second and third quarters of fiscal 2017, had been put into service either:

a. then; or

b. during the immediately-following quarters.

198. Conversely, the service revenue figures instead indicate that the products ostensibly tied to the $20 million of Large Public Cloud Project revenues booked in the second/third quarters of fiscal 2017 had not been put into service then or anytime thereafter through the second quarter of fiscal 2018.

199. Consequently, the service revenue figures further indicate that Defendants improperly and prematurely booked $20 million in Large Public Cloud Project revenues, in

contravention of Quantum's stated revenue recognition policies and GAAP, and that the financial results of operations reported by Defendants were therefore materially false and or misleading.

**2. Quantum's Accounts Receivable**

200. Accounts receivable generally represents the amount of revenue recognized but not yet paid.

201. The following table reproduces the aggregate product/service revenues, and accounts receivable balances, that Quantum reported for each quarter of fiscal 2016, fiscal 2017 and fiscal 2018 (until ceasing to disclose further financial results after the second quarter of fiscal 2018):

**Quantum Revenues and Accounts Receivable**

| | | Q1 30-Jun | Q2 30-Sep | Q3 31-Dec | Q4 31-Mar |
|---|---|---|---|---|---|
| **Product/Service Revenue** | **FY 18** | $106,864 | $97,771 | | |
| | **FY 17** | $107,644 | $125,195 | $122,955 | $110,753 |
| | **FY 16** | $100,658 | $108,304 | $116,771 | $109,032 |
| **Accounts Receivable** | **FY 18** | $109,418 | $105,771 | | |
| | **FY 17** | $90,553 | $107,910 | $107,477 | $116,056 |
| | **FY 16** | $97,329 | $92,263 | $101,269 | $105,959 |

202. Highlighted in the table above are the simultaneous jumps in reported revenues, and reported accounts receivable, from the first quarter of fiscal 2017 to the second quarter of fiscal 2017.

203. The spike in second quarter fiscal 2017 revenues was the result, as detailed herein and as Defendants have admitted, of Defendants' booking of $15 million of Large Pubic Cloud Project revenue in that quarter.

204. The spike in accounts receivable during the second quarter of fiscal 2017, which rose from $90.5 million to $107.9 million (*i.e.*, by $17.5 million) is attributable in effective entirety to the same cause: Defendants' booking of $15 million of Large Public Cloud Project revenue in that quarter.

205. However, examination of Quantum's accounts receivable in all subsequent quarters reveals that accounts receivable, rather than subsequently shrinking, instead *remained at the elevated level* to which they had first spiked in the second quarter of fiscal 2017. Moreover, accounts receivable remained at such elevated level even as subsequent quarterly revenues thereafter fell moderately (the fourth quarter of fiscal 2017, and the first quarter of fiscal 2018) and materially (the second quarter of fiscal 2018). Such declining revenues, all other things being equal, should have led to declining accounts receivable balances.

206. That here they did not, and instead remained at the level to which they had been first elevated in second quarter of fiscal 2017, indicates that, beginning in the second quarter of fiscal 2017 and extending through the second quarter of 2018 (the last quarter for which Quantum disclosed financial results), Quantum had yet to receive payment for a large sum of revenues first booked in the second quarter of fiscal 2017 – namely, the $15 million in Large Public Cloud Project revenue that Defendants booked that quarter.

207. Simply, Quantum's accounts receivable figures indicate that *Quantum has not actually been paid the $20 million in Large Public Cloud Project revenues that Defendants booked* during fiscal 2017 (and primarily in the second and third quarters of fiscal 2017).

208. Such nonpayment in turn indicates that, at the end-user end of Large Public Cloud Project, payment is not yet contractually warranted or due, likely as a result of particular post-delivery obligations and/or customer acceptance criteria that have yet to be met.

209. Because in such instances Quantum's stated revenue recognition policies (and GAAP) clearly call for revenue to be deferred "until such obligations are fulfilled" and/or until "end user acceptance" issues (*see* ¶¶43-46, *supra*), Defendants' recognition of $20 million of Large Public Cloud Project revenues in the second and third quarters of fiscal 2017 was improper, premature and in violation of Quantum's own stated revenue recognition policies (and GAAP), and rendered such stated policies, as well as the financial results of operations reported by Defendants, materially false and misleading.

### 3. Quantum's Days of Sales Outstanding

210. Days of sales outstanding ("DSO"), a metric closely tied to accounts receivable, represents a company's accounts receivable in terms of, and as a multiple of, the company's average daily sales. It is calculated by dividing accounts receivable by average daily sales (itself calculated by dividing quarterly revenues by the number of days in the quarter). By representing accounts receivable not as an absolute number, but as a multiple of daily revenues (which can fluctuate from quarter to quarter), DSO serves as an analytical tool to track the age and quality of a company's aggregate accounts receivable – and, ultimately, of a company's revenue. As DSO tracks the number of days between revenue recognition and collection, an increase in DSO can indicate premature revenue recognition.

211. The table below reproduces the figures revenue and accounts receivable figures provided in the table above (*i.e.*, aggregate product/service revenues, and accounts receivable balances, that Quantum reported for each quarter of fiscal 2016, fiscal 2017 and fiscal 2018, until ceasing to disclose further financial results after the second quarter of fiscal 2018), together with Lead Plaintiff's calculations of Quantum's DSOs.

**Quantum Revenues, Accounts Receivable and DSO**

| | | Q1 30-Jun | Q2 30-Sep | Q3 31-Dec | Q4 31-Mar |
|---|---|---|---|---|---|
| **Product/Service Revenue** | **FY 18** | $106,864 | $97,771 | | |
| | **FY 17** | $107,644 | $125,195 | $122,955 | $110,753 |
| | **FY 16** | $100,658 | $108,304 | $116,771 | $109,032 |
| **Accounts Receivable** | **FY 18** | $109,418 | $105,771 | | |
| | **FY 17** | $90,553 | $107,910 | $107,477 | $116,056 |
| | **FY 16** | $97,329 | $92,263 | $101,269 | $105,959 |
| **Days of Sales Outstanding** | **FY 18** | 92 | 97 | | |
| | **FY 17** | 76 | 78 | 79 | 94 |
| | **FY 16** | 87 | 77 | 78 | 87 |

212. Highlighted in the above table are:

a. the above-discussed spikes, during the second quarter of fiscal 2017, in revenues and accounts receivable, due to Defendants' booking of $15 million of Large Public Cloud Project revenues during that quarter; and

b. a similar but subsequent spike, in the fourth quarter of fiscal 2017, in DSO.

213. That DSO spikes in the fourth quarter of fiscal 2017 (and maintains its elevated levels during the first and second quarters of fiscal 2018) indicates that a substantial portion of the $15 million in Large Public Cloud Project revenue recognized for the second quarter of fiscal 2017 had not been paid six months or so after it was recognized as revenue.

214. Consequently, the DSO data are consistent with, and indicate the same thing as, the above-discussed accounts receivable figures: that, during late fiscal 2017 and early fiscal 2018, Quantum was experiencing elevated nonpayment from its customers.

### 4. Defendants' Belated Admission of the Large Public Cloud Project's Operational Delays

215. As detailed above in Sections V.G-H, Defendants asserted on August 9, 2017 that a further $20 million of Large Public Cloud Project Revenues would be booked in the second half of fiscal 2018, but on November 9, 2017 disclosed that such sums would *not* be booked in fiscal 2018. The following exchange from the Q2 2018 Conference Call illustrates:

> Q - CHAD MICHAEL BENNETT (of CRAIG-HALLUM CAPITAL): Great, thanks. Couple more for me. Fuad, I think last call you talked about your large public cloud customer ordering another $20 million plus in scale-out product in the second half of the year. I guess do we still think that will happen and is that factored in your guide?
>
> A - FUAD AHMAD: It is factored in my guide but in a negative way. We that – customer is experiencing construction issues, deploying their own data centers, they are committed to the company, they will spend at least as much as they spent last year. That commitment we have. We have the roadmap to that kind of spending but given the uncertainty of the deployment, we've actually taken a conservative approach and that conservative approach is reflected in our new guidance.

216. Ahmad's November 9, 2017 disclosure that the Large Public Cloud Project was "experiencing constructing issues [in] deploying their own data centers," and that there therefore

remained substantial "uncertainty of the deployment" that forestalled revenue recognition, indicated:

a. that relevant contracts concerning the Large Public Cloud Project were *not* of the "standard" variety that allowed Quantum, under its stated revenue recognition policies and GAAP (*see* Section IV.C, *supra*), to recognize revenues upon product shipment; and

b. instead, that relevant contracts concerning the Large Public Cloud Project contained "non-standard terms and conditions," including "significant post-delivery obligations and customer acceptance criteria," that required Quantum, under its stated revenue recognition policies and GAAP (*see* Section IV.C, *supra*), to defer recognizing revenues "until such obligations are fulfilled" or until "end user acceptance" is obtained.

217. Consequently, in light of (1) such non-standard terms and conditions governing the Large Public Cloud Project, and (2) the allegations, set forth in Sections IX.A.1-3 *supra*, indicating that end user acceptance had *not* yet been obtained in connection with the Quantum products for which Defendants recognized $20 million of revenue during and for fiscal 2017, Defendants' recognition of $20 million in Large Public Cloud Project revenues during and for fiscal 2017:

a. violated, and rendered false and misleading, Quantum's stated revenue recognition policies;

b. was premature and improper, and violated GAAP; and

c. resulted in Defendants' reporting materially false and misleading financial results of operations for Quantum throughout the Class Period.

**B. Scienter**

218. Defendants acted with scienter by virtue of:

a. their receipt of information reflecting the Large Public Cloud Project, its contractual terms and its operational progress;

b. their intentional issuance of materially false or misleading statements regarding:

i. the Large Public Cloud Project and its associated revenues, and

ii. Quantum's financial results of operations, revenue recognition policies and internal controls over financial reporting; and/or

c. their ultimate responsibility to ensure the accuracy of such statements and their reckless failure to do so.

219. Defendants acted knowingly or in such a deliberately reckless manner as to constitute a fraud upon Lead Plaintiff and the Class. Defendants knew or were deliberately reckless in disregarding the materially false or misleading nature of the information they caused to be disseminated to the investing public. Defendants also knew or were deliberately reckless in disregarding that the material misrepresentations and omissions contained in the Company's public statements would adversely affect the integrity of the market for the Company's stock and would cause the price of Quantum shares to be artificially inflated.

**1. Defendants Were Aware at All Times of the Large Public Cloud Project, its Contractual Provisions and its Operational Status**

220. Defendants' public statements concerning the Large Public Cloud Project, indicate, throughout the Class Period, that Defendants were:

a. continually focused on Quantum's Large Public Cloud Project;

b. aware of its contractual terms;

c. aware of its operational progress and/or lack thereof; and

d. therefore, aware that:

i. their booking of $20 million in Large Public Cloud Project revenues during fiscal 2017 was in contravention of Quantum's stated revenue recognition policies, premature and improper;

ii. the financial results of operations they reported for Quantum during the Class Period were, as a result, materially false and misleading;

iii. Quantum's stated revenue recognition policies were materially false and misleading, as they were contradicted by how Defendants' actually recognized revenues; and

iv. their signed certifications attesting to the efficacy of Quantum's financial controls over financial reporting, and to the reliability and accuracy of Quantum's ensuing financial results and financial statements, were materially false and/or misleading.

221. For example, soon after Quantum signed the contract for the Large Public Cloud Project, Defendants had already spotlighted it publicly, in their April 18, 2016 press release (*see* Section V.B.1, *supra* at ¶49), and identified it and the revenues associated with it as a primary driver of their ability to execute Quantum's turnaround and deliver overall revenue growth. Similarly, one month later, in Quantum's Q4 2016 Conference Call on May 10, 2016, Defendants were already able to disclose more specific revenue projections from the Large Public Cloud Project – at that time, $10 million (*see* Section V.B.2, *supra* at ¶56). Likewise, three months later, in Quantum's July 27, 216 press release, Defendants asserted that their Large Public Cloud Project "opportunity has since expanded," leading them to revise their projections for its associated revenues up from $10 million to $20 million (*see* Section V.C.1, *supra* at ¶64).

222. As the above and initial examples indicate, Defendants were keeping a close watch on the Large Public Cloud Project and the details of its progression, as demonstrated by their ability to make changing assertions concerning the revenues anticipated from it. Defendants' close attention to the Large Public Cloud Project was not surprising: as further detailed in Section IX.B.2 *infra*, it was absolutely crucial to Defendants' business strategy and turnaround plan for Quantum.

223. Similarly, Defendants' discussion of the Large Public Cloud Project during Quantum's Q1 2017 Conference Call on July 26, 2016 (*see* Section V.C.2, *supra* at ¶72) demonstrates that Defendants were keeping close watch over, and were well aware of, the Large Public Cloud Project's operational progress:

> GACEK: The final Q1 scale-out storage highlight I wanted to mention involves the previously announced win we had secured with a large multi-year public cloud project. Although I cannot provide details on the project because of the confidentiality agreement with the customer, **I can say we began receiving orders and commenced shipments in Q1, and we expect to recognize revenue in Q2 as well and we expect this account to contribute at least $20 million in scale-out revenue this year versus the previous $10 million estimate we provided in our May earnings call**.
>
> ***
>
> Q - ERIC MARTINUZZI (of LAKE STREET CAPITAL MARKETS): Okay. And then a layer deeper on some of your – the strength within the two different, I guess, I will call them buckets, my word not yours. But the scale-out, the large scale-out customer that you talked about, initially, it was business in excess of $10 million and now you're comfortably confident stating that that's going to be $20 million. Was that something that you had a feel for back in let's say March-April timeframe or has this been a recent development that this particular customer has decided to take incremental, because of the success of an initial phase they've decided to expand?
>
> A - JON W. GACEK: Yeah, I think, it's actually all of the above. We have [ph] known (25:48) about the potential of this particular offering, and we think it's unique in terms of public clouds in general. **In this specific case, we just have added confidence and how big it's going to be in terms of the deployment and the details that we've learned over the last 90 days.** But for sure – for sure we knew it has a potential, and we'll just see how it goes. We think this is in a very important family we've been working on. **It's now moving, sometimes these things don't move as quickly as you'd like, this one is now moving and has good momentum behind the opportunity**.

224. Defendants' July 26, 2016 commentary concerning the Large Public Cloud Project indicated Defendants' precise awareness of its operational progress: *e.g.*, "we began receiving orders and commenced shipments in Q1;" "we just have added confidence and how big it's going to be in terms of the deployment and the details that we've learned over the last 90 days;" "this one is now moving and has good momentum behind the opportunity."

225. However, as noted in Sections V.D-F, *supra*, Defendants' initial and fulsome disclosures concerning the Large Public Cloud Project, between April 2016 and July 2016, were

replaced by more cursory disclosures and/or silence between October 2016 and May 2017, as Defendants reported financial results for Quantum's second, third and fourth quarters of fiscal 2017.

226. Given that Defendants, as their initial April-July 2016 comments revealed, were closely tracking and well aware of the operational progress of the Large Public Cloud Deal, their silence between October 2016 and May 2017 did not indicate that they had ceased to monitor the Large Public Cloud Deal and/or were no longer aware of its operational progress, but rather and merely reflected Defendants' strategic decision to remain silent about the problematic fact that the Large Public Cloud Deal's operational progress had stalled.

227. When Defendants again began to speak more about the Large Public Cloud Project, their disclosures of August 9, 2017 and November 9, 2017, though contradictory, both confirmed Defendants' awareness of this lack of operational progress.

a. For example, Defendants' August 9, 2017 disclosures (*see* Section V.G, *supra*), which revealed, *inter alia,* that Quantum's disappointing financial results over the first half of fiscal 2018 were in large part the result of not having booked any Large Public Cloud Project revenues during that period, constituted implicit confirmation that no further operational progress occurred with respect to the Large Public Cloud Project.

b. Similarly, Quantum's November 9, 2017 disclosures (*see* Section V.H, *supra*) constituted explicit confirmation, withdrawing Defendants' previously-asserted expectation for another $20 million in Large Public Cloud Project revenues in the latter half of fiscal 2018 due to "construction issues" that Quantum's customer was experiencing in "deploying their own data centers," and consequent "uncertainty of the deployment."[5]

---

[5] In light of (1) Defendants' implicit admission on August 9, 2017 that operational progress on the Large Public Cloud Project had stalled throughout the first half of fiscal 2018, and (2) Defendants' explicit admission on November 9, 2017 that operational progress was *still* stalled and would be for the foreseeable future, Defendants' August 9, 2017 assertion that a further $20 million of

228. In sum, Defendants' own Class Period statements demonstrate, and Defendants' strategically-timed silence only further suggests, that Defendants were constantly aware of the Large Public Cloud Project's operational status, progress and lack thereof.

**2. The Vital Role that the Large Public Cloud Project Played in Quantum's Reported Financial Results and Stated Business Strategy**

229. As detailed in Section IV.A, and in light of the declining markets for and revenues from Quantum's legacy/core data protection products, Defendants' stated business strategy was:

a. to grow scale-out storage revenues at a sufficiently fast pace as to outweigh the revenue declines from the Company's data protection products; and

b. thereby turn Quantum around by generating growing, rather than declining, overall revenues.

230. The Large Public Cloud Project and its associated revenues were highly material, and in fact central, to successfully executing this strategy, or to creating an appearance of the same. For example:

a. the initial $20 million of Large Public Cloud Project revenues that Defendants represented would flow to Quantum in fiscal 2017, and that Defendants actually recognized in fiscal 2017, amounted, by itself, to 19.4% of *all* the $103.3 million in scale-out storage product revenues that Quantum received from all of its customers during fiscal 2016;

b. the scale-out storage product revenues that Defendants reported for fiscal 2017 of $121.4 million (versus $103.3 million in fiscal 2016), would, absent boosting by $20 million of Large Public Cloud Project revenues, have forced Defendants to report fiscal 2017 scale-out storage product revenues that had *declined* from fiscal 2016 ($103.3 million) to fiscal 2017 ($101.4 million);

---

Large Public Cloud Project revenues would be forthcoming in the second half of fiscal 2018 appears to have been entirely baseless.

c. the $15 million of scale-out storage product revenues that Defendants booked in the second quarter of fiscal 2017 alone, which boosted reported scale-out storage product revenues to $40.1 million for that quarter (and by itself constituted 37.4% of all scale-out storage product revenue reported for the quarter), provided effectively *all* of the growth that Defendants thus (falsely) reported versus the year-ago quarter: absent contribution of Large Public Cloud Project revenue, second quarter fiscal 2017 scale-out storage product revenues would have reduced from $40.1 million to $25.1 million, which represented mere 3.5% growth versus the $24.2 million reported for the year-ago quarter.

231. The Large Public Cloud Project revenues formed a very material part of Quantum's crucial scale-out storage revenues, and played a central role in creating the appearance that Defendants had in fact executed their business strategy and turned Quantum around by generating sufficient scale-out storage revenue growth to allow Quantum to report overall revenues were growing, rather than declining.

232. Given the materiality of the Large Public Cloud Project generally, and its central and starring role in Defendants' attempts and scheme to execute Quantum's turnaround specifically, Defendants were surely aware of the contractual terms and operational status of the Large Public Cloud Project.

233. In the event that the Company's CEOs and CFOs were unaware of these facts, this ignorance constitutes acting in such a deliberately reckless manner as to constitute fraud and deceit upon Lead Plaintiff and other Class members. However, the most reasonable inference from the materiality of the Large Public Cloud Project to Quantum's financial results of operations and business strategy is that the Individual Defendants were aware of the Large Public Cloud Project's contractual terms and operational status, and hence of the impropriety of booking Large Public Cloud Project revenues during and for fiscal 2017.

### 3. Executive Turnover

234. Scienter is further supported by the frequent and abrupt executive departures shortly before and shortly after February 8, 2018, when Quantum revealed the suspect nature of its previously-reported financial results of operations throughout the Class Period. During this period, Quantum cycled through five different CEOs and two CFOs.

235. On November 9, 2017, three months prior to the February 8, 2018 disclosures – and in conjunction with Quantum's admission that it would not be able to recognize a further $20 million of Large Public Cloud Project Revenues in fiscal 2018 due "construction issues" and the "uncertainty of the deployment" (*see* Section IX.A.4, *supra*) – Quantum disclosed that its long-standing CEO, Defendant Gacek, had left the Company. Unusually, this departure was wholly unaccompanied by any explanations or encomiums.

236. Following Gacek's November 2017 departure, the Company then quickly cycled through a succession of CEOs, including Sanchez (November 2017 through January 2018), Dennis (January 2018 through May 2018), Dodson (May-June 2018) and Lerner (July 2018 onwards). Notably, and as detailed above, the CEO hired to serve as Gacek's permanent replacement, Dennis, abruptly resigned after only four months on the job. *See* ¶¶166-68, *supra*.

237. Likewise, shortly after Quantum's February 8, 2018 disclosures, Quantum revealed that its CFO throughout the Class Period, Ahmad, was longer employed by Quantum, and that Quantum had hired Dodson to take over as CFO as of May 31, 2018. As with Gacek's prior departure, Ahmad's was unaccompanied by explanation.

### 4. The Individual Defendants' Accounting Expertise

238. Scienter is further supported by the Individual Defendants' accounting experience and expertise.

239. Defendant Gacek, prior to serving as Quantum's CEO from January 2011 to November 2017, had served:

a. as the <u>*CFO*</u> for Quantum's predecessor, Advanced Digital Information Corp. ("ADIC"), for the twelve preceding years (from 1999 until January 2011); and

b. as an audit partner at PricewaterhouseCoopers LLP, where he led the technology practice in in the firm's Seattle office, for the fourteen years preceding ADIC (from 1985 to 1999).

240. Defendant Gacek holds a B.A. degree in Accounting from Western Washington University.

241. Defendant Ahmad, prior to serving as Quantum's CFO from April 2016 through May 2018, had spent the prior two decades (from 1996 to 2016) as the CFO for a series of technology companies, including Globalstar, Inc. (1996-2010), Sezmi Inc. (2010-2012) and Ensighten, Inc. (2013-2015). Ahmad holds a B.S. degree in Finance from Brigham Young University.

242. The Individual Defendants' above-detailed higher education and degrees (respectively, in Accounting and Finance), and their extensive accounting and finance experience gained from serving as technology company CFOs for decades, indicate that:

a. the Individual Defendants were long- and well-familiar with GAAP;

b. the Individual Defendants had a deep understanding of Quantum's significant accounting policies, including its stated revenue recognition policies; and hence

c. that the Individual Defendants' recognition of $20 million or Large Public Cloud Project revenues in fiscal 2017 was performed with either

i. the Individual Defendants' actual knowledge that recognition of such revenues contravened both GAAP and the Company's stated revenue recognition policies, or

ii. the Individual Defendants' reckless indifference to such facts.

### 5. Accounts of Former Quantum Employees

243. The below-detailed accounts of certain former Quantum employees (hereinafter "Confidential Witnesses" and/or "CWs") [6] further support an inference of scienter, *inter alia* by

[6] The names of such CWs, as well as other particularized facts that could betray their confidentiality (such as precise occupational titles and tenures), have been withheld here.

indicating (a) the deterioration in Quantum's internal controls following Class Period inception, and (b) regular conduct, including by Defendant Gacek, that over-rode Quantum's internal policies and controls to allow Quantum to report that deals had closed and recognize revenues from such deals.

244. CW1 was employed by Quantum prior to and during approximately the first year of the Class Period, in a financial reporting role. CW1's primary responsibilities included external financial reporting (such as the reporting provided in SEC filings, and in Quantum's quarterly earnings conference calls). CW1 was sufficiently concerned about Quantum's internal controls over financial reporting during the first half of the Class Period (*i.e.*, the period when Defendants recognized $20 million in Large Public Cloud Project revenues) that CW1 felt uncomfortable remaining with the Company, and ultimately left the Company of CW1's own volition.

245. Specifically, CW1 described how the arrival of Defendant Ahmad as Quantum's CFO (at Class Period inception) was followed by a series of personnel changes in Quantum's accounting and finance groups that CW1 felt could weaken Quantum's internal controls over financial reporting. Shortly after Defendant Ahmad began as Quantum's CFO, in approximately September 2016 (*i.e.*, towards the end of the second quarter of fiscal 2017, for which Defendants recognized $15 million of Large Public Cloud Project Revenues), Quantum's senior accounting and controls positions – respectively, Quantum's Controller and Quantum's Director of Internal Audit – experienced turnover. According to CW1, the new Controller was "more aggressive" on accounting matters than the old Controller, who had been more "conservative." CW1 further recounted hearing from CW1's coworkers that Defendant Ahmad or the new Controller "eliminated" certain of Quantum's internal controls (which corresponded with CW1's direct experience of "a lot of changes" in Quantum's internal controls) by circumventing Quantum's Internal Audit function entirely and instead asserting directly to Quantum's external auditors that such controls were unnecessary. Relatedly, CW1 believed that Quantum's Director of Internal Audit, whom CW1 held in high regard, resigned after, and as a result of, having gotten into a "conflict with management," and was replaced by a new individual as Director of Internal Audit.

246. The above-identified turnover in senior accounting/controls personnel, and the related deterioration in Quantum's internal controls environment, left CW1 "uncomfortable," "concerned for the future," and "nervous" about "a risk" that "eventually there might be an internal control failure." Such concerns led CW1 to feel that Quantum was "not the right place for me," and therefore to resign.

247. CW2 was employed by Quantum throughout the Class Period to perform financial analysis relating to Quantum's sales and to the commissions payable to Quantum's sales personnel. CW2 described that neither CW2 nor CW2's coworkers were surprised by the SEC investigation of Quantum's revenue recognition practices, as the experiences of CW2 and CW2's coworkers indicated to them, that each quarter Quantum claimed that deals had been closed (which made sales personnel eligible to receive a commission) when in fact such deals subsequently fell through after they had supposedly closed.

248. Specifically, CW2 explained by way of background that, in order to determine commissions payable to sales personnel for deals such personnel were responsible for, CW2 would: (1) obtain data from Quantum's Oracle system concerning when a deal had been booked and the revenue data associated with such deal; and (2) reconcile such data with sales data contained in the Salesforce system used by Quantum's Sales department. As the ensuing commission payment would be made in the following month, it often took two months between purported deal booking (per Oracle) and commission payment.

249. However, as CW2 recounted, CW2 and CW2's coworkers observed that Quantum's Oracle system would in certain instances later reflect, approximately one month after sales commissions had been paid out, new revenue lines with an offsetting amount indicating that such sales commissions had been pulled back from the sales personnel. When CW2 would contact the sales personnel to inform them, the sales personnel would explain that the deal in question, for which a commission had been issued, had actually fallen through. CW2 did not understand how it could be that a deal that already had been booked could later fall through. CW2 further specified that such instances occurred regularly, approximately once or twice per quarter.

250. CW3 was employed by Quantum prior to and during approximately the first half-year of the Class Period to perform finance/accounting tasks, including analysis and provision of customer credit, customer invoicing, receiving and processing customer payments and pursuing customer collections. CW3 experienced, and described, how Defendant Gacek and other senior Quantum executives regularly contravened Quantum's customary internal policies, towards the end of each quarter, in order to book further sales (and revenues).

251. Specifically, CW3 explained, by way of background, that Quantum's internal credit policies operated, *inter alia*, to conduct credit analyses of Quantum customers, assign credit limits to such customers, and place "holds" on customer accounts when such customers were in arrears that prevented such customers from placing new/further orders. As CW3 further recounted, Defendant Gacek intervened, usually one or two times per quarter and usually at the end of the quarter, to allow an order that would not otherwise have been permitted under Quantum's credit policies to nevertheless go through, including by: (a) ordering that customer credit limits be increased to accommodate the customer's new orders; and (b) by lifting a credit "hold" in order to allow a customer order to proceed.

252. CW3 further explained that although Quantum's internal policies and controls were relatively strong at Class Period inception under Quantum's then-Director of Internal Audit (who, shortly after Defendant Ahmad's installation as CFO, was replaced – *see* ¶245, *supra*),[7] Defendant Gacek was nevertheless able to over-ride such policies and controls by the above-identified conduct.

253. CW4 was employed by Quantum prior to and during approximately the first year of the Class Period, as part of Quantum's sales force. Like CW2, CW4's direct experience with Quantum deal bookings left CW4 unsurprised that the SEC was investigating Quantum's revenue recognition.

---

[7] Notably, CW3's account independently corroborates CW1's account with respect to the strong internal controls maintained by/under Quantum's Director of Internal Audit at Class Period inception.

254. Specifically, CW4 explained, by way of background, that large deals (meaning sales of $1 million or more) often took a long time from when they were first developed until they eventually closed: typically, 12-18 months. However, CW4 observed occasions in which: (1) large deals would be declared to have been closed at the very end of a fiscal quarter, including literally its last day; with (2) such closed deals having abnormally short sales cycles (*e.g.*, six months). CW4 identified one such deal as a $10 million deal with a major telecommunications company, which Quantum booked in September 2016 (*i.e.*, the end of the Quantum's second quarter of fiscal 2017). CW4 added that CW4 believed closing such deals required, and was based on, approval from "higher up."

255. CW5 was employed by Quantum throughout the Class Period, as part of Quantum's sales force. Like CW3, CW5 experienced and described quarter-end interventions by Defendant Gacek (among others) whose intent and effect were to allow Quantum to recognize and report additional revenue.

256. Specifically, CW5 explained that Defendant Gacek would "drive the business to do certain things" at quarter- and year-end that were, in CW5's opinion, "not the best." One example of such things, as CW5 recounted, was that, at quarter ends, in deals where Quantum had been unable to get an actual purchase order from the ultimate end-user customer, Quantum nevertheless instructed Quantum's channel customers – for example, distributors like Ingram Micro, TechData, *etc.* – to order the product from Quantum. (This allowed Quantum to ship the product to the distributors, and, pursuant to Quantum's revenue recognition policies, to recognize revenue upon shipment).

257. CW5 also believed that Defendant Gacek was involved with and aware of Quantum's important deals.

## X. CLASS ACTION ALLEGATIONS

258. Lead Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3) on behalf of a class consisting of all persons and entities that acquired the common stock of Quantum during the Class Period, seeking to pursue remedies under

the Exchange Act (the "Class"). Excluded from the Class are Defendants; the officers and directors of the Company, at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which any of the Defendants have or had a controlling interest.

259. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Quantum stock was actively traded on the New York Stock Exchange ("NYSE"). While the exact number of Class members is unknown to Lead Plaintiff at this time and can only be ascertained through appropriate discovery, Lead Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Millions of Quantum shares were traded publicly during the Class Period on the NYSE. As of November 3, 2017, the Company had 34,673,884 shares outstanding, and during the Class Period, average daily trading volume in Quantum shares was approximately 265,490 shares per day. Record owners and other members of the Class may be identified from records maintained by Quantum or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

260. Lead Plaintiff's claims are typical of the claims of Class members, who were all similarly affected by Defendants' wrongful conduct in violation of federal securities laws that is complained of herein. Further, Lead Plaintiff will fairly and adequately protect the interests of Class members and has retained counsel competent and experienced in class and securities litigation.

261. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

a. whether the federal securities laws were violated by Defendants' conduct alleged herein;

b. whether statements made by Defendants to the investing public during the Class Period omitted or misrepresented material facts about the business, operations, results of operations and prospects of Quantum;

c. whether Defendants acted with scienter; and

d. to what extent Class members have sustained damages and the proper measure of damages.

262. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy because joinder of all members is impracticable. Further, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for many of the Class members to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## XI. APPLICABILITY OF THE FRAUD-ON-THE-MARKET AND *AFFILIATED UTE* PRESUMPTIONS OF RELIANCE

263. The market for Quantum common stock was open, well-developed, and efficient at all relevant times. As a result of Defendants' materially false or misleading statements and material omissions, the Company's stock traded at artificially inflated prices during the Class Period. On May 10, 2017, the Company's stock closed at a Class Period high of $8.97 per share. Lead Plaintiff and other members of the Class purchased or otherwise acquired the Company's shares relying on the integrity of the market price of such securities and on publicly available market information relating to Quantum, and have been damaged thereby.

264. During the Class Period, the artificial inflation of the value of Quantum's shares was caused by the material misrepresentations and omissions alleged in this Complaint, thereby causing the damages sustained by Lead Plaintiff and other Class members. As alleged herein, during the Class Period, Defendants made or caused to be made a series of materially false or misleading statements about the Company's business, prospects, and operations, causing the price of the Company's stock to be artificially inflated at all relevant times. When the truth was disclosed, it drove down the value of the Company's stock, causing Lead Plaintiff and other Class members that had purchased the stock at artificially inflated prices to be damaged as a result.

265. At all relevant times, the market for Quantum stock was efficient for the following reasons, among others:

a. Quantum's stock met the requirements for listing, and it was listed and actively traded on the NYSE, a highly efficient market;

b. Quantum had 34,673,884 shares of common stock outstanding (as of November 3, 2017) and, during the Class Period, an average daily trading of 265,490 shares per day;

c. As a regulated issuer, Quantum filed periodic public reports with the SEC and/or the NYSE;

d. Quantum regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

e. Quantum was followed by securities analysts employed by brokerage firms – including (1) Chad Michael Bennett, of Craig-Hallum Capital, (2) Brian Alger, of Roth Capital Partners, and (3) Eric Martinuzzi, of Lake Street Capital Markets – who wrote reports about the Company, which reports were distributed to the sales force and certain customers of their respective brokerage firms and were made publicly available.

266. Based on the foregoing, during the Class Period, the market for Quantum stock promptly digested information regarding the Company from all publicly available sources and impounded such information into the price of Quantum stock, as is further and concretely evidenced by the market reactions to Quantum's announcements and disclosures of August 9, 2017, November 9, 2017, February 8, 2018 and May 30, 2018. Under these circumstances, the market for Quantum stock was efficient during the Class Period and, therefore, investors' purchases of Quantum stock at artificially inflated market prices give rise to a class-wide presumption of reliance under the fraud-on-the-market doctrine.

267. In the alternative, the *Affiliated Ute* presumption of reliance applies to the extent that Defendants' statements during the Class Period involved omissions of material facts.

## XII. NO SAFE HARBOR

268. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the statements alleged to be false or misleading herein that relate to then-existing facts and conditions, nor does it apply to any material omissions alleged herein. To the extent that statements alleged to be false or misleading are characterized as forward-looking, the statutory safe harbor does not apply to such statements because they were not sufficiently identified as "forward-looking statements" when made, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the forward-looking statements, and Defendants had actual knowledge that the forward-looking statements were materially false or misleading at the time each such statement was made.

## XIII. COUNTS

### FIRST COUNT

### Violation of Section 10(b) of The Exchange Act and

### <u>Rule 10b-5 Promulgated Thereunder Against All Defendants</u>

269. Lead Plaintiff repeats and realleges each and every allegation set forth above as if fully set forth herein. This claim is asserted against all Defendants.

270. During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Lead Plaintiff and other Class members, as alleged herein; and (ii) cause Lead Plaintiff and other members of the Class to purchase Quantum stock at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them, took the actions set forth herein.

271. Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Quantum stock in violation of Section 10(b) of the Exchange Act and Rule 10b 5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

272. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Quantum's business, operations, management, and prospects, as specified herein.

273. These defendants employed devices, schemes and artifices to defraud, while in possession of material adverse nonpublic information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Quantum's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements about Quantum and its operations and financial results, in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

274. Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (i) the Individual Defendants were high level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the

Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew or recklessly disregarded was materially false and misleading.

275. The Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such Defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Quantum's business, operations, management and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' misstatements throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

276. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Quantum stock was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Lead Plaintiff and the other members of the Class acquired Quantum stock during the Class Period at artificially high prices and were damaged thereby.

277. At the time of said misrepresentations and/or omissions, Lead Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Lead Plaintiff and the other members of the Class and the marketplace known the truth Quantum's revenues and revenue growth (absent improper/premature recognition of Large Public Cloud Project revenues), which were not disclosed by Defendants, Lead Plaintiff and other members of

the Class would not have purchased or otherwise acquired their Quantum stock, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

278. By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b 5 promulgated thereunder.

279. As a direct and proximate result of Defendants' wrongful conduct, Lead Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

**SECOND COUNT**

**Violation of Section 20(a) of the Exchange Act**

**Against the Individual Defendants**

280. Lead Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

281. The Individual Defendants acted as controlling persons of Quantum within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Lead Plaintiff contends are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Lead Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

282. In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to

control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

283. As set forth above, Quantum and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint. By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Lead Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## XIV. PRAYER FOR RELIEF

WHEREFORE, Lead Plaintiff prays for relief and judgment, as follows:

(a) Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b) Awarding compensatory damages in favor of Lead Plaintiff and all other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) Awarding Lead Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) Such other and further relief as the Court may deem just and proper.

## XV. JURY TRIAL DEMANDED

Lead Plaintiff hereby demands a trial by jury.

Dated: July 30, 2018

GLANCY PRONGAY & MURRAY LLP

By: /s/ Lionel Z. Glancy
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: lglancy@glancylaw.com

*Liaison Counsel for Lead Plaintiff Globis Capital Advisors L.L.C. and the Proposed Plaintiff Class*

Ira M. Press (admitted *pro hac vice*)
Christopher S. Studebaker (admitted *pro hac vice*)
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
Email: ipress@kmllp.com

*Lead Counsel for Lead Plaintiff Globis Capital Advisors L.L.C. and the Proposed Plaintiff Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On July 30, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2018, at Los Angeles, California.

*s/ Lionel Z. Glancy*
Lionel Z. Glancy

# Mailing Information for a Case 3:18-cv-00923-RS Lazan v. Quantum Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Thomas Chisholm**
  jtchisholm@debevoise.com,ttabatabai@debevoise.com,mao-ecf@debevoise.com,njohnson@debevoise.com
- **Jonathan M. Cohen**
  jcohen@josephandcohen.com,donna@josephandcohen.com
- **Boris Feldman**
  boris.feldman@wsgr.com,ncarvalho@wsgr.com
- **Joel Anderson Fleming**
  joel@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com
- **Caz Hashemi**
  CHASHEMI@WSGR.COM,tbell@wsgr.com
- **Ira M. Press**
  ipress@kmllp.com,plinden@kmllp.com,lmorris@kmllp.com,slopez@kmllp.com
- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com
- **Rosemary M. Rivas**
  rrivas@zlk.com,qroberts@zlk.com,ebigelow@zlk.com,arocco@zlk.com,shopkins@zlk.com,jgrohsgal@zlk.com
- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net
- **Whitney E. Street**
  wstreet@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com
- **Christopher S. Studebaker**
  cstudebaker@kmllp.com
- **Jonathan R Tuttle**
  jrtuttle@debevoise.com,mao-ecf@debevoise.com
- **Jacob Allen Walker**
  jake@blockesq.com,jacob-walker-5598@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)